# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| Roger Dean Gillispie | : | | |
| Plaintiff, | : | Case No. | 3:13-cv-416 |
| -vs- | : | District Judge | Thomas M. Rose |
| | | Magistrate Judge | |
| Miami Township, et al. | : | | |
| Defendant. | : | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.3(e) __Michele L. Berry__, trial attorney for __Roger Dean Gillispie__ in the above-captioned action, hereby moves the court to admit __Michael Kanovitz__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Roger Dean Gillispie__.

Movant represents that __Michael Kanovitz__ is a member in good standing of the highest court of __Illinois__ as attested by the accompanying certificate from that court and that __Michael Kanovitz__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Michael Kanovitz__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Michael Kanovitz__'s relevant identifying information is as follows:

Business telephone __312-243-5900__    Business fax __312-243-5902__

Business address    __Loevy & Loevy__
                    __312 N. May St., Suite 100, Chicago, IL 60607__

Business e-mail address    __mike@loevy.com__


                                            /s/ Michele L. Berry
                                            _____
                                            Michele L. Berry

                                            Trial attorney for __Roger Dean Gillispie__

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| Roger Dean Gillispie | : | | |
| Plaintiff, | : | Case No. | 3:13-cv-416 |
| -vs- | : | District Judge | Thomas M. Rose |
| | | Magistrate Judge | |
| Miami Township, et al. | : | | |
| Defendant. | : | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.3(e)  Michele L. Berry, trial attorney for  Roger Dean Gillispie  in the above-captioned action, hereby moves the court to admit  David B. Owens  pro hac vice to appear and participate as counsel or co-counsel in this case for  Roger Dean Gillispie.

Movant represents that  David B. Owens  is a member in good standing of the highest court of  Illinois  as attested by the accompanying certificate from that court and that  David B. Owens  is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

David B. Owens  understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.  David B. Owens  's relevant identifying information is as follows:

Business telephone  312-243-5900      Business fax  312-243-5902

Business address  Loevy & Loevy
312 N. May St., Suite 100, Chicago, IL 60607

Business e-mail address  david@loevy.com

/s/ Michele L. Berry

Michele L. Berry

Trial attorney for  Roger Dean Gillispie