UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | Case No. 3:13-cv-416 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | **STIPULATION TO EXTENSION** |
| CITY OF MIAMI TOWNSHIP, *et al.*, | : | **OF TIME FOR DEFENDANT** |
| | : | **TO MOVE OR PLEAD TO** |
| Defendants. | : | **PLAINTIFF'S FIRST AMENDED** |
| | | **COMPLAINT** |

Pursuant to S.D. Ohio Civ. R. 6.1, Defendant Keith Stapleton ("Stapleton") and Plaintiff Roger Dean Gillispie ("Gillispie") (collectively "Parties"), by and through their respective counsel, hereby stipulate that Stapleton shall have an extension of time to and including July 22, 2014 to move or plead in response to Plaintiff's First Amended Complaint.  Stapleton has not received a prior extension of time to respond to Plaintiff's First Amended Complaint, and this extension does not exceed 21 days.

Respectfully submitted,

Dated: June 25, 2014

/s/ Steven P. Goodin
Steven P. Goodin (0071713)
*Attorney for Defendant L. Keith Stapleton*
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202-3157
Phone:  (513) 629-2845
Fax:  (513) 651-3836
Email:  sgoodin@graydon.com

                                                                                                     Respectfully submitted,

Dated: June 25, 2014                                       /s/ *David B. Owens / per authorization*
                                                                                    Michael Kanovitz
                                                                                    David B. Owens
                                                                                  *Trial Attorneys for Plaintiff*
                                                                                  *Roger Dean Gillispie*
                                                                                  LOEVY & LOEVY
                                                                                  312 N. May Street, Suite 100
                                                                                  Chicago, IL 60607
                                                                                  Phone:   (312) 243-5900
                                                                                  Email:   david@loevy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of June, 2014, I electronically filed the foregoing *Stipulation to Extension of Time for Defendant to Move or Plead to Plaintiff's First Amended Complaint* with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties through counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      The Court's docket does not reflect addresses for the following Defendants: Robert Burke, David Burke, and Motors Liquidation Company.  We will serve a copy of the foregoing *Stipulation to Extension of Time for Defendant to Move or Plead to Plaintiff's First Amended Complaint* once they enter appearances.

                                                                                   /s/ *Steven P. Goodin*
                                                                                  Steven P. Goodin (0071713)