# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | CASE NO. 3:13-CV-416 |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Michael R. Merz |
| v. | : | |
| THE CITY OF MIAMI TOWNSHIP, *et al.,* | : | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | : | |

Now comes Defendant, Miami Township, Ohio, by and through counsel, and hereby gives notice of the change in counsel's address, **effective January 16, 2015**. The new address for Edward J. Dowd, Dawn M. Frick, and Joshua R. Schierloh is as follows:

> Edward J. Dowd, Esq.
> Dawn M. Frick, Esq.
> Joshua R. Schierloh, Esq.
> SURDYK, DOWD & TURNER CO., L.P.A.
> 8163 Old Yankee Street, Suite C
> Dayton, Ohio 45458

Only the physical address has changed. The e-mail addresses, telephone number, and fax number have not changed.

Respectfully submitted,

/s/ Edward J. Dowd
Edward J. Dowd, Bar Number 0018681
Dawn M. Frick, Bar Number 0069068
Joshua R. Schierloh, Bar Number 0078325
SURDYK, DOWD & TURNER, CO., L.P.A
One Prestige Place
Suite 700
Miamisburg, Ohio 45342
Tel.: (937) 222-2333
Fax: (937) 222-1970
edowd@sdtlawyers.com
dfrick@sdtlawyers.com
jschierloh@sdtlawyers.com
Trial Attorneys for Defendant Miami
Township, Ohio

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on January 22, 2015, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Michele L. Berry, Esq.
THE LAW OFFICE OF MICHELE BERRY, LLC
114 East 8th Street
Cincinnati, Ohio 45202
*Attorney for Plaintiff*

Michael Kanovitz, Esq.
David B. Owens, Esq.
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, Illinois 60607
*Attorneys for Plaintiff*

Lawrence Edward Barbiere, Esq.
J. Michael Morgalis, Esq.
SCHROEDER MUNDRELL BARBIERE & POWERS
5300 Socialville-Foster Road, Suite 200
Mason, Ohio 45040
*Attorney for Thomas Angel and John DiPietro*

Laura G. Mariani, Esq.
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
*Attorney for Kenneth M. Betz, Denis Rankin,
 Ralph Nickoson, and Unidentified Employees
 of the Miami Valley Regional Crime Lab*

Dwight Dean Brannon, Esq.
130 West Second Street, Suite 900
Dayton, Ohio 45402
*Attorney for Richard Wolfe*

Jeffrey A. Lipps, Esq.
Joel E. Sechler, Esq.
CARPENTER & LIPPS LLP
280 Plaza
280 North High Street, Suite 1300
Columbus, Ohio 43215
*Attorneys for Defendant, General Motors f/k/a
 General Motors Company and NGMco, Inc.*

Todd M. Raskin, Esq.
Cara M. Wright, Esq.
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139

Patrick Kasson, Esq.
Keona R. Padgett, Esq.
Tyler G. Tarney, Esq.
REMINGER CO., L.P.A.
Capitol Square Office Bldg.
65 East State St., 4th Floor
Columbus, Ohio 43215

Brandon M. Allen, Esq.
FREUND FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Attorney for Defendant Robert Miller*

Steven P. Goodin, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202-3157
*Attorney for Defendant, Keith Stapleton*

                <u>/s/ Edward J. Dowd</u>
                Edward J. Dowd, Bar Number 0018681