# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROGER DEAN GILLISPIE, | : Case No. 3:13-cv-416 |
| Plaintiff, | : District Judge Thomas M. Rose |
| vs. | : Magistrate Judge Sharon L. Ovington |
| MIAMI TOWNSHIP, *et al.*, | : |
| Defendants. | : |

# ORDER

The parties shall advise this Court in writing not later than October 19, 2017, of the current status of the proceedings in the United States Bankruptcy Court for the Southern District of New York and shall keep this Court informed of those proceedings.

October 11, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge