UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
|     Plaintiff, | ) CASE NO.: 3:13-CV-416 ) ) |
| vs. | ) JUDGE: THOMAS M. ROSE ) |
| THE CITY OF MIAMI TOWNSHIP, et al., | ) ) **NOTICE OF APPEARANCE** ) |
|     Defendants | ) |

    Now comes counsel for Defendant Matthew Scott Moore, and hereby notifies the Court and all counsel of record that Attorney Carl E. Cormany hereby enters his appearance on behalf of said Defendant, with Todd M. Raskin remaining as lead counsel for this file. Mazanec, Raskin & Ryder Co., L.P.A. respectfully requests that the Court and all counsel direct all notices, pleadings and other communications directly to the undersigned, effective immediately.

                                              Respectfully submitted,

                                              MAZANEC, RASKIN & RYDER CO., L.P.A.

                                              s/Carl E. Cormany
                                              TODD M. RASKIN (0003625)
                                              CARL E. CORMANY (0019004)
                                              100 Franklin's Row
                                              34305 Solon Road
                                              Cleveland, OH 44139
                                              (440) 248-7906
                                              (440) 248-8861 – Fax
                                              Email:   traskin@mrrlaw.com
                                                               ccormany@mrrlaw.com

                                              Counsel for Defendant Matthew Scott Moore

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Carl E. Cormany
TODD M. RASKIN (0003625)
CARL E. CORMANY (0019004)

Counsel for Defendant Matthew Scott Moore

PERS-140073/NOA of CEC