## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:13-cv-416 |
| v. | ) |
| | ) JUDGE THOMAS M. ROSE |
| MIAMI TOWNSHIP, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL, TYLER G. TARNEY

Notice is hereby given that Tyler G. Tarney, formerly of the law firm of Reminger Co., L.P.A., hereby withdraws as counsel for Defendants Marvin Scothorn and Tim Wilson. Attorneys Patrick Kasson and Kari Hehmeyer will continue in the representation of Defendants Marvin Scothorn and Tim Wilson.

/s/ Tyler Tarney
Tyler G. Tarney (0089082)
41 South High Street, Suite 240
Columbus, OH 43215
(614) 340-5558;
FAX: (614) 360-2130
ttarney@grsm.com

/s/ Patrick Kasson
Patrick Kasson (0055570) (Trial Counsel)
Kari Hehmeyer (0096284)
Reminger Co., LPA
200 S. Civic Center Drive, Ste. 800
Columbus, Ohio 43215
TEL No.: (614) 232-2418
FAX No.: (614) 232-2410
pkasson@reminger.com
khehmeyer@reminger.com
*Counsel for Defendants*
*Marvin Scothorn and Tim Wilson*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded via the Court's ECF system to all parties of record this 18th day of October 2017.

/s/ Patrick Kasson
Patrick Kasson (0055570) (Trial Counsel)
Kari Hehmeyer (0096284)
*Counsel for Defendants*
*Marvin Scothorn and Tim Wilson*