IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cv-416 |
| v. | ) |
| | ) |
| MIAMI TOWNSHIP, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) JURY TRIAL DEMANDED |

**JOINT STATUS REPORT CONCERNING BANKRUPTCY PROCEEDINGS**

Now Come the parties, by and through their attorneys, and provide this Court with this joint status report concerning the proceedings in the United States Bankruptcy Court for the Southern District of New York, and state as follows:

1. In accordance with this Court's order, Dkt. 111, the parties report on the bankruptcy proceedings as follows:

2. On October 18, 2017, the Bankruptcy Court entered an Order denying Gillispie's motion for leave to pursue claims against General Motors, LLC ("New GM") or, in the alternative, to file a post-bar-date proof of claim in the motors liquidation bankruptcy. A copy of that decision is attached as Exhibit 1.[1]

3. Accordingly, Gillispie cannot currently pursue claims in this action against New GM or Old GM.

---

[1] Given the timing of the Bankruptcy Court's decision, this status report was substantially changed, this report has been filed on behalf of all counsel available to respond—all but counsel for Defendants Stapleton and Burke.

4. Gillispie has not yet determined whether the decision of the Bankruptcy Court shall be appealed to the District Court or beyond.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/Mike Kanovitz | MAZANEC, RASKIN & RYDER CO., L.P.A. |
| Mike Kanovitz | s/Carl E. Cormany |
| David B. Owens | TODD M. RASKIN  (0003625) |
| LOEVY & LOEVY | CARL E. CORMANY  (0019004) |
| 312 North May St., Suite 100 | 100 Franklin's Row |
| Chicago, IL 60607 | 34305 Solon Road |
| (312) 243-5900 | Cleveland, OH  44139 |
| Email: Mike@loevy.com | (440) 248-7906 |
| David@loevy.com | (440) 248-8861 – Fax |
| | Email:  traskin@mrrlaw.com |
| | ccormany@mrrlaw.com |
| Counsel for Plaintiff | Counsel for Defendant Matthew Scott Moore |

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

| | |
|---|---|
| /s/ Joseph D. Saks | /s/ Rory E. Garrity |
| Joseph D. Saks (0088082) | Rory E. Garrity (0078273) |
| Benjamin A. Mazer (0087756) | FREUND, FREEZE & ARNOLD |
| Assistant Prosecuting Attorneys | Fifth Third Center |
| 301 West Third Street | 1 South Main Street, Suite 1800 |
| P.O. Box 972 | Dayton, OH  45402-2017 |
| Dayton, Ohio 45422 | Phone: (937) 222-2424 |
| Telephone: (937) 225-5705 | Fax: (937) 222-5369 |
| Fax Number: (937) 225-4822 | rgarrity@ffalaw.com |
| E-mail: saksj@mcohio.org | *Attorney for Defendant Robert Miller* |
| mazerb@mcohio.org | |

Attorneys for Defendants Montgomery County, Kenneth M. Betz, and Denise Rankin

/s/D. Patrick Kasson
D Patrick Kasson
Keona R. Padgett
Reminger Co., LPA
200 South Civic Center Drive
Suite 800
Columbus, Oh 43215
614-232-2418

/s/Edward J. Dowd
Edward J. (Ned) Dowd
Surdyk, Dowd & Turner Co. LPA
8163 Old Yankee St., Suite C
Dayton, Oh. 45458
(937) 222-2333
(937) 222-1970(fax)
edowd@sdtlawyers.com
www.sdtlawyers.com

Cincinnati Area Office

7681 Tylers Place Blvd., Suite 3
West Chester, OH 45069
Phone: 513-206-9998

/s/Jonathan Deters
Lawrence E. Barbiere (0027106)
Jonathan T. Deters (0093976)
SCHROEDER, MAUNDRELL, BARBIERE &
POWERS

5300 Socialville Foster Road, Suite 200
Mason, OH 45040
(513) 583-4200
(513) 583-4203 (fax)
Email: lbarbiere@smbplaw.com
Email: jdeters@smbplaw.com

Attorneys for Defendants Stephen Gray and John DiPietro

/s/ Jeffrey A. Lipps
Jeffrey A. Lipps (0005541)
Joel E. Sechler (0076320)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
lipps@CarpenterLipps.com
sechler@CarpenterLipps.com

*Attorneys for Defendant*
*General Motors LLC f/k/a General*
*Motors Company and NGMco, Inc.*

s/ Dwight D. Brannon
Dwight D. Brannon (0021657)
Attorney for Defendant Richard Wolfe
Brannon & Associates
130 W. Second St. Suite 900
Dayton, OH 45402
Telephone: (937) 228-2306
Facsimile: (937) 228-8475
E-Mail: dbrannon@branlaw.com

## **CERTIFICATE OF SERVICE**

    I, Mike Kanovitz, an attorney, certify that I caused the foregoing Notice of, via the Court's electronic filing system, on all counsel of record on October 18, 2017.


       /s/Mike Kanovitz