# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROGER DEAN GILLISPIE, | Case No. 3:13-cv-416 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Sharon L. Ovington |
| MIAMI TOWNSHIP, *et al.*, | |
| Defendants. | |

# DECISION AND ENTRY

The Court has conducted a review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #115), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 8, 2017 (Doc. #115) is ADOPTED in full;

2. Plaintiff's Motion to Lift Stay (Doc. #98) is DENIED, in part, as to GM Defendants, and GRANTED, in part, as to the remaining Defendants;

3. Defendant New GM's Motion to Continue Stay (Doc. #103) is GRANTED, in part, as to GM Defendants, and DENIED, in part, as to the remaining Defendants;

4. The Stay (Doc. #74) is lifted as to Plaintiff's claims against all non-GM Defendants; and

5. Parties, excluding GM Defendants, are ordered to submit a Fed. R. Civ. P. 26(f) Report by January 11, 2018.

**IT IS SO ORDERED.**

December 29, 2017 *s/Thomas M. Rose*
Thomas M. Rose
United States District Judge