# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Roger Dean Gillispie, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 3:13-cv-00416 |
| v. | : | |
| | : | Judge Thomas M. Rose |
| City of Miami Township, et al., | : | Magistrate Judge Michael R. Merz |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Kari D. Hehmeyer (0096284), Reminger Co., LPA, 200 Civic Center Drive, Suite 800, Columbus, Ohio 43215, Tel: (614) 228-1311, Fax: (614) 232-2410, hereby formally enters her appearance as co-counsel of record for Defendants Marvin Scothorn and Tim Wilson in addition to Patrick Kasson.  Please direct all future notices accordingly.

    Respectfully submitted,

*/s/    Kari D. Hehmeyer*
Patrick Kasson (0055570) (Trial Counsel)
Kari D. Hehmeyer (0096284)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
TEL No.:  (614) 228-1311
FAX No.:  (614) 232-2410
pkasson@reminger.com
khehmeyer@reminger.com

*Counsel for Defendants*
*Marvin Scothorn and Tim Wilson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded via the Court's ECF system to all parties of record this 23rd day of January 2018.

>/s/ *Kari D. Hehmeyer*_____
> Patrick Kasson (0055570) (Trial Counsel)
> Kari D. Hehmeyer (0096284)