# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Roger Dean Gillispie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:13-cv-416 |
| Miami Township, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard Wolfe

Date:     02/27/2018

*Attorney's signature*

Matthew  Schultz (0080142)
*Printed name and bar number*

Brannon & Associates
130 West 2nd St., Ste. 900
Dayton, Ohio 45402

*Address*

mschultz@branlaw.com
*E-mail address*

(937) 228-2306
*Telephone number*

(937) 228-8475
*FAX number*