# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 4-20-10)

ROGER DEAN GILLISPIE, :

    Plaintiff, :   Case No.: 13-cv-416

-vs- :   District Judge Thomas M. Rose
MIAMI TOWNSHIP, et al.,   Magistrate Judge
    Defendant, :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Michele L. Berry__, trial
    (Name of Trial Attorney)

attorney for __Roger Dean Gillispie__ in the above-referenced action, hereby moves the court to
    (Name of Party)

admit __Omavi Kushukuru__, *pro hac vice* to appear and participate as counsel or co-counsel
    (Name of PHV Attorney)

in this case for __Roger Dean Gillispie__.
    (Name of Party)

Movant represents that __Omavi Kushukuru__ is a member in good standing
    (Name of PHV Attorney)

of the highest court of __Arkansas__ as attested by the accompanying certificate from that
    (Name of State)

court and that __Omavi Kushukuru__ is not eligible to become a member of the
    (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Omavi Kushukuru__ understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>Omavi Kushukuru</u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>312-243-5900</u>   Business fax <u>312-243-5902</u>

Business address <u>311 N. Aberdeen, Third Floor, Chicago, IL 60607</u>

Business e-mail address <u>omavi@loevy.com</u>

<u>/s/Michele L. Berry</u>
(Signature of Trial Attorney)
<u>114 East 8th St.</u>
(Address)
<u>Cincinnati, OH 45202</u>
(City, State, Zip Code)
<u>513-919-5315</u>
(Telephone Number)

Trial Attorney for <u>Roger Dean Gillispie</u>
(Name of Party)

**(Please attach required Certificate of Service)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on 9/12/2018, I filed the foregoing document via the Court's CM/ECF filing system, which therefore effectuated service on counsel of record.

    s/Michele Berry
    Michele Berry, Bar Number: 0018939

*Supreme Court*

# State of Arkansas

*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that Omavi (Shukur) Kushukuru was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 14, 2016; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 6th day of September, 2018.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By *Naomi Bullard*
Deputy Clerk