**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | CASE NO.  3:13-CV-416 |
|  | : |  |
| Plaintiff, | : | Judge Thomas M. Rose |
|  | : | Magistrate Judge Sharon L. Ovington |
| v. | : |  |
|  | : |  |
| THE CITY OF MIAMI TOWNSHIP, *et al.,* | : | **DEFENDANT, MIAMI TOWNSHIP,** |
|  | : | **OHIO'S MOTION FOR LEAVE TO** |
| Defendants. | : | **EXCEED PAGE LIMIT** |

Now comes Defendant, Miami Township, Ohio ("Defendant"), by and through counsel, and pursuant to S.D.Ohio Civ.R. 7.2(a)(3), hereby moves the Court to grant, *via* notation order, leave for Defendant to exceed the twenty-page limit for memoranda in support of any motion.  As Defendant sets forth in the accompanying Memorandum, it anticipates that its memorandum in support of its Motion for Summary Judgment will exceed twenty pages.  Defendant requests leave because, in order to address adequately the salient facts and Plaintiff's six pending claims against it, Defendant will require more than the Court's preferred twenty pages.  If the Court grants leave, Defendant will include the combined table of contents and accurate summary of the memorandum as required by S.D.Ohio Civ.R. 7.2(a)(3).  Therefore, Defendant requests that the Court grant leave.

                                        Respectfully submitted,

                                        /s/ Edward J. Dowd
                                        Edward J. Dowd (0018681)
                                        Dawn M. Frick (0069068)
                                        Christopher T. Herman (0076894)
                                        SURDYK, DOWD & TURNER, CO., L.P.A
                                        8163 Old Yankee Street, Suite C
                                        Dayton, Ohio 45458
                                        (937) 222-2333 ‖ (937) 222-1970 (fax)
                                        edowd@sdtlawyers.com
                                        dfrick@sdtlawyers.com

cherman@sdtlawyers.com
Trial Attorneys for Defendant, Miami Township, Ohio

## **MEMORANDUM**

The Court set the deadline for Defendant's dispositive motion in this case for September 16, 2019. (Doc. 186, Agreed Modified Pre-Trial Order.) Defendant is going to file a Motion for Summary Judgment, and respectfully requests that the Court, *via* notation order, grant it leave to exceed the twenty-page limit for memoranda set forth in S.D.Ohio Civ.R. 7.2(a)(3). Defendant understands and respects the Court's preference for the twenty-page limit; however, to address in an adequate and comprehensive manner this action's extensive facts, procedural history, and the Plaintiff's six causes of action against it, Defendant reasonably believes its memorandum will require an additional fifteen pages beyond the preferred twenty pages. This matter arises from a criminal conviction that occurred in 1991, and involves a lengthy procedural history of post-conviction practice in state court and a petition for a writ of habeas corpus in federal court. Furthermore, the parties will have taken a total of twenty-four (24) lay and expert witness depositions by the time summary judgment motions are due, which will necessitate a lengthy recitation of the relevant facts. If the Court grants leave, Defendant will, as required, include a "combined table of contents and a succinct, clear, and accurate summary … of the memorandum" in accordance with the requirements of Local Rule 7.2(a)(3).

Therefore, Defendant requests that the Court, *via* notation order, grant it leave to exceed the aforementioned twenty-page limit.

        Respectfully submitted,

        /s/ Edward J. Dowd
        Edward J. Dowd (0018681)
        Dawn M. Frick (0069068)
        Christopher T. Herman (0076894)
        SURDYK, DOWD & TURNER, CO., L.P.A
        8163 Old Yankee Street, Suite C
        Dayton, Ohio 45458
        (937) 222-2333 || (937) 222-1970 (fax)
        edowd@sdtlawyers.com
        dfrick@sdtlawyers.com
        cherman@sdtlawyers.com
        Trial Attorneys for Defendant, Miami Township, Ohio

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court on August 27, 2019, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

        /s/ Edward J. Dowd
        Edward J. Dowd (0018681)
        Dawn M. Frick (0069068)
        Christopher T. Herman (0076894)