**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | Case No. 3:13-cv-416 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF MIAMI TOWNSHIP, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER GRANTING PLAINTIFF'S MOTIONS TO DISMISS
DEFENDANTS THOMAS ANGEL, STEVEN GRAY, JOHN DIPIETRO, TIM
WILSON, AND MARVIN SCOTHORN (DOCS. 243 AND 244), DENYING AS
MOOT DEFENDANTS MIAMI TOWNSHIP, OHIO AND MATTHEW SCOTT
MOORE'S JOINT MOTION TO STRIKE STIPULATIONS OF DISMISSAL OF
DEFENDANTS SCOTHORN, WILSON, DIPIETRO, GRAY, AND ANGEL (DOC.
190), AND DISMISSING WITH PREJUDICE ALL COUNTS AGAINST
DEFENDANTS THOMAS ANGEL, STEVEN GRAY, JOHN DIPIETRO, TIM
WILSON, AND MARVIN SCOTHORN**

---

This case is before the Court on two motions to dismiss and a motion to strike stipulations of dismissal. (Docs. 243, 244, and 190.) Specifically, on August 8, 2019, Plaintiff filed: (1) "Civ. R. 21 Motion to Dismiss Defendants Thomas Angel, Steven Gray, and John Dipietro," and (2) "Civ. R. 21 Motion to Dismiss Defendants Tim Wilson and Marvin Scothorn." (Docs. 243 and 244.) No party has filed an opposition to either of those two motions, and the time has passed for any party to file a timely opposition to those two motions. *See* S.D. Ohio L.R. 7.2. Pursuant to Fed. R. Civ. P. 21, this Court grants both of those motions and dismisses, with prejudice, all claims against Defendants Thomas Angel, Steven Gray, John DiPietro, Marvin Scothorn, and Tim Wilson.

Previously, on April 19, 2019, Defendants Miami Township, Ohio and Matthew Scott Moore filed a "Joint Motion … to Strike Stipulations of Dismissal of Defendants Scothorn, Wilson, DiPietro, Gray and Angel." (Doc. 190.) That joint motion related to two stipulations of dismissal that Plaintiff had previously filed on April 4, 2019 and April 5, 2019. (Docs. 187 and 188.) Due to this Court's decision to grant Plaintiff's Civ. R. 21 Motions to Dismiss (Docs. 243 and 244), the "Joint Motion … to Strike Stipulations of Dismissal of Defendants Scothorn, Wilson, DiPietro, Gray and Angel" filed by Defendants Miami Township, Ohio and Matthew Scott Moore (Doc. 190) is denied as moot.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff Dean Gillispie's Civ. R. 21 Motion to Dismiss Defendants Thomas Angel, Steven Gray, and John DiPietro (Doc. 243) is **GRANTED** and all counts against Defendants Thomas Angel, Steven Gray, and John DiPietro are **DISMISSED** with prejudice;

2. Plaintiff Dean Gillispie's Civ. R. 21 Motion to Dismiss Defendants Tim Wilson and Marvin Scothorn (Doc. 244) is **GRANTED** and all counts against Defendants Tim Wilson and Marvin Scothorn are **DISMISSED** with prejudice;

3. The Joint Motion of Defendants Miami Township, Ohio and Matthew Scott Moore to Strike Stipulations of Dismissal of Defendants, Scothorn, Wilson, DiPietro, Gray and Angel (Doc. 190) is **DENIED** as moot; and

4. This case will continue with the remaining claims and parties.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, August 30, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE