UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) CASE NO.: 3:13-CV-416 |
| Plaintiff, | ) JUDGE: THOMAS M. ROSE |
| vs. | ) **DEFENDANT MATTHEW SCOTT MOORE'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS** |
| THE CITY OF MIAMI TOWNSHIP, et al., | ) |
| Defendants | ) |

Defendant Detective Matthew Scott Moore respectfully requests leave to file a Memorandum in Support of his Summary Judgment in excess of the twenty pages permitted by Dayton General Order 12-01 on Pretrial and Trial Procedures at 2.2.2. Specifically, Det. Moore requests leave to file a Memorandum in Support of his Motion for Summary Judgment that is no more than thirty-five (35) pages in length, exclusive of the required Table of Contents and Summary of the Argument. A memorandum in support of this Motion follows.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Cara M. Wright*
TODD M. RASKIN (0003625)
JEFFREY T. KAY (0069371)
CARA M. WRIGHT (0084583)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: traskin@mrrlaw.com
jkay@mrrlaw.com
cwright@mrrlaw.com

Counsel for Defendant Matthew Scott Moore

**MEMORANDUM IN SUPPORT**

I. **LAW AND ARGUMENT**

Dayton General Order 12-01 on Pretrial and Trial Procedures at 2.2.2 provides that

> Memoranda in support of or in opposition to any motion shall not exceed twenty pages without first obtaining leave of Court (which in Judge Rose's cases must be requested at least three working days in advance of the deadline for filing the document.) The request must include a proposed length and the reasons for exceeding the usual page limit. If leave of Court is granted, counsel must also comply with the table of contents and summary requirements of S.D. Ohio Civ. R 7.2(a)(3).

Leave of Court to exceed twenty pages should be granted in this case.

Plaintiff's Amended Complaint contains nine separate causes of action. Det. Moore intends to assert multiple affirmative defenses, including qualified immunity from the Plaintiff's federal claims and immunity pursuant to Chapter 2744 of the Ohio Revised Code, in his Memorandum in Support. Additionally, the facts of this case span more than thirty years. Necessarily, the parties have engaged in voluminous discovery, including the exchange of tens of thousands of pages of documents and the depositions of more than twenty witnesses. Det. Moore requests the additional pages in order to thoroughly and thoughtfully address all of the relevant facts, each of the claims raised by the Plaintiff and each of the applicable affirmative defenses.

The deadline for the parties to submit dispositive motions is September 16, 2019. Accordingly, this request is timely submitted more than three working days before the deadline to file dispositive motions.

If this Motion is granted, Det. Moore will include the required Table of Contents and Summary of the Argument.

This request is submitted in good faith and for the sole purpose of ensuring that all of the relevant evidence and arguments that supports Det. Moore's position are presented to this Honorable Court.

## II. CONCLUSION

For these reasons, Det. Moore request for leave to file a Memorandum in Support of his Motion for Summary Judgment that is no more than thirty-five (35) pages in length, exclusive of the required Table of Contents and Summary of the Argument, should be granted.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Cara M. Wright*
TODD M. RASKIN  (0003625)
JEFFREY T. KAY  (0069371)
CARA M. WRIGHT  (0084583)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  traskin@mrrlaw.com
jkay@mrrlaw.com
cwright@mrrlaw.com

Counsel for Defendant Matthew Scott Moore

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, September 9, 2019, a copy of the foregoing Defendant Matthew Scott Moore's Motion for Leave to Exceed the Page Limits was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Cara M. Wright*
CARA M. WRIGHT  (0084583)

Counsel for Defendant Matthew Scott Moore

PERS-140073/MFL Exceed Page Limits