# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | CASE NO.  3:13-CV-416 |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| v. | : | |
| THE CITY OF MIAMI TOWNSHIP, *et al.,* | : | **NOTICE OF FILING OF DEPOSITION TRANSCRIPT** |
| Defendants. | : | |

Pursuant to Rule 30(F) of the Federal Rules of Civil Procedure, the following deposition transcript has been filed with the Court.  The deposition is being filed for the purposes of a Motion for Summary Judgment and for purposes of trial:

  Denise Rankin  Taken  April 23, 2019

Respectfully submitted,

/s/ Edward J. Dowd
Edward J. Dowd (0018681)
Dawn M. Frick (0069068)
Christopher T. Herman (0076894)
SURDYK, DOWD & TURNER, CO., L.P.A
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333 || (937) 222-1970 (fax)
edowd@sdtlawyers.com
dfrick@sdtlawyers.com
cherman@sdtlawyers.com
Trial Attorneys for Defendant, Miami Township, Ohio

**CERTIFICATE OF SERVICE**

 I hereby certify that I electronically filed the foregoing with the Clerk of the Court on September 16, 2019, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

 /s/ Edward J. Dowd
Edward J. Dowd (0018681)
Dawn M. Frick (0069068)
Christopher T. Herman (0076894)