

# Transcript of Marvin Scothorn

**Date:** December 19, 2018
**Case:** Gillispie -v- City of Miami Township, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1          UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF OHIO

3              WESTERN DIVISION

4    _____

5    ROGER DEAN GILLISPIE,  :

6              Plaintiff   :

7       -vs-              : CASE NO. 3:13-CV-416

8    CITY OF MIAMI TOWNSHIP,:

9    ET AL.,               :

10             Defendants   :

11   _____

12

13            Deposition of MARVIN SCOTHORN, a

14   Defendant herein, taken by the Plaintiff as upon

15   cross-examination and pursuant to the Ohio Rules of

16   Civil Procedure as to the time and place and

17   stipulations hereinafter set forth, at the offices

18   of Surdyk, Dowd & Turner, 8163 Old Yankee Street,

19   Suite C, Dayton, Ohio at 10:09 a.m., on December

20   19, 2018, before Jamie S. Hurley, Court Reporter

21   and Notary Public within and for the State of Ohio.

22

23

24            *    *    *    *    *    *

25

```
1                    QUICK REFERENCE INDEX

2     WITNESS:  MARVIN SCOTHORN

3     APPEARANCES:  PAGE 3

4

5                          DX     CX    RDX     RCX

6     BY:  MR. SHUKUR       -      4     -      141

7     BY:  MR. HERMAN       -     113    -      151

8     BY:  MR. KAY          -     137    -       -

9

10

11                       EXHIBITS

12            IDENTIFIED                    PAGE

13    PLF'S:        1                       100

14                  2                       101

15

16

17              INFORMATION REQUESTED

18

19                 NOT APPLICABLE

20

21               *    *    *    *    *

22

23

24

25
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    3

```
1    APPEARANCES

2    ON BEHALF OF PLAINTIFF

3         Mr. Omavi Shukur
          Attorney at Law
4         Loevy & Loevy
          311 North Aberdeen Street, 3rd Floor
5         Chicago, Illinois 60607

6    ON BEHALF OF DEFENDANT, TOM ANGEL, JOHN DIPIETRO,
     STEPHEN GRAY
7
          Mr. Jonathan T. Deters
8         Attorney at Law
          SMBP Law
9         5300 Socialville-Foster Road, Suite 200
          Mason, Ohio 45040
10
     ON BEHALF OF DEFENDANT, MARVIN SCOTHORN
11
          Ms. Jackie Jewell
12        Attorney at Law
          Reminger Co., L.P.A.
13        200 Civic Center Drive, Suite 800
          Columbus, Ohio 43215
14
     ON BEHALF OF DEFENDANT, MIAMI TOWNSHIP POLICE
15   DEPARTMENT

16        Mr. Christopher T. Herman
          Attorney at Law
17        Surdyk, Dowd & Turner
          8163 Old Yankee Street, Suite C
18        Dayton, Ohio 45458

19   ON BEHALF OF DEFENDANT, MATTHEW MOORE

20        Mr. Jeffrey T. Kay
          Attorney at Law
21        Mazanec, Raskin & Ryder Co., L.P.A.
          100 Franklin's Row, 34305 Solon Road
22        Cleveland, Ohio 44139

23

24                *    *    *    *    *
25
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    4

```
1    WHEREUPON:
2                      MARVIN SCOTHORN,
3    of lawful age, a Defendant herein, being first duly
4    sworn as hereinafter certified, testified as
5    follows:
6                    CROSS-EXAMINATION
7    BY MR. SHUKUR:
8         Q.   Good morning.
9         A.   Good morning.
10        Q.   Please state your name for the record.
11        A.   Marvin Scothorn.
12        Q.   And how do you spell that?
13        A.   S-C-O-T-H-O-R-N.
14        Q.   Okay.  All right.  Mr. Scothorn, before
15   we have our conversation I will just layout some
16   ground rules for our conversation, all right?
17        A.   Okay.
18        Q.   And if you will just tell me, you know,
19   if you understand the ground rule after I say it;
20   does that sound all right?
21        A.   That sounds good.
22        Q.   All right.  Now, everything you say
23   will be recorded by our great court reporter here
24   today.  Unfortunately, as talented she is, she
25   can't record nonverbal movements where we usually
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                              5

1    just nod or we might say uh-huh or something like
2    that, I would like to have an affirmative or just a
3    verbal answer to all of my questions; do you
4    understand?
5            A.  I do understand.
6            Q.  All right.  I will ask you a series of
7    questions, none of which will be objectionable, but
8    I imagine there may be some objections.  If an
9    objection is put forth, please still answer the
10   question unless instructed not do so by your
11   counsel.
12           A.  I understand.
13           Q.  Now, this should just be common
14   courtesy, but sometimes, you know, we all waiver on
15   that front, so, you know, I'm going to try not to
16   object or, not to object, but not to interrupt you
17   when you're giving an answer.  And I ask that you
18   show me the same respect and not interrupt me when
19   I'm asking a question in part because the, our
20   conversation would be recorded, and we want to make
21   sure that any answer that you're giving to my
22   question is clear in terms of what question you're
23   answering.
24               And we want the question that I am
25   putting forth to be clear as well before you give

Transcript of Marvin Scothorn
Conducted on December 19, 2018                6

```
1    your answer, so it's for the common courtesy
2    purposes and clarity purposes, but we're not going
3    to interrupt each other; is that all right?
4         A.  I understand.
5         Q.  All right.  And, also, this is not an
6    endurance contest.  So if ever you need to take a
7    break to use the restroom or just do some breathing
8    exercises, you're more than welcome to take a break
9    provided that you, if I put forth a question or I
10   ask a question before you ask for a break, I'll ask
11   that you answer the question, and then we'll break;
12   do you understand?
13        A.  I understand.
14        Q.  Okay.  If you don't understand any of
15   the questions I ask, just let me know.  I will
16   clarify the question to the best of my ability, and
17   you should feel free to ask for a clarification; do
18   you understand?
19        A.  I understand.
20        Q.  If you do answer a question, a series
21   of questions that I ask, I will assume that you
22   both understand the question and that you are
23   answering the question to the best of your ability
24   and that you're giving a complete answer to the
25   question; do you understand?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                                7

```
1              A.  I understand.
2              Q.  Now, are you on any medications today
3    that will affect your ability to give your
4    deposition?
5              A.  No.
6              Q.  Okay.  So, Mr. Scothorn, what did you
7    do in preparation for your deposition here today?
8              A.  I had a meeting with, with my attorney
9    and we discussed documents that --
10                  MS. JEWELL:  Objection.  Don't
11   tell him anything that was discussed, just the
12   meeting is fine.
13   BY MR. SHUKUR:
14             Q.  And that's another thing.  At no point
15   do I want to hear anything that you've told your
16   attorney or anything that your attorney has told
17   you at any point during this conversation, all
18   right?
19             A.  I understand.
20             Q.  All right.  So you met with your
21   attorney.  When did you meet with your attorney?
22             A.  This morning.
23             Q.  Okay.  And is that the only meeting you
24   had with your attorney in preparation for your
25   deposition today?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    8

```
1              A.  Face-to-face.
2              Q.  All right.  Did you have any meetings
3    via telephone?
4              A.  Yes.
5              Q.  All right.  How many?
6              A.  One with this attorney.
7              Q.  Okay.  Any meetings with any other
8    attorneys?
9              A.  Yes.
10             Q.  From the same law office?
11             A.  Yes.
12             Q.  Okay.  And how many meetings with the
13   other attorneys?
14             A.  One face-to-face and several
15   telephones.
16                  MS. JEWELL:  I just want to make
17   sure that the record's clear.  Those meetings with
18   Attorney Kasson were not in preparation of this
19   deposition.  It was just for other purposes.
20   BY MR. SHUKUR:
21             Q.  All right.  Now, during your telephone
22   meetings with the other attorneys, I take it the
23   other attorney was Mr. Kasson?
24             A.  Yes.
25             Q.  All right.  Were there any other people
```

```
 1    on the calls besides you and Mr. Kasson during your

 2    telephone conversations with Mr. Kasson?

 3          A.  Not that I'm aware of.

 4          Q.  Okay.  And during your in-person

 5    meeting with your attorney in preparation for your

 6    deposition, was there anybody else present during

 7    that meeting?

 8          A.  You mean today?

 9          Q.  Yes.

10          A.  No.

11          Q.  Okay.  How long was your meeting with

12    your attorney today?

13          A.  About an hour and a half.

14          Q.  All right.  Did you review any

15    documents --

16              MS. JEWELL:  Objection.

17    BY MR. SHUKUR:

18          Q.  -- during this meeting?

19          A.  No.

20          Q.  Did you review any documents in

21    preparation for your deposition today, period?

22          A.  Yes.

23          Q.  All right, what documents did you

24    review?

25          A.  I reviewed documents that were sent to
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    10

1    me by my attorney.

2            Q.  All right.  Aside from any documents

3    specifically prepared or authored by your

4    attorneys, were there any other documents that you

5    reviewed?

6            A.  Yes.

7            Q.  All right.  What were they?

8                    (WHEREUPON, Mr. Deters exited the

9    room.)

10                   THE WITNESS:  I, over the last few

11   years, received a lot of correspondence.

12                   MS. JEWELL:  We're not going to

13   get into that.  I think he's confused with your

14   question.  Would you ask it a different way?

15   BY MR. SHUKUR:

16           Q.  Okay.  So I don't want to know about

17   any e-mails from any of your attorneys, any reports

18   from any of your attorneys.  What I'm asking for,

19   for example, would be any reports from any law

20   enforcement agency, any third-party reports, any

21   reports authored by yourself or documents authored

22   by yourself, stuff like that?

23           A.  No.

24           Q.  Okay.  So you didn't review any

25   documents from Miami Township Police Department in

Transcript of Marvin Scothorn
Conducted on December 19, 2018                           11

1   preparation for your deposition today?

2           A.  No.

3           Q.  All right.  Now, you understand that

4   we're here today because a lawsuit has been filed,

5   and you were named as one of the defendants, right?

6           A.  Yes.

7           Q.  And you understand that this lawsuit

8   arises from the Miami Township Police Department's

9   investigation of Dean Gillispie for rape, right?

10          A.  Yes.

11          Q.  All right.  Now, do you have any sort

12  of memory, any independent memory of any other

13  events that took place as a part of that

14  investigation?

15          A.  No.

16          Q.  Okay.  Do you have any independent

17  memory of this investigation that occurred, you

18  know, around 1988 through 1991?

19          A.  I wasn't involved in the original

20  investigation, so I have no knowledge of what

21  transpired.

22          Q.  Do you know Dean Gillispie?

23          A.  I do not.

24          Q.  All right.  To your knowledge, have you

25  ever known Dean Gillispie?

```
 1              A.  Not to my knowledge.

 2              Q.  All right.  Have you ever known of Dean

 3    Gillispie?

 4              A.  I've read a lot about him in the last

 5    few years, but that's pretty much the extent of it.

 6              Q.  All right.  And by last, so that's the

 7    last few years so from 2015 to today you've read a

 8    lot about him?

 9              A.  I've read through the documents that

10    I've received.

11              Q.  Since the filing of this lawsuit or you

12    mean before the filing of the lawsuit?

13              A.  Since the filing of the lawsuit.

14              Q.  All right.  So before this lawsuit was

15    filed, did you have any sort of knowledge of Dean

16    Gillispie?

17              A.  No.

18              Q.  Do you have any position either way

19    regarding whether Dean Gillispie raped Bonnie Wise?

20                    MS. JEWELL:  Objection.  Go ahead

21    and answer.

22                    THE WITNESS:  I have no

23    information about the case, so I couldn't make a

24    judgment.

25    BY MR. SHUKUR:
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    13

1          Q.  And by couldn't make a judgment, do you
2     mean you don't have a position in terms of whether
3     he did or didn't rape Bonnie Wise?
4          A.  I do not.
5          Q.  Okay.  Do you have any position
6     regarding whether Dean Gillispie raped Connie Wise?
7          A.  No.  The same answer, I do not have any
8     information on that.  I do not know who Connie Wise
9     is.
10         Q.  All right.  And is it the same with
11    Sandra Carpenter, Sandra Clark, sorry, is it the
12    same with Sandra Clark, you don't have a position
13    either way as so whether Dean Gillispie raped
14    Sandra Clark?
15         A.  Same answer, I don't know.  I don't
16    have that information.
17         Q.  And do you not have any position either
18    way regarding whether Dean Gillispie committed any
19    crime relating to the rapes of these women?
20         A.  I do not have any information about
21    that, no.
22         Q.  All right.  All right.  Mr. Scothorn,
23    where did you grow up?
24         A.  West Carrollton, right here, right here
25    in West Carrollton.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    14

```
 1          Q.  Where did you graduate from high --
 2          A.  West Carrollton High School.
 3          Q.  And, see, that's a good example.  So --
 4          A.  I'm sorry.  I interrupted you.
 5          Q.  Now, on the transcript it's going to
 6    show up as, where did you, West Carrollton High
 7    School, graduated.  So let's try to do better with
 8    that.  So I know it's not intuitive, but we're
 9    going to do our best, right?
10          A.  Yes, we are.
11          Q.  So you graduated from West Carrollton
12    High School in what year?
13          A.  1970.
14               (WHEREUPON, Mr. Deters entered the
15    room.)
16    BY MR. SHUKUR:
17          Q.  And what did you do after you graduated
18    from West Carrollton High School in terms of
19    furthering your education or employment?
20          A.  I took some classes at Sinclair
21    Community College and some classes at Wright State.
22    I did not graduate.
23          Q.  Did you work?
24          A.  I did.
25          Q.  All right.  Where did you work?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    15

1          A.   Initially after high school I worked

2     for Montgomery County Water Department.

3          Q.   How long were you there?

4          A.   Eleven years.

5          Q.   Is that until about '81?

6          A.   Yes.

7          Q.   Okay.  Where did you work after the

8     Montgomery County Water Department?

9          A.   Miami Township Police Department.

10          Q.   You began working at Miami Township

11    Police Department in 1981 or '82?

12          A.   Neither.

13          Q.   Neither?  When did you begin working at

14    the Miami Township Police Department?

15          A.   I started with Miami Township as a

16    police cadet in 1969.

17          Q.   Okay.  What were your responsibilities

18    as a police cadet?

19          A.   I helped out with parades.  I was

20    security details for crowd control.  They had some

21    carnivals that they needed someone to walk around

22    with for security.  I did those type of things,

23    traffic control when they had bad accidents, those

24    type of things.

25          Q.   How long were you a police cadet for?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    16

```
1            A.   I was a police cadet until I turned 21,
2    so that would have been 1973.
3            Q.   What was your next position with the
4    Miami Township Police Department?
5            A.   I became a patrol officer for Miami
6    Township.
7            Q.   What were your responsibilities as a
8    patrol officer?
9            A.   I was, I drove a police cruiser and
10   patrolled neighborhoods, took accident reports,
11   investigated crimes.
12           Q.   And in 1973 when you became a patrol
13   officer, that was in a part-time capacity?
14           A.   Actually it was in a volunteer
15   capacity.
16           Q.   All right.  About how many, well, sort
17   of what was your schedule like through your
18   volunteer patrol officer days?
19           A.   I was assigned one day a week that I
20   would come in and work an eight-hour shift.
21           Q.   All right.  How long were you a patrol
22   officer at the Miami Township Police Department
23   for?
24           A.   How long was I an axillary patrol
25   officer?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    17

1          Q.  Yes.

2          A.  Okay.  About a year and a half.

3          Q.  So 1973 you began as an, you started

4     your position as an axillary patrol officer?

5          A.  Yes.

6          Q.  All right.

7          A.  A volunteer.

8          Q.  All right.  And then you ended serving

9     as a, your time as an axillary patrol officer ended

10    in 1975?

11         A.  '74.

12         Q.  '74.  What was your next position at

13    the Miami Township?

14         A.  I became a part-time patrol officer.

15         Q.  In 1974?

16         A.  Yes.

17         Q.  All right.  Did your duties as a

18    part-time patrol officer differ at all from your

19    duties as an axillary patrol officer?

20         A.  Yes.

21         Q.  How so?

22         A.  I was working, scheduled three days a

23    week as opposed to one day, and I was paid a

24    salary.

25         Q.  How long were you a part-time patrol

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    18

1    officer for?

2            A.   Until '78.

3            Q.   What was your next position at the

4    Miami Township Police Department?

5            A.   I became a part-time sergeant.

6            Q.   What were your duties as a part-time

7    sergeant?

8            A.   To be the shift supervisor of whatever

9    shift I was working.

10           Q.   I'm sorry.  You started your position

11   as a part-time sergeant in --

12           A.   '78.

13           Q.   '78, okay.  All right.  What were the

14   responsibilities for, what were your

15   responsibilities as shift supervisor?

16           A.   I was there to assist if other patrol

17   officers needed assistance.  I was a backup for

18   other patrol officers that went on calls that could

19   potentially be dangerous.  Other than that, my

20   duties were pretty much the same as a regular

21   patrol officer.

22           Q.   All right.  A shift supervisor in

23   addition to doing accident reports, investigating

24   crimes, and carrying out regular patrol officer

25   duties, your only other responsibilities were to

Transcript of Marvin Scothorn
Conducted on December 19, 2018                                        19

1    assist patrol officers when needed and serve as

2    backup to patrol officers where needed; is that

3    correct?

4            A.  Yes.

5            Q.  All right.  How long were you a

6    part-time sergeant for?

7            A.  Until 1981.

8            Q.  What was your next position?

9            A.  I was a full-time sergeant.

10           Q.  What were your responsibilities as a

11   full-time sergeant?

12           A.  The same as the part-time sergeant,

13   only I was doing it five days a week.

14           Q.  How long were you a full-time sergeant

15   for?

16           A.  Until 1987.

17           Q.  What was your next position at the

18   Miami Township Police Department?

19           A.  Lieutenant.

20           Q.  Were you, were you the lieutenant of a

21   particular division, a section, or just lieutenant?

22           A.  I was, I was one of two lieutenants,

23   and I was, I oversaw the records section and the

24   dispatch area and the dispatchers.

25           Q.  What was the other lieutenant's realm

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    20

1    of authority or responsibility?

2          A.  He was in charge of the patrol section

3    and the detective section.

4          Q.  Okay.  What was the other lieutenant's

5    name in '87?

6          A.  At the time it was Tom Angel.

7          Q.  How long were you, oh, sorry.  And you

8    said that you, your realm of responsibility or the

9    scope of your responsibility covered records and

10   dispatch.  What exactly were your responsibilities

11   relating to records in dispatch?

12         A.  I worked with the computer guy that we

13   had to help set up some, you know, some

14   computerized record keeping.  They had, I think,

15   four employees in the records section that, and

16   then one supervisor who was a civilian, well, all

17   of those people were civilians.  And I just oversaw

18   them, and I was a liaison between them and the rest

19   of the department and the same for the dispatch.

20         Q.  You're the liaison between the staff

21   members of records and dispatch in the department?

22         A.  Yes.

23         Q.  All right.  And by department do you

24   mean leadership?

25         A.  Yes.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    21

```
 1           Q.  Okay.  And who all was in the
 2    leadership or what were the titles of the --
 3           A.  At that stage there was, there was
 4    myself as lieutenant.  Tom Angel was lieutenant,
 5    and James Moore was a police chief.
 6           Q.  All right.  So the chain of command had
 7    the police chief at the top followed by two
 8    lieutenants; is that correct?
 9           A.  That is correct.
10           Q.  All right.  And then with the next step
11    in the chain of command would be patrol officers?
12           A.  There were five patrol sergeants.
13           Q.  Patrol sergeants.  All right.  Sorry.
14           A.  Correction, there were four patrol
15    sergeants and one detective sergeant.
16           Q.  And one detective sergeant.  All right.
17    And those sergeants were under Angel in '87?
18           A.  That is correct.
19           Q.  Did you have any sergeants under you in
20    the chain of command?
21           A.  No.
22           Q.  The people under you in the chain of
23    command were the staff members of the records and
24    dispatch departments or section?
25           A.  Yes.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    22

1          Q.   All right.   Did you call it a records
2    department or division or section?
3          A.   We called it a director's department.
4          Q.   Department, okay.   As lieutenant of
5    records, you have established the computerized
6    recordkeeping of the Miami Township Police
7    Department at the time; is that correct?
8          A.   I assisted in creating them, yes.
9          Q.   All right.   And how did you assist in
10   creating a computerized recordkeeping?
11         A.   We had hired a consultant to come in
12   and help us set up how it was going to function.
13   And I basically sat with him and explained to him
14   what we needed and how we needed it to be kept.
15         Q.   What did you tell the consultant you
16   needed in terms of a computerized recordkeeping
17   system?
18         A.   I really don't recall the conversations
19   I had with him.
20         Q.   Do you remember any of your priorities
21   in terms of records keeping, computerized records
22   keeping system at the time?
23         A.   We just needed something that the
24   officers could come in and type in their
25   information into the report.   And we tried to make

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    23

1    it as similar to the existing hardcopy of reports

2    that we had at the time.

3         Q.  Were you pretty knowledgeable about the

4    computerized records keeping system at the time in

5    '87?

6         A.  No, sir.

7         Q.  Did you know how the computerized

8    recordkeeping system sort of functioned or operated

9    at the time in '87?

10        A.  No.

11        Q.  All right.  Did you come to become

12   familiar with how the computerized recordkeeping

13   system operated?

14        A.  Overtime I learned a lot about the

15   computers, but I, even today, I wouldn't consider

16   myself knowledgeable about computers.

17        Q.  How long were you the lieutenant of

18   records in dispatch for?

19        A.  Until 1990.

20        Q.  What was your next position at the

21   police department?

22        A.  Captain.

23        Q.  Before 1990 did the position of, sorry,

24   is the captain the same as the police chief?

25        A.  No.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    24

1              Q.   Okay.   Before 1990, did the position of

2        captain exist?

3              A.   No.

4              Q.   Okay.   What were your responsibilities

5        as captain?

6              A.   I had the same responsibilities except

7        now I was, the lieutenant now reported to me as

8        opposed to the directly to the chief.

9              Q.   All right.   When you became captain in

10       1990, did the department eliminate the position of

11       lieutenant for records in dispatch?  Were they

12       still two lieutenants?

13             A.   No.   There was only one lieutenant.   I

14       still retained the same duties.   I just, the

15       lieutenant reported directly to me.

16             Q.   All right.   When you became captain in

17       1990, who was the lieutenant?

18             A.   Gary Williams.

19             Q.   All right.   At this time did

20       Mr. Williams still have four patrol sergeants and

21       one detective sergeant under him?

22             A.   Yes.

23             Q.   Who is the detective sergeant in 1990?

24             A.   Steve Fritz.

25             Q.   Why did they create the position of

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    25

```
1   captain in 1990?
2                   MS. JEWELL:  Objection.  Only
3   answer if you know.
4                   THE WITNESS:  I wasn't consulted.
5   They just offered me the position.
6   BY MR. SHUKUR:
7       Q.  Do you have any or did you have, at the
8   time have any sort of inclination as to why they
9   created the position?
10                  MS. JEWELL:  Objection, same
11  objection.  You already answered this.
12                  THE WITNESS:  Do you want me to
13  speculate?
14  BY MR. SHUKUR:
15      Q.  I don't want you to speculate.  I just
16  want to know if you had any inclination as to why
17  they created the position?
18      A.  I --
19                  MS. JEWELL:  No, don't guess or
20  speculate.
21                  MR. SHUKUR:  Is that an objection?
22  That's not an objection.
23                  MS. JEWELL:  I didn't want him to
24  speculate.  He's going to answer how he answers.
25                  MR. SHUKUR:  I understand.  I just
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    26

1    want proper objections to be made.

2                    MS. JEWELL:  It's proper.  Go

3    ahead.

4                    THE WITNESS:  I think it was part

5    of restructuring by the new police chief.

6                    MR. SHUKUR:  And instructing

7    clients is not proper.  Objections are proper.

8    Instructing clients --

9                    MS. JEWELL:  Well, I don't want

10   him to guess or speculate, and I'm sure you don't

11   either.  He already answered.

12                    MR. SHUKUR:  That's great

13   coaching.  I just want you to keep it to

14   objections, if possible.  I'll show you the same

15   courtesy.

16   BY MR. SHUKUR:

17        Q.  All right.  How long were you a

18   lieutenant for, or a captain, I'm sorry?

19        A.  A captain, until 1996.

20        Q.  If you, well, sorry, do you, what were

21   the responsibilities of detective sergeants?

22        A.  He was to oversee the detective section

23   and oversee the investigations that occur.

24        Q.  Anything else?

25        A.  I wasn't, I wasn't in charge of the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    27

1   section.  I've never been a detective, so I don't
2   know exactly everything that they did.
3        Q.  During your time as sergeant you didn't
4   know exactly everything that the detective
5   sergeants did?
6        A.  No.
7        Q.  Okay.  After Steve Fritz who else, or
8   I'm sorry, who was the next detective sergeant
9   after Steve Fritz?
10       A.  Tim Wilson.
11       Q.  Now, what was your assessment of Steve
12  Fritz' performance as detective sergeant during
13  your time as captain?
14            MS. JEWELL:  Can you repeat the
15  question?
16  BY MR. SHUKUR:
17       Q.  What was your assessment of Steve
18  Fritz' performance as detective sergeant during
19  your time at the Miami Township Police Department?
20       A.  Okay.  He did not report to me.  And
21  there was some things about Steve Fritz that I did
22  not care for as a person.
23       Q.  What did you not care for?
24       A.  He wasn't always truthful.
25       Q.  Why did you believe Fritz was not

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     28

1    always truthful?

2           A.   Because I caught him in lies.

3           Q.   What is a lie that you caught Steve

4    Fritz in?

5           A.   He was doing an investigation.

6    Something came up about the investigation to me.   I

7    don't recall exactly the details, but I asked him

8    about it and asked him if he had a report on it,

9    and he told me that he did.   It took him a couple

10   hours to find it, and when he found it, I figured

11   out that he had gone down and written it after I

12   asked for it.

13          Q.   Did this in any way hinder or impair

14   the department's ability to carry out their law

15   enforcement functions in regards to the

16   investigation?

17          A.   No.

18          Q.   What's another lie that you caught

19   Fritz in?

20          A.   He was getting something from the

21   property room, and he told me that he had returned

22   it, and he did not.   And then I found out later

23   that he did return it, but it was after the fact.

24          Q.   Do you know what the piece of the

25   property was?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    29

1            A.  I don't recall.
2            Q.  Did this affect the, negatively affect
3    the department's law enforcement functions in
4    regards to that investigation?
5            A.  No.
6            Q.  What's another lie you caught Fritz in?
7            A.  That's all the two that I remember.
8            Q.  How would you describe your
9    relationship with Fritz, is it friendly, cordial?
10            A.  Today?
11            Q.  Yes.
12            A.  Oh, I have no relationship with him
13    today.  I have not seen him in more than 20 years.
14            Q.  How would you describe your
15    relationship with Fritz during your time at the
16    Miami Township Police Department?
17            A.  It would have to be hot and cold.  Some
18    days it was good.  Some days it wasn't.
19            Q.  Aside from the two events that we've
20    already discussed, was there any other event that
21    stands out to you regarding your relationship with
22    Fritz and, yeah?
23            A.  Can you be more specific?
24            Q.  Yeah.  Any particularly hostile event
25    that stands out to you during your time at the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    30

1   Miami Township Police Department involving Fritz?

2           A.   There's one that comes to mind.

3           Q.   What event is that?

4           A.   The involvement he had in my

5   termination from the department.

6           Q.   What involvement did he have in your

7   termination from the department?

8           A.   Even though he wasn't with the

9   department any longer, he helped organize a group

10  of people to tell stories about me that weren't

11  true.

12          Q.   And we'll get into that a little more a

13  little bit later.

14          A.   I figured you might.

15          Q.   For now, how would you describe him as,

16  Fritz as a sort of detective sergeant in terms of

17  purely his performance?

18          A.   He was a very good investigator.  He

19  knew the job.  He just always wasn't ready to

20  perform it.

21          Q.   Okay.  What makes you say that he was a

22  good investigator or why do you say he was a good

23  investigator?

24          A.   He handled a lot of cases during the

25  time that he and I were there together that he, he

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    31

1  proved cases or he disproved cases or he was able

2  to find things out and, you know, and talk to

3  people and get, you know, confessions.  And so he

4  was, he was a good investigator.

5       Q.  Why do you say that Fritz knew the job?

6       A.  He knew what he was supposed to do.  He

7  just didn't always do it.

8       Q.  What did Fritz do to indicate that he

9  knew what he was supposed to do?

10      A.  He would complete cases that were

11  important to him, but if it was something that he,

12  you know, that he was stumbling with, then he

13  would, he would bury it, and it would not get, it

14  wouldn't go any further until somebody questioned,

15  you know, what happened with this case?  And then

16  he would end up with, you know, I've been working

17  on this case, and I've done all this paperwork.

18  And it turned out that he wasn't been working on

19  the case, and he didn't do any paperwork.

20      Q.  Now, you said Fritz wasn't always ready

21  to perform.  Why do you say Fritz wasn't always

22  ready to perform?

23      A.  As I said, he knew his job.  He just

24  wasn't always willing to do it.

25      Q.  And then so in terms of, did you learn

Transcript of Marvin Scothorn
Conducted on December 19, 2018                              32

1    about Fritz' performance, his willingness to
2    perform his job functions, his knowledge of the job
3    in your capacity as lieutenant or in your capacity
4    as captain or some combination?
5            A.  As a combination.
6            Q.  All right.  So as lieutenant how would
7    you come to be aware of Fritz' performance on the
8    job?
9            A.  He was a detective sergeant, so he
10   interacted with, you know, several other agents or
11   other departments in the police department.  And
12   sometimes people would come to me, with, you know,
13   disappointments about his performance.
14           Q.  Who were these people who came to you
15   about, with disappointments about Fritz'
16   performance?
17           A.  I don't remember anyone specific, but
18   it would have been, it would have been someone
19   that, like, in the records section or someone in
20   the detective section, or not the detective
21   section, someone in the dispatch or sometimes
22   patrol officers would come to me about a case that
23   they called him on, and he wasn't performing like
24   they thought he should.  And I would send them down
25   the chain of command and tell them to talk with the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    33

1    lieutenant.

2          Q.  How would you become informed about

3    Fritz' performance on the job during your time as

4    captain at the Miami Township Police Department?

5          A.  I had an open door policy.  If someone

6    had a complaint, they were welcome to come see me.

7          Q.  Who complained about Fritz' performance

8    during your time as captain?

9          A.  I don't remember anybody specific.

10         Q.  Do you remember the complainant's

11   positions within the police department?

12         A.  I know I received a complaint from a

13   record section about his not getting paperwork

14   submitted on time.  I also received complaints from

15   sergeants that they didn't like his performance

16   when he was called out on a case, you know, during

17   the night, so but I don't remember specifics about

18   that.

19         Q.  All right.  In this complaint from

20   sergeants regarding Fritz not coming out on a call,

21   during this time you were captain, correct?

22         A.  Yes.

23         Q.  All right.  And there were two

24   sergeants, correct?

25         A.  There were four sergeants.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                           34

1          Q.  Four sergeants.  And so the sergeants
2     would be the patrol sergeants?
3          A.  Yes.
4          Q.  All right.  Now, aside from being
5     informed about Fritz' performance on the job from
6     complaints within the department or complaints
7     within the department, how else would you come to
8     be aware of Fritz' performance in the job, on the
9     job during your time as captain at the Miami
10    Township Police Department?
11         A.  I don't recall anything specific, but,
12    like I said, I had an open door policy.  Anybody in
13    the department was welcome to come and air their
14    complaints.  I'd always send them to the
15    appropriate person for, you know, for them to look
16    into it.  It really wasn't something that I got
17    involved in.
18         Q.  Okay.  Am I correct in saying that the
19    only way you would become aware of Fritz'
20    performance on the job during your time as captain
21    at the Miami Township Police Department was if
22    people within the department came into your office
23    with a complaint about Fritz; is that correct?
24              MS. JEWELL:  Objection.  I don't
25    think that's what the testimony was.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    35

```
1                    THE WITNESS:  Not, I mean, yes,
2      but not entirely.  I mean, I could observe things
3      on my own.
4      BY MR. SHUKUR:
5           Q.  All right.
6           A.  So --
7           Q.  And what, sorry, how would you come
8      about observing things related to Fritz'
9      performance during your time as captain in the
10     Miami Township Police Department?
11          A.  It's like I told you earlier, something
12     was referred to me, and I asked him about the
13     paperwork, and he told me that it was all done.
14     And I found out later that it wasn't done.  He
15     didn't complete the paperwork until after the fact,
16     so I would have, you know, had direct knowledge of
17     that.  He was not real good about getting paperwork
18     done.
19          Q.  And by something being referred to you,
20     that would mean if something were referred to you
21     by somebody from records?
22          A.  Could have been records.  It could have
23     been dispatch.  It could have been somebody from
24     outside the department.
25          Q.  All right.  And now we're discussing
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    36

```
1    all the ways you would become aware of Fritz'
2    performance.  We've discussed your open door policy
3    and people coming in to make complaints.  We've
4    discussed something being referred to you by
5    another member in the Miami Township Police
6    Department.  Is there any other way you have become
7    aware of Fritz' performance?
8            A.  There's, I'm sure there is a variety of
9    ways.  Those are the only things I recall at the
10   time.
11           Q.  Okay.  All right.  How would you assess
12   Tim Wilson's, well, first, do you know Tim Wilson?
13           A.  I do.
14           Q.  All right.  How do you know Tim Wilson?
15           A.  We started out as cadets in the
16   department together, so we've been, we've been
17   friends for almost 50 years.
18           Q.  How would you assess Mr. Wilson's
19   performance at the Miami Township Police Department
20   during your time at the Miami Township Police
21   Department?
22           A.  He's a very, very good investigator.
23   He is, he's good working with people.  He knows how
24   to dig deep into an investigation and get the
25   answers that he needs.  And he is a, he's a genuine
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     37

1    well-rounded person.
2              Q.   Do you know John DiPietro?
3              A.   I do.
4              Q.   How do you know John DiPietro?
5              A.   John was in the department the same
6    time I was.  He, when I left the department he was
7    a sergeant.  And he, I've known him all that time.
8              Q.   DiPietro was a patrol sergeant?
9              A.   I'm not sure of that.  I know he was, I
10   know his rank, but he had, he was a sergeant of,
11   like, a liaison officer at one time, and so I don't
12   know what he was at that particular time.
13             Q.   All right.  How would you assess his
14   performance on the job?
15             A.   John's a very good, a very good police
16   officer.  He tries very hard.  He's very, very
17   interested in the profession, and he did very good
18   work for the department.
19             Q.   Do you know Scott Moore?
20             A.   I do.
21             Q.   How do you know Scott Moore?
22             A.   He also works in the department.
23             Q.   Did you know Scott Moore before he
24   worked in the department?
25             A.   Yes.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    38

```
 1          Q.  How did you know Scott Moore before he
 2   worked in department?
 3          A.  He was Jim Moore's son, and he worked
 4   security at the Dayton Mall, I believe.
 5          Q.  Did you see Scott Moore grow up from a
 6   pup?
 7          A.  Not really, no.
 8          Q.  All right.  But you had seen him before
 9   he joined department?
10          A.  I did, yes.
11          Q.  Where would you see Scott Moore before
12   he joined the department?
13          A.  As I said, he worked security in the
14   mall.  And he would be in the department if he made
15   an arrest in one capacity or another at the mall,
16   they, he caught shoplifters so --
17          Q.  The only time you saw Scott Moore
18   before he joined the department was during Scott
19   Moore's time working security at the mall; is that
20   correct?
21                  MS. JEWELL:  Can you repeat the
22   question?
23                  THE WITNESS:  Yeah.  I --
24                  MS. JEWELL:  Hold on.  Let him
25   repeat the question.  I just want to hear it real
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                          39

```
1    quick.
2    BY MR. SHUKUR:
3         Q.  The only time that you saw Scott Moore
4    before he began working at the Miami Township
5    Police Department was during Moore's time working
6    security at the mall; is that correct?
7         A.  Okay.  No.  It's not correct.  His
8    father was with the department for a long time.  My
9    father was with the department for a long time.
10   I'm sure that sometime prior to that I saw him, but
11   I don't remember anything specific about that.
12        Q.  Was your assessment of Mr. Moore's
13   performance during his time or during your time at
14   the Miami Township Police Department?
15        A.  Mr. Moore was an excellent
16   investigator.  He, he worked very hard.  He was
17   very diligent.  He, he was willing to work a lot
18   and dig into a case, and he generally got results.
19        Q.  Did you know Stephen Gray?
20        A.  I do.
21        Q.  How do you know Stephen Gray?
22        A.  He started out in the department
23   working in records section, and then he became a
24   patrol officer.
25        Q.  I'm sorry.  Going back to Moore for a
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    40

```
1    second --
2            A.   Sure.
3            Q.   Actually going to DiPietro, how would
4    you describe your relationship with DiPietro?
5            A.   I have a casual relationship with John.
6    We talk occasionally, but not very frequently.
7            Q.   Is it a particularly good or bad or
8    friendly, or hostile memories stand out to you
9    during your time or during your relationship with
10   DiPietro?
11           A.   With John?
12           Q.   Yes.
13           A.   I mean, John's a good guy.  I don't
14   think I've ever had any arguments or serious
15   disagreements with him.
16           Q.   Okay.  And how would you describe your
17   relationship with Mr. Moore?
18           A.   I have no relationship with Mr. Moore
19   at this stage.  I haven't seen him in more than 20
20   years.
21           Q.   How would you describe your
22   relationship with Mr. Moore during your time at the
23   Miami Township Police Department?
24           A.   Rocky.
25           Q.   Why would you your relationship with
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    41

1    Mr. Moore at the time at the Miami Township Police
2    Department as rocky?
3              A.  How would I describe it?
4              Q.  Why would you describe it as rocky?
5              A.  Why would I describe it as rocky?  I
6    didn't really care for him when he was working
7    security at the mall.  He was very, very arrogant.
8    He didn't, he just didn't fit what I believed to
9    be, you know, you know, as a person.  He just
10   seemed very arrogant.  I did not agree, and I had
11   several conversations with his father.  I disagreed
12   with the fact of bringing him on at the department
13   because of those reasons, you know, a lot of cops
14   are cocky.  He was a little more than that.  And I
15   didn't care for him, didn't care for his
16   personality.
17             Q.  Why do you describe Mr. Moore as
18   arrogant and more than cocky, well, during your
19   time at Miami Township Police Department?
20             A.  When he was involved even before he
21   actually became part of the department, he was
22   just, you know, the attitude, the air of his
23   conversation was, you know, condescending and
24   cocky.
25             Q.  All right.  I'm trying to, you ever

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    42

1    heard when you were in middle school you were

2    learning how to write compositions, and they said,

3    show me, don't tell me?

4         A.  No.

5         Q.  No, they didn't tell you that?  What's

6    going on here?

7         A.  I graduated from high school in 1970,

8    so those were the good old days.

9         Q.  All right.  Well, I'm trying to get a

10   picture for why you would try to describe Moore as

11   arrogant and cocky.  And part of your explanation

12   was that he had an air of cockiness which doesn't

13   help me in terms of visualizing it.  So if you can

14   show me a little more, so aside from Mr. Moore,

15   here's my question.

16        A.  Okay.

17                MS. JEWELL:  Go ahead.  Ask the

18   question.

19                MR. KAY:  You know my objection's

20   coming, but go ahead.  You can finish your question

21   first.

22   BY MR. SHUKUR:

23        Q.  All right.  I appreciate it.  Besides

24   from Mr. Moore having, here's my question; aside

25   from Mr. Moore having an air of being condescending

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    43

1    and cockiness, why else do you describe Mr. Moore
2    as being arrogant and more than cocky?
3                    MR. KAY:  Objection to form.
4    Asked and answered.
5                    THE WITNESS:  I guess the easiest
6    thing to describe it, and maybe you can visualize,
7    my dad's the police chief, so you can't tell me
8    what to do.
9    BY MR. SHUKUR:
10        Q.  Did Mr. Moore do anything that
11   suggested or gave off an air of arrogance or
12   cockiness, did he do anything in terms of actions?
13        A.  He didn't do anything that I remember
14   specifically.  It was just his attitude and his,
15   and his, as you describe, air of confidence.
16        Q.  All right.  And is this air of
17   arrogance and cockiness the only reason you had a
18   rocky relationship with Moore?
19        A.  Can you be more specific?
20        Q.  Well, earlier you described your
21   relationship with Moore as rocky, correct?
22        A.  Yeah.
23        Q.  And I'm trying to understand why you
24   describe your relationship with Moore as rocky.
25   And in response to that question you said that he

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    44

1    had an air of arrogance and cockiness; is that

2    correct?

3             A.   That's correct.

4             Q.   All right.  And I just want to know if

5    we covered all the basis if the only reason you had

6    a rocky relationship with Moore was, you know, his

7    air of arrogance and cockiness.  So here's my

8    question, aside from Moore having an air of

9    arrogance and cockiness, was there any other reason

10   you had a rocky relationship with Mr. Moore?

11            A.   Well, during the course of the time

12   that he was a patrol officer in the detective

13   section, I just, he was just one of those guys that

14   I didn't care for.  I didn't care for how he got on

15   the department.  He kind of made that obvious to

16   everyone that, you know, my dad's the police chief,

17   you know.  So his dad and I had conversations about

18   that, but, you know, I didn't, I didn't win that

19   conversation.

20                 But other than that, I mean,

21   during the course of the time that he was, he was,

22   you know, with the department, I don't know what

23   specific that you're asking that, you know, okay?

24   I don't remember any particular arguments that he

25   and I had.  It's just that, you know, I didn't care

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    45

1    for him.

2            Q.   Moving on to Mr. Gray.  How would you

3    describe your relationship with Mr. Gray?

4            A.   It was casual.  He worked in the record

5    section, and he was competent.  He did what he was

6    told.  He was a bit immature, but he was a good

7    guy.

8            Q.   Why do you say he was immature?

9            A.   He liked to joke around a lot and kind

10   of play games and whatever.

11           Q.   Do you know Rick Wolfe?

12           A.   I know of Rick Wolfe, yeah.

13           Q.   Have you ever been, well, you said you

14   know of him.  Why do you say you know of him?

15           A.   He was with the department in the '80s.

16   I don't think I've seen him or talked to him since

17   then.  So, I mean, I know who Rick Wolfe is, but if

18   I bumped into him on the street, I probably

19   wouldn't recognize him.

20           Q.   Did you have a relationship with

21   Mr. Wolfe in the '80s?

22           A.   Well, we both worked at the department

23   together.  I'm sure that we probably did some

24   things together.  I dont' remember anything

25   socially, just stuff within the department.  Other

Transcript of Marvin Scothorn
Conducted on December 19, 2018                46

1   than that, I don't know whether he was there, and I

2   was there at the same time, and that's pretty much

3   it.

4           Q.  So is it safe to say that, well, sorry,

5   looking back, here's my question.  Looking back

6   over your time at the department during which Rick

7   Wolfe was also at the department, do you have any

8   impressions of Mr. Wolfe or his performance?

9           A.  Performance, no.  But what I do

10  remember about Rick Wolfe was that he was a

11  genuine, nice guy.  He seemed to get along with

12  everyone.

13          Q.  Do you know Keith Stapleton?

14          A.  No.

15          Q.  Have you ever known Keith Stapleton?

16          A.  Not that I'm aware.

17          Q.  Do you know Robert Miller?

18          A.  No.

19          Q.  Do you know if you've ever known Robert

20  Miller?

21          A.  I don't believe I have, no.

22          Q.  Do you know David Burke?

23          A.  No.

24          Q.  Have you ever known David Burke?

25          A.  Not that I'm aware of.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    47

1          Q.   Do you know Robert Burke?

2          A.   Robert Burke?

3          Q.   Yes.

4          A.   No.

5          Q.   Have you ever known Robert Burke?

6          A.   No.

7          Q.   All right.  Now I'd like talk a little

8     more about your time as captain of the Miami

9     Township Police Department.

10         A.   Would you mind if we took a little

11    break so I can go to the bathroom?

12              MR. SHUKUR:  Of course.  Of

13    course.  Off the record.

14              (WHEREUPON, a recess was taken.)

15    BY MR. SHUKUR:

16         Q.   We are back on the record.  All right.

17    Mr. Scothorn, before we went on break, I told you

18    I'd like to talk more about your time as captain at

19    the Miami Township Police Department.  You were

20    captain from 1990 to 1996, correct?

21         A.   That's correct.

22         Q.   All right.  As captain at the Miami

23    Township Police Department, you were second of

24    command?

25         A.   Yes.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    48

1        Q.  All right.  And as second of command,

2   you were in charge part of, or responsible for

3   supervising people under you; is that correct?

4        A.  That's correct.

5        Q.  All right.  And that, that charge to

6   supervise included insuring that your subordinates

7   conducted ethical and thorough investigations?

8        A.  In part, yes.

9             MR. HERMAN:  Objection, form.

10            MS. JEWELL:  Objection.

11  BY MR. SHUKUR:

12       Q.  All right.  It also included in part

13  monitoring your subordinates' activities?

14       A.  Through a chain of command.

15       Q.  Through a chain of command.  All right.

16  And you would also at times sort of observe your

17  subordinates on the job as they were performing

18  various law enforcement activities?

19       A.  Less frequently.

20       Q.  But you would do it?

21       A.  Occasionally.

22       Q.  Were your responsibilities, duties as

23  captain sort of detailed in writing anywhere?

24       A.  I'm sure they were.  I don't have any

25  record of any of that.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    49

1          Q.  Why do you say you're sure they were?
2          A.  Well, I don't recall anything, but I
3    would assume that somewhere there was a job
4    description.
5          Q.  But you can't say whether or not you
6    ever saw a job description?
7          A.  I cannot say that I did, whether I have
8    or not.
9          Q.  As captain were you responsible also
10   for helping to create department policies?
11         A.  Technically, yes.
12         Q.  You're certainly responsible in part
13   for enforcing department policies?
14         A.  To a point, to a limit, yes.
15         Q.  All right.  And all of the
16   responsibilities we've just detailed were carried
17   out by you to the best of your abilities, correct?
18         A.  Being responsible doesn't necessarily
19   mean that I carried them out, but there was a chain
20   of command.
21         Q.  What do you mean by being responsible
22   doesn't mean you carried them out?
23         A.  Ultimately I'm responsible for people,
24   but through the chain of command other individuals
25   were responsible for other people that were working

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    50

```
1   in the department.  And I was never a
2   micro-manager, so as long as there was no need for
3   me to get involved with things, I didn't get
4   involved.
5           Q.  But you certainly made sure that your
6   subordinates were doing their job, correct?
7                   MS. JEWELL:  Objection, asked and
8   answered.  Go ahead and answer.
9                   THE WITNESS:  If I, you know, had
10  a problem then I would, I would look into it.  I
11  would talk to somebody, but on a day-to-day
12  operation, I usually didn't get involved in
13  anything.
14  BY MR. SHUKUR:
15          Q.  During your time as captain at the
16  Miami Township Police Department, the lieutenant
17  was in charge of supervising the detective
18  sergeant?
19          A.  That's correct.
20          Q.  That's correct.  And your job in part
21  was to make sure that the lieutenant was, in fact,
22  supervising the detective sergeant; is that
23  correct?
24                  MS. JEWELL:  Objection.
25                  THE WITNESS:  Again, if there was
```

1    no issue then I usually didn't get involved.

2    BY MR. SHUKUR:

3         Q.  And, all right.  And so, and right now

4    I understand your answer.  Right now I'm not

5    asking, you know, if you got involved if there was

6    no issue or not.  I'm just asking if that was a

7    part of your sort of responsibility as captain it

8    might not have been, but, you know, was it your

9    responsibility as captain to make sure that the

10   lieutenant was supervising the detective sergeant?

11             MS. JEWELL:  I'm sorry, can you

12   repeat the last part of that question?

13   BY MR. SHUKUR:

14        Q.  Was it your responsibility as captain

15   to make sure that the lieutenant was supervising

16   the detective sergeant?

17        A.  I'd have to say my responsibility, yes.

18        Q.  Earlier you said if there was no issue

19   you wouldn't get involved.  What do you mean by

20   that?

21        A.  I had other responsibilities within the

22   department that didn't involve directly supervising

23   people.  So if there was no issue, and no one was

24   complaining, and I felt that the supervisors were

25   doing their job, then there was no reason for me to

1    become involved.

2           Q.  And these other issues that you had to

3    deal with include the responsibilities you had as a

4    lieutenant regarding records and dispatch, correct?

5           A.  Well, that also, but I did a lot of

6    administrative duties as the captain.

7           Q.  And you said if there were not issues,

8    and people weren't complaining then you wouldn't

9    get involved in terms of whether people were

10   supervising or not.  Now, what do you mean by if

11   there was no issue?

12          A.  If no one was complaining about the

13   specific issue, I wasn't one to go downstairs and

14   say, has anybody pissed you off today?  So I was

15   not a micro-manager.

16          Q.  All right.  All right.  In part of the,

17   so here's my question, part of the lieutenant's

18   duty during your time at the Miami Township Police

19   Department was to make sure that the detective

20   sergeant was supervising the detectives; is that

21   correct?

22          A.  That would be correct.

23          Q.  Which means part of your responsibility

24   was to make sure the lieutenant was ensuring that

25   the detective sergeant was carrying out his

1   supervisory responsibilities regarding detectives,

2   correct?

3                 MS. JEWELL:  Objection, asked and

4   answered.

5   BY MR. SHUKUR:

6         Q.  You can answer.

7         A.  Through the chain of command, yeah.

8         Q.  What do you mean through the chain of

9   command?

10        A.  There was, there were layers of

11  supervisors below me.  I did not get involved in

12  the day-to-day operations of pretty much anything

13  unless there would become a reason for me to be

14  involved.

15        Q.  Right.  There would only become a

16  reason for you to get involved if somebody came to

17  you with a complaint; is that correct?

18        A.  Or I saw something personal.

19        Q.  All right.  How would you see something

20  personal?

21        A.  Not that anything like this ever

22  occurred, but if I was say, driving down the road,

23  and I saw a police cruiser pulled over doing

24  something that would be inappropriate, I may

25  contact his supervisor and say, hey, what is this

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    54

1    guy doing?  Something like that.

2            Q.  In other words, if you saw something by

3    happenstance?

4            A.  Yes.

5            Q.  All right.  But you had never, you

6    know, look for, you know, any indicia that

7    something was awry or not; is that correct?

8            A.  I didn't look for problems.  I would

9    sometimes maybe check and ask if everything was

10   going okay, but I did not look for problems.

11           Q.  What was the detective sergeant's

12   responsibilities during your time as captain at the

13   Miami Township Police Department?

14               MS. JEWELL:  Objection.  This has

15   already been covered.  Go ahead.

16               THE WITNESS:  I don't remember

17   specifically.  He was just overseeing the detective

18   section.

19   BY MR. SHUKUR:

20           Q.  What do you mean by oversee the

21   detective section?

22           A.  He was there to assign cases to be, you

23   know, there for assistance if someone needed

24   something to help investigate on occasion to make

25   connections with other authorities in the county

1   that may need to have, you know, pretty much a

2   person that could be a conduit between other

3   departments and our department.

4           Q.   Aside from the detective sergeant, who

5   else would assign cases to detectives?

6           A.   We had a detective corporal.

7                MR. KAY:   I'm sorry, what did you

8   say?

9                THE WITNESS:   A detective

10  corporal.

11  BY MR. SHUKUR:

12          Q.   Where did the detective corporal fit in

13  the chain of command?

14          A.   He was below the detective sergeant,

15  and he filled in in place of or in the stead of the

16  detective sergeant when the detective sergeant

17  wasn't available for one reason or another.

18          Q.   Who was the detective corporal in 1990?

19          A.   I'm not sure.

20          Q.   You're sure that the position of

21  detective corporal did exist in 1990?

22          A.   I'm sure that it existed.

23          Q.   So aside from filling in for the

24  detective sergeant in the event of the detective

25  sergeant's absence, what were the other

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    56

1    responsibilities of the detective corporal?

2          A.  He carried his own caseload.

3          Q.  And the other responsibilities?

4          A.  Like I said, he stood in for the

5    detective sergeant when the detective sergeant

6    needed, you know, wasn't available for one reason

7    or another.

8          Q.  So aside from the detective sergeant

9    and the detective corporal, who else would assign

10   cases to detectives?

11         A.  No one that I'm aware.

12         Q.  And just so I understand, no one else

13   aside from, or I'm sorry.  Here's my question.  You

14   do not recall anyone else besides the detective

15   sergeant and the detective corporal assigning cases

16   to detectives; is that correct?

17         A.  That's correct in the, for your

18   question, yes.  Some cases automatically went to

19   the detective section depending on what they were,

20   like, a homicide or, you know, sometimes a suicide.

21   It would go directly to the detective section in

22   their, sometimes someone was on call.  And he would

23   get the case because he was, he was on call at the

24   time of the occurrence.

25         Q.  All right.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    57

1          A.  And then he wouldn't, in your
2   definition or my definition, he wouldn't actually
3   be assigned that case.  It would be something that
4   he acquired because of his position.
5          Q.  Who would he get the call from?
6          A.  From the road sergeant.
7          Q.  From the road sergeant.  Was the road
8   sergeant, the road sergeant one of the four patrol
9   sergeants?
10         A.  Yes.
11         Q.  During your time as captain the road
12  sergeant would only give a detective a call or
13  assign a case to, well, not assign a case.  Here's
14  my question, a detective would only get a call from
15  a road sergeant regarding a case through your time
16  as captain if -- actually, scratch that question.
17  A series of bad questions.
18              Under what circumstances would a
19  road sergeant give a detective a call about a case?
20         A.  It would depend on the circumstances of
21  the case and the magnitude of the case whether it
22  be a homicide or, like I said, some suicides.  If
23  there were extenuating circumstances to a case,
24  even maybe a missing person, they would call and
25  say, you know, hey, you know, the detectives need

Transcript of Marvin Scothorn
Conducted on December 19, 2018          58

1   to look at this case.  And then depending on what
2   it was, whether or not the detective section would
3   actually, you know, investigate it.  But most times
4   they would, whoever was on, whoever the detective
5   was on call would take the case.
6   BY MR. SHUKUR:
7        Q.  All right.  So the road sergeant would
8   sometimes contact detectives directly instead of
9   contacting the detective sergeant; is that correct?
10       A.  That's correct.
11       Q.  Who is the road sergeant in 1990?
12       A.  I couldn't really tell you.  I don't
13  know.  It's been, it's been a long time.  In
14  1990 --
15            MS. JEWELL:  Just answer the
16  question asked.
17            MR. SHUKUR:  That's, that's not an
18  objection.  That's just coaching.  One second.
19  I'll ask that you refrain from coaching again just
20  because it impairs my ability to conduct the
21  deposition.
22  BY MR. SHUKUR:
23       Q.  All right.  So what were you saying?
24       A.  I don't know who the particular road
25  sergeant was at the time.  I couldn't even tell you

Transcript of Marvin Scothorn
Conducted on December 19, 2018                                    59

1    exactly who was there and who worked what shift.

2                 Q.   All right.

3                 A.   It's been a long time ago, and it's not

4    something that I committed to memory.  So we had

5    several sergeants and sometimes they, you know,

6    they were there.  Sometimes they weren't.  We also

7    had corporals that worked the streets, so I don't

8    know who, anybody specific.

9                 Q.   Understood.  If a case was transferred

10   from one detective to another detective during your

11   time as captain who would transfer the case or

12   assign the case?

13                A.   Can you give me a little bit of, just

14   you need, you just want to know what now?

15                Q.   If a detective was investigating a

16   case, so let's say a detective named John was

17   investigating a case and then the detective left

18   the department, who would reassign the case?

19                A.   I would assume if there was no

20   detective --

21                     MS. JEWELL:  Don't assume.  Answer

22   the question.

23                     MR. SHUKUR:  Again, we're going to

24   have to stop coaching.

25                     MS. JEWELL:  I'm not coaching.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    60

```
1              MR. SHUKUR:  That's not an
2    objection, though.
3              MS. JEWELL:  It's fine.  He said,
4    I assume.
5              MR. SHUKUR:  I'm just saying the
6    proper role is to object if there's an
7    objectionable question.  To literally coach
8    witnesses during the deposition --
9              MS. JEWELL:  I'm not coaching him.
10   Go ahead, and ask your question.
11             MR. SHUKUR:  Was that an
12   objection?  I'm trying to resolve a discovery
13   dispute before we have to get the court involved
14   because more than twice now you've given the
15   witness coaching on the record, certain --
16             MS. JEWELL:  Do you want him to
17   assume or not?
18             MR. SHUKUR:  Certainly didn't make
19   an objection, and it's improper.
20             MS. JEWELL:  But do you want him
21   to assume or not?
22             MR. SHUKUR:  I don't want to get
23   the court involved.
24             MS. JEWELL:  Me either.  Do you
25   want him to assume or not?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    61

1              MR. SHUKUR:  So, I would like, I
2    would like for you to make proper objections.
3              MS. JEWELL:  I would like for him
4    not to guess or speculate, and I'm sure everybody
5    in here would tell him not to guess or speculate.
6              MR. SHUKUR:  I understand.  So can
7    you tell him that now and not before, you know,
8    before he answers one of my questions.  You can
9    tell him right now but to repeatedly do it --
10             MS. JEWELL:  Well, he says, I
11   assume.  I don't know what his answers are going to
12   be.
13             MR. SHUKUR:  You know that's
14   improper.
15             MS. JEWELL:  Well, I don't know
16   what his questions are going to be.  When I hear
17   him say, I assume, I'm going to cut him off.
18             MR. SHUKUR:  I understand, and
19   that's improper.
20             MS. JEWELL:  There's no difference
21   if I tell him right now or if he says I assume.
22             MR. SHUKUR:  I'm just saying it is
23   different because it's literally coaching him.
24             MS. JEWELL:  It doesn't change his
25   answer.  He's already saying he's assuming.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    62

1              MR. SHUKUR:  The next time I will

2    get the court involved.

3              MS. JEWELL:  That's fine.  Do you

4    understand that you're not to guess or speculate?

5              THE WITNESS:  I understand.

6              MS. JEWELL:  So if you have to

7    assume or speculate, don't answer.  Just say, I

8    don't understand or I don't know.  And then he can

9    ask a follow up question, okay?

10             THE WITNESS:  Okay.

11             MR. SHUKUR:  All right.  And

12   you're more than welcome to tell him that again

13   during a break but not during our examination.

14   Obviously next time I am going to call the court.

15             MS. JEWELL:  That's fine.  You can

16   do what you need to, and I'll do what I need to.

17   BY MR. SHUKUR:

18        Q.   Great.  All right.  So who would

19   reassign cases to detectives after a detective left

20   the department during your time as a captain at the

21   Miami Township Police Department?

22        A.   It would be someone within the

23   detective section, whether the corporal or the

24   lieutenant depending on the circumstances.

25        Q.   Okay.  All right.  Earlier we discussed

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    63

1    your, or the ways in which you would supervise your

2    subordinates as captain.  And what you made sure

3    your subordinates sort of did, one of those things

4    we discussed was ensuring that your subordinates

5    conducted ethical investigations.  How would you

6    ensure that your subordinates conducted ethical

7    investigations?

8              A.  If the, if they were doing an

9    investigation, and there were no one, if I seen

10   anything inappropriate or if they completed the

11   investigation and went to the prosecutor's office

12   to obtain charges.

13                  (WHEREUPON, Mr. Deters exited the

14   room.)

15                  THE WITNESS:  And the prosecutor's

16   office didn't see anything unethical, then why am I

17   to assume that they did?

18   BY MR. SHUKUR:

19        Q.  So how would you come about seeing

20   whether or not you saw anything unethical

21   throughout, your subordinates were conducting

22   investigations?

23              A.  As I said earlier, there were several

24   layers between me and the detectives.  I would, you

25   know, I would, you know, you know, if there were

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    64

```
1    something specifically come up, I would ask
2    questions about it, but I wouldn't go to the
3    detective.  I would go to the lieutenant and then
4    down the chain of command.  So I didn't have a lot,
5    if any, direct contact with them.  If there were
6    something unethical going on or we received some
7    kind of a complaint from somebody from the courts,
8    from an attorney, from a complainant, whatever,
9    then we would deal with it, you know, as needed,
10   you know, on a case-by-case basis, but nothing, you
11   know, we didn't go searching for problems.
12          Q.  During your time as captain you
13   reviewed a number of reports authored by
14   detectives, correct?
15          A.  No.
16          Q.  During your time as captain did you
17   ever review a report authored by a detective?
18          A.  Not a part of my job, no.
19          Q.  I'm not asking if it was a part of your
20   job.  I'm trying to see is if you ever read a
21   report authored by a detective during your time as
22   captain?
23          A.  Not that I recall.
24          Q.  Then earlier during your conversation
25   you said that you would monitor the activities of
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    65

```
 1    your subordinates through the chain of command,

 2    correct?

 3            A.   That is correct.

 4                    (WHEREUPON, Mr. Deters entered the

 5    room.)

 6    BY MR. SHUKUR:

 7            Q.   All right.  What do you mean by

 8    monitoring activities through the chain of command?

 9            A.   I would sometimes ask questions about

10    specific things that I had seen or heard or if

11    someone came to me with something whether it be a

12    problem or just in conversation then I would say,

13    hey, John told me this.  What's the story behind

14    that?  And then they would tell me the story.  And

15    then I would say, okay.  Have you taken care of it?

16    Yeah.  It's been taken care of.  And that was that.

17            Q.   So is it correct, sorry.  Here's my

18    question.  So is it correct that you would monitor

19    the activities of your subordinates through the

20    chain of command in response to something that you

21    saw or heard?

22            A.   Not only for something that I saw or

23    heard.

24            Q.   All right.  Under what other

25    circumstances?  Go ahead.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    66

```
1          A.  It could be just a question of
2    something that I, that I, you know, I thought about
3    or I was curious about.
4          Q.  Did you have routine performance
5    reviews during your time as captain?
6          A.  Yes.
7          Q.  Describe these routine performance
8    reviews.
9               MS. JEWELL:  I'm sorry, before you
10   answer, are you asking about, just for
11   clarification for my sake, are you asking for
12   performance reviews on other employees at Miami
13   Township or did he himself have a performance
14   review?
15   BY MR. SHUKUR:
16         Q.  Both.
17         A.  Okay.  We did have performance reviews.
18   I don't remember specifics about them.  They were
19   made up by, I believe someone from Wright State
20   University supplied to us, and I had one, but it
21   was similar, just basically the changes were
22   because of job position.
23         Q.  All right.  The performance reviews
24   produced by Wright State University were in
25   writing?
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    67

1          A.  Yes.

2          Q.  Do you have a copy of any of these

3    performance reviews?

4          A.  I do not.

5          Q.  Now, I'd like to discuss the

6    performance reviews of your subordinates.  During

7    these performance reviews would you meet one-on-one

8    with your subordinates?

9          A.  Yes.

10         Q.  All right.  You would meet one-on-one

11   with the lieutenant?

12         A.  Yes.

13         Q.  You would meet one-on-one with each of

14   the sergeants?

15         A.  No.

16         Q.  How often would you have a performance

17   review meeting with the lieutenant?

18         A.  Annually.

19         Q.  Would this performance review be

20   documented in any way?

21         A.  It was, yes.  It would have been

22   documented.  But it would be inserted in their

23   personnel file.

24         Q.  And how would it be documented?

25         A.  In writing.  It would be a question and

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    68

1   answer type thing.

2          Q.  And the questions were the questions

3   produced by Wright State University?

4          A.  Yes.

5          Q.  Were there any additional questions on

6   the performance review aside from the questions

7   produced by Wright State University?

8          A.  It could be.  It depends on if someone

9   has specific questions about, you know --

10                  (WHEREUPON, Mr. Kay exited the

11   room.)

12                  THE WITNESS:  You know, the

13   performance, and the questions on the performance

14   review didn't actually cover to the extent that

15   they were interested.

16                  MR. SHUKUR:  All right.

17   BY MR. SHUKUR:

18          Q.  Were the questions produced by, and by

19   someone, sorry, here's my question.  By someone

20   you're referring to whom, if someone had an

21   additional question?

22          A.  Whoever was doing the performance

23   review.

24          Q.  All right.  I want to only talk about

25   you.  And you were doing the --

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    69

1          A.  So what I did was the aside from the

2     detective sergeant.  Lieutenant.

3          Q.  Right.  The only one you did was

4     lieutenant, and you would conduct your performance

5     review of the lieutenant by having a meeting and

6     asking a series of questions made by Wright State

7     University in writing, correct?

8          A.  Yes.  To the best of my knowledge, yes.

9          Q.  To the best of your knowledge.  And in

10    addition to the questions produced by Wright State

11    University did you ever ask any other questions and

12    document the response in writing?  Yeah.

13         A.  Any question that I ask in addition to

14    what was in the performance review would have been

15    documented in the same performance review.

16         Q.  Did you, and do you remember asking any

17    additional questions aside from the questions

18    produced by Wright State University?

19         A.  I don't remember anything specific, no.

20         Q.  These performance reviews that we've

21    been discussing were documented in 1990, correct?

22              MS. JEWELL:  Objection.

23              THE WITNESS:  I don't know that

24    for sure, no.

25    BY MR. SHUKUR:

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    70

1         Q.  So you don't know whether it was or was
2    not documented in writing in 1990?
3         A.  The performance we did, the performance
4    reviews we did were documented, but I don't know if
5    it actually occurred in 1990 or it actually
6    occurred in 1991 or if, you know, the previous
7    year, it was in 1989.  I don't know what year it
8    was actually produced.
9         Q.  All right.  Were the performance
10   reviews taylored to each specific position, so were
11   the performance review questions produced by Wright
12   State University different for the lieutenant than
13   they were for, let's say, the captain, for you?
14        A.  That's correct.
15                MR. HERMAN:  Objection.
16   BY MR. SHUKUR:
17        Q.  All right.  During your time as captain
18   you had the occasion to observe a detective
19   performing an investigative task or investigatory
20   task at least once, correct?
21        A.  Correct.
22        Q.  All right.  Did you observe a detective
23   perform a task, investigative tasks on multiple
24   occasions?
25        A.  Yes.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    71

1          Q.  When would you decide or, yeah, when

2     would you decide whether or not to observe a

3     detective in the performance of their duties?

4          A.  It generally wasn't by choice.  It was,

5     like, it called out on because of the type of

6     offense that they were investigating, homicide, you

7     know, robbery.  I would be called out to observe.

8          Q.  Would you be ever be called out to a

9     rape investigation?

10         A.  I don't recall any time I was ever

11    called out to a rape investigation.

12         Q.  Did you only observe detectives

13    performing investigative tasks when you were called

14    out?

15         A.  Can you be a little bit more specific?

16              (WHEREUPON, Mr. Kay entered the

17    room.)

18    BY MR. SHUKUR:

19         Q.  Well, first, who would call you out to

20    a scene where, as a site or whatever, sorry, that's

21    a bad question.  When you say you would respond to

22    being called out to, I guess, assist a detective?

23         A.  No.  I would be called out because of

24    the severity of the crime, a specific crime.

25    There, you know, a homicide, multiple homicide.

1    Sometimes, you know, if there was extenuating

2    circumstances around a robbery, I was called out

3    to, you know, officer-involved shooting, so those

4    type of things.

5           Q.  You would be called out by whom?

6           A.  I would be called out by whoever was in

7    charge of the scene.  That would be, generally

8    speaking, that would be the patrol sergeant.

9           Q.  Okay.  Did you ever have the occasion

10   to observe a detective on the job during your time

11   as captain at the Miami Township Police Department

12   other than when you were called out by somebody at

13   the scene of a crime?

14          A.  You mean observed the investigation?

15          Q.  Yes.

16          A.  No.

17          Q.  And earlier you said that you were

18   technically responsible for creating department

19   policies.  Please tell me why you say that you were

20   technically responsible for creating department

21   policies?

22          A.  We had an employee that did

23   departmental, that created policies for our

24   accreditation program.  She would get advice,

25   documents from other departments to help create

Transcript of Marvin Scothorn
Conducted on December 19, 2018          73

1    those documents so that she didn't have to

2    continually reinvent the wheel.  She was, she

3    reported directly to me.  So technically I was, you

4    know, in charge of that, but when it comes to the

5    policies, she would present a policy to me.  Then I

6    would, I reviewed the policy.  If I thought it was

7    okay, then it would go to a small board that we had

8    that.  This is the policy we're presenting, you

9    know.  Does this, does it meet everybody's

10   understanding?  Is this clear enough?  And do, you

11   know, do we want to go farther?  Did we go too far?

12             So it wasn't, so we had like a

13   little committee that we reviewed those things.  So

14   technically I was in charge of her, but I did not

15   have the ultimate say on whether a policy was

16   created or disposed of.

17        Q.   The department was accredited around

18   1994?

19        A.   That's correct.

20        Q.   All right.  Before 1994 you carried

21   some of the responsibility for creating the

22   department policies or were there any policies?

23        A.   My answer to that would have to be no.

24        Q.   Were there any policies before '94?

25        A.   There was.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    74

1          Q.  Who was responsible for creating the

2     policies?

3          A.  The police chief and the lieutenant.

4     Prior to that I did not have any involvement in

5     that.

6          Q.  During your time as captain at the

7     Miami Township Police Department, did you ever

8     discipline any detective?

9                    MS. JEWELL:  Objection.

10                   THE WITNESS:  I had the authority

11    to discipline only up to an oral reprimand.  And

12    specifically did I ever discipline a detective?  I

13    don't recall ever disciplining specifically a

14    detective.

15    BY MR. SHUKUR:

16         Q.  You said you have the authority to

17    discipline up to an oral reprimand?

18         A.  I'm sorry.  Did I say oral?  I meant

19    written reprimand.

20         Q.  When you say you have the authority to

21    discipline up to a written reprimand, do you mean

22    that you have the authority to discipline any of

23    your subordinates up to a written reprimand?

24         A.  Yes.

25         Q.  What were the other types of

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    75

1    disciplinary actions that you could have carried

2    out as captain of the Miami Township Police

3    Department?

4         A.  I had two options, oral reprimand,

5    written reprimand.  Those were my two options.  If

6    there was anything more than that or I felt that

7    there was more discipline needed, then I had to

8    kick it up to the police chief.

9         Q.  During your time as captain, did you

10   ever discipline anybody by issuing a written

11   reprimand?

12        A.  Yes.

13        Q.  Who did you discipline?

14        A.  I don't recall anybody specific or any

15   reason specific at this point.

16        Q.  Did you issue multiple written

17   reprimands during your time as captain at the Miami

18   Township Police Department?

19        A.  Over the course of my tenure I'm

20   assuming that I did at least more than one or two.

21        Q.  Did you issue any oral reprimands

22   during your time as captain at the Miami Township

23   Police Department?

24        A.  Again, during my tenure, I, you know,

25   I'm sure more than one or two.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    76

1          Q.  Do you remember any specific instance

2    of you issuing an oral reprimand during your time

3    as captain?

4          A.  Oral and written reprimand are

5    relatively for minor offenses.  So I wouldn't, it's

6    not something that I would recall.

7          Q.  During your time as captain, did you

8    ever refer one of your subordinates to the police

9    chief for discipline?

10         A.  Yes.

11         Q.  Who did you refer to the police chief

12   for discipline?

13         A.  Ed Wilson.

14         Q.  When did you refer Ed Wilson to the

15   police chief?

16         A.  I don't recall specifically when.  I

17   believe it was in the early '90s.

18         Q.  Why did you refer Ed Wilson to the

19   police chief?

20         A.  He beat up his wife.

21         Q.  Aside from Ed Wilson, did you refer any

22   of other subordinates to the police chief for

23   discipline during your time as captain?

24         A.  I don't recall anyone else.

25         Q.  All right.  Now, part of Miami Township

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    77

```
1    Police Department law enforcement officer's
2    responsibilities during your time there or during
3    your time as captain was to turn over discovery to
4    the prosecutors; is that right?
5              A.  That would, yes.
6              Q.  Explain for me how or sort of the Miami
7    Township Police Department's practice regarding
8    turning over discovery to prosecutors from about
9    '88 to '91?
10             A.  I never worked in the detective
11   section.  I don't remember ever being involved in
12   that, so I couldn't tell you exactly what their
13   process is because I don't recall, and I don't know
14   that I ever knew because I never dealt directly
15   with the prosecutor's office like that.
16             Q.  Okay.  So you don't believe you ever
17   knew about the practice in the Township regarding
18   turning over discovery to prosecutors?
19                  MS. JEWELL:  Objection.
20                  MR. HERMAN:  Objection.
21   BY MR. SHUKUR:
22             Q.  Is that correct?
23             A.  Yes.  I don't believe I ever knew then.
24             Q.  Now, in addition to turning over
25   discovery to prosecutors, another responsibility
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    78

1    that Miami Township Police Department law

2    enforcement officers had from, during your time at

3    the department was to retain evidence as well, to

4    preserve evidence prior to someone being put on

5    trial or convicted, correct?

6                    MS. JEWELL:  Objection.

7                    MR. HERMAN:  Objection.

8                    THE WITNESS:  We had a property

9    room where we stored property for certain

10   instances.  If it was, if it was involved in a

11   crime it may go to the crime lab.

12   BY MR. SHUKUR:

13        Q.  All right.  And aside from placing

14   evidence in a property room or to a crime lab or

15   giving the property to the crime lab, how else

16   would the Miami Township Police Department preserve

17   evidence during your time at the department?

18                    MR. HERMAN:  Objection.

19                    THE WITNESS:  We stored it in a

20   property room.  Depending on what the case was, it

21   was logged into the logbook and stored on, you

22   know, in a room full of shelves.

23   BY MR. SHUKUR:

24        Q.  In addition to preserving evidence, the

25   Miami Township Police Department law enforcement

1    officers also had the duty to preserve written

2    reports relating to criminal investigations

3    conducted by the department, correct?

4          A.  Yes.

5                MS. JEWELL:  Objection.

6                MR. HERMAN:  Objection.

7    BY MR. SHUKUR:

8          Q.  What was the practice for preserving

9    the written reports during your time at the Miami

10   Township Police Department?

11         A.  When a report was finished, and not

12   necessarily the entire report but the initial

13   report, it was submitted to the records for them to

14   log it and file it.  And then as the case

15   continued, they did supplemental reports, and those

16   also would have gone to the record section and been

17   filed with the original reports.

18               MR. HERMAN:  Omavi, you may want

19   to have him clarify, and maybe I can do it later on

20   because I know earlier he talked about

21   transitioning to a computer based system.

22               MR. SHUKUR:  I'm getting there.

23               MR. HERMAN:  Because that was kind

24   of broad, and he generally answered your questions.

25               MR. SHUKUR:  I'm getting there.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    80

1    I'm getting there.
2                    MR. HERMAN:  All right.
3    BY MR. SHUKUR:
4         Q.  All right.  Okay.  And once
5    supplemental reports would go to records to be
6    filed along with written reports, what would
7    records do with the reports?
8                    MR. HERMAN:  Objection.
9                    MS. JEWELL:  Objection.
10                   THE WITNESS:  They were filed.
11   BY MR. SHUKUR:
12        Q.  Where?
13        A.  With the original report.
14        Q.  Where would it be filed in a, sorry.
15   In, let's say, this talked specifically before
16   computerized recordkeeping was implemented, okay?
17        A.  Uh-huh.
18        Q.  So before computerized recordkeeping
19   was implemented by the department an officer would
20   file an initial report to records to log and file
21   and then filed any supplemental reports to records
22   to be filed along with the initial report; is that
23   correct?
24        A.  That is correct.
25        Q.  All right.  Now, where would the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                                    81

```
1    initial report be filed before computerized
2    recordkeeping was implemented?
3                     MS. JEWELL:  Objection.
4                     THE WITNESS:  The initial report
5    would be number and logged in a file created for
6    it, and it would be kept in a file cabinet in the
7    property room.  And any supplements would have gone
8    through the same process.
9    BY MR. SHUKUR:
10          Q.  And it would be in the file cabinet in
11   which room?
12          A.  The property room.
13          Q.  Before the implementation of
14   computerized recordkeeping would supplemental
15   reports sometimes not be filed with the proper
16   initial report and the property room?
17                    MS. JEWELL:  Objection.
18                    MR. HERMAN:  Objection.
19                    THE WITNESS:  Not that I'm aware.
20   BY MR. SHUKUR:
21          Q.  So you do not remember any instance of
22   a supplemental report not being filed with the
23   proper initial report in the property room; is that
24   correct?
25          A.  That's correct.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                82

```
1            Q.  All right.  After the implementation of
2     computerized recordkeeping, actually here is my
3     question, how did the implementation of
4     computerized recordkeeping change the department's
5     practice of recordkeeping regarding police reports,
6     if at all?
7            A.  We did both for a while.  We did paper
8     reports, and we also did computerized reports.  And
9     they, until we reached a point where everybody was
10    comfortable with the computer, then we, we
11    maintained the paper copies.  Then after the
12    computers were implemented, then the officers
13    started doing their paperwork on the computer, and
14    they printed out the reports and then filed the
15    reports.
16           Q.  Even after the implementation of
17    computerized recordkeeping there was still a system
18    for filing paper copies of police reports; is that
19    correct?
20           A.  That's correct.
21           Q.  All right.  And were officers required
22    to still produce and file paper copies of police
23    reports or was this optional?
24                   MR. HERMAN:  Objection.
25                   MS. JEWELL:  Objection.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    83

1          THE WITNESS:  It was mandatory.
2   BY MR. SHUKUR:
3          Q.  All right.  What was the Miami Township
4   Police Department's practice related to or, yeah,
5   relating to photo lineup procedures during your
6   time as captain of, yeah, captain at the Miami
7   Township Police Department?
8               MR. HERMAN:  Objection.
9               THE WITNESS:  I don't recall
10  having a specific policy about that.  I've never
11  done one.  I never had the instance that I needed
12  to do a photo lineup.
13  BY MR. SHUKUR:
14         Q.  So you don't recall any specific policy
15  governing photo lineup procedures --
16         A.  I don't recall.
17         Q.  -- during your time as captain at the
18  Miami Township Police Department?
19         A.  I don't recall one, no.
20              MR. HERMAN:  Objection.
21              MS. JEWELL:  Objection.  I think
22  his testimony is that he is not aware of it.
23  BY MR. SHUKUR:
24         Q.  Do you recall any policy during your
25  time as captain at the Miami Township Police

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    84

1    Department governing the production of discovery to

2    the prosecutors?

3                    MS. JEWELL:  Objection.

4                    MR. HERMAN:  Objection.

5                    MR. KAY:  Objection, foundation,

6    asked and answered.

7                    THE WITNESS:  I don't recall.

8    BY MR. SHUKUR:

9        Q.  And I've already asked you about the

10   Township's practice regarding the retention of

11   records.  Do you recall any policy governing the

12   Township's retention of records during your time as

13   captain at the Miami Township Police Department?

14                   MS. JEWELL:  Objection.

15                   MR. HERMAN:  Objection.

16                   THE WITNESS:  Can you ask that

17   again?

18   BY MR. SHUKUR:

19       Q.  All right.  Remember we talked about

20   the duty to keep copies of initial and supplemental

21   reports at the Miami Township Police Department?

22       A.  Yes.

23       Q.  Okay.  And we talked about the

24   department's practice regarding keeping the initial

25   and supplemental reports, correct?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    85

```
1           A.  Yes.
2           Q.  All right.  Now, since we already
3   talked about the practice, I'm asking you do you
4   recall any policy governing the storage and
5   retention of initial and supplemental police
6   reports during your time as captain?
7                   MS. JEWELL:  Objection.
8                   THE WITNESS:  I'm certain there
9   was a policy, but I don't recall what it was.
10  BY MR. SHUKUR:
11          Q.  Do you recall ever seeing a written
12  policy governing the storage and retention of
13  initial and supplemental police reports during your
14  time as captain?
15          A.  I don't recall anything, no.
16          Q.  We just discussed during your time as
17  captain.  How about during your time as lieutenant,
18  do you recall ever seeing a written policy
19  governing the retention and storage of initial and
20  supplemental police reports?
21          A.  During the time between when I became
22  lieutenant and the time when we became
23  internationally accredited, we did a lot of policy
24  making, and we eliminated policy and added policy
25  and changed policy.  So I don't remember anything
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    86

1    specific about what exists and what doesn't.

2           Q.  All right.  And thank you for that.

3    And so is it safe to say that you don't recall

4    seeing a written policy governing the storage and

5    retention of initial and supplemental reports

6    during your time at the Township Police Department

7    before you became captain?

8                    MR. HERMAN:  Objection.

9                    MS. JEWELL:  Objection.

10   BY MR. SHUKUR:

11          Q.  You can answer.

12          A.  I don't recall seeing it.

13          Q.  You just said you don't recall seeing

14   it.  Do you recall the department having an actual

15   policy governing the retention and storage of

16   initial and supplemental reports during your time

17   as lieutenant or during your time as captain?

18          A.  I'm certain that there was one.

19          Q.  All right.  Do you recall the details

20   of it?

21          A.  No.

22          Q.  Okay.  And you're certain that there

23   was one.  Can you say for sure that one, in fact,

24   existed?  Are you certain that one, in fact,

25   existed?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    87

1              MS. JEWELL:  Objection.  It's been
2    asked and answered numerous times.
3              MR. HERMAN:  Objection.
4    BY MR. SHUKUR:
5         Q.  You can answer.
6         A.  Yes.
7         Q.  Why are you so certain?
8         A.  Because we were internationally
9    accredited.
10        Q.  And are you certain that the policy
11   existed before you were accredited?
12        A.  I'm certain that we created it during
13   that time.
14             MS. JEWELL:  Do you understand his
15   question?
16             THE WITNESS:  He's asking me if we
17   had, if --
18   BY MR. SHUKUR:
19        Q.  So, let's say, so you were accredited
20   in 1994, correct?
21        A.  Yes.
22        Q.  All right.  And forgive me if I'm being
23   unclear.  You're free to ask for clarification if
24   you don't understand any of my questions.
25   Otherwise, I'm just going to assume that you

1   understand.

2           A.   Okay.

3           Q.   Does that make sense?

4           A.   Yeah.

5           Q.   All right.  So from '88, from about

6   1988 to 1991, do you recall an actual policy

7   existing governing the retention and storage of

8   initial and supplemental police reports?

9           A.   Do I recall the policy?

10          Q.   Yes.

11          A.   No, I do not.

12          Q.   All right.  Do you know if detectives

13  or detective sergeants would ever take handwritten

14  notes during their investigations during your time

15  as captain?

16                   MR. KAY:  Objection, foundation.

17                   THE WITNESS:  Yes.

18  BY MR. SHUKUR:

19          Q.   Okay.  How do you know that?

20          A.   Several officers, not just detectives,

21  had notepads that they wrote notes down about

22  investigations or crime scenes or traffic accidents

23  or whatever.  I believe the detectives did the same

24  thing.

25          Q.   All right.  What, with these notepads,

```
1   well, please describe these notepads.
2          A.  It would be a small, maybe a
3   three-by-five notepad that they could scratch down
4   information so they would have it later to complete
5   their investigation.
6          Q.  All right.  And so officers would use
7   the notes from their notepad to help produce their
8   initial and supplemental reports; is that correct?
9                MS. JEWELL:  Objection.
10               THE WITNESS:  Yes.
11  BY MR. SHUKUR:
12         Q.  All right.  And after the officers
13  would type their reports using their notes from the
14  notepad, would they toss the notepad?
15               MR. HERMAN:  Objection.
16               MS. JEWELL:  Objection.
17               THE WITNESS:  I have no idea.
18  BY MR. SHUKUR:
19         Q.  Okay.  And did you ever have an
20  occasion to see and, sorry, were each of these
21  officers provided, sorry, during your time as
22  captain were all of the patrol officers and
23  detectives provided these three-by-five inch
24  notepads?
25               MR. HERMAN:  Objection.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    90

```
1                    THE WITNESS:  They were not
2    provided.
3    BY MR. SHUKUR:
4          Q.  What do you mean?
5          A.  We did, the department did not buy
6    their pads.  They bought their own.
7    BY MR. SHUKUR:
8          Q.  During your time at the Miami Township
9    Police Department did the police department ever
10   supply its detectives or patrol officers with
11   notepads?
12         A.  Yes, but not ones I was referring to.
13         Q.  Okay.  What types of notepads would the
14   department provide?
15         A.  Legal pads.
16         Q.  Did you ever have an occasion to see
17   or, sorry.  Here's my question, so during your time
18   at the Miami Township Police Department the
19   department made available legal pads to all
20   detectives and all patrol officers; is that
21   correct?
22         A.  That's correct.
23         Q.  Okay.  During your time as lieutenant
24   and captain at the Miami Township Police Department
25   did you ever have the occasion of seeing scrap
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     91

1   pieces of paper from either a legal pad or a

2   three-by-five inch notepad in the trash can?

3         A.  I do not recall anything like that.

4         Q.  Okay.  During your time as captain and

5   lieutenant at the Miami Township Police Department

6   were there any policies governing the retention or

7   storage of notes written on the three-by-five inch

8   notepads or legal pads?

9         A.  I don't recall anything like that.

10         Q.  And earlier you said that during your

11   time as captain you had the occasion of seeing

12   detectives at the scenes of crimes; is that

13   correct?

14         A.  Yes.

15         Q.  Okay.  Did you ever see a detective

16   write on a legal pad or a three-by-five inch

17   notepad during your time as captain at the Miami

18   Township Police Department?

19         A.  Yes.

20         Q.  Did you see this multiple times or just

21   one time?

22         A.  Multiple.

23         Q.  In your time as captain at the Miami

24   Township Police Department, did you ever have the

25   occasion of seeing a detective conduct an interview

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    92

1    of a witness or an interrogation of a suspect?

2              A.  Not that I recall.

3              Q.  All right.  During your time as captain

4    at the Miami Township Police Department, how did

5    you make sure that the detective sergeant wasn't

6    allowing the detectives to sort of run wild and

7    wasn't supervising the detectives at all?

8                   MR. HERMAN:  Objection.

9                   MS. JEWELL:  Objection.

10                   THE WITNESS:  I didn't directly

11   supervise the detective sergeant.  And I, you know,

12   we were a very professional group.  I don't think

13   that anybody was running rampant or doing anything,

14   you know, unprofessional.

15   BY MR. SHUKUR:

16             Q.  Do you remember ever having a

17   conversation with the lieutenant during your time

18   as captain in which you discuss how the lieutenant

19   should go about supervising the detective sergeant?

20             A.  I don't recall ever having that

21   conversation, no.

22             Q.  Okay.  Do you ever recall having a

23   conversation with the lieutenant during your time

24   as captain in which you discussed how the

25   lieutenant should make sure the detective sergeant

Transcript of Marvin Scothorn
Conducted on December 19, 2018                          93

1    was properly supervising the detectives?
2           A.  I don't remember ever having that
3    conversation.
4           Q.  Do you ever remember having a
5    conversation with the lieutenant during your time
6    as captain in which you discussed the department's
7    practices regarding photo lineups?
8           A.  No.
9           Q.  Did you ever recall having a
10   conversation with the lieutenant during your time
11   as captain regarding the department's policies
12   regarding turning over evidence and reports to
13   prosecutors?
14          A.  No.
15          Q.  All right.  Do you recall having a
16   conversation with anybody at the department during
17   your time as captain regarding the policies,
18   practices, and turning over evidence and reports to
19   prosecutors?
20          A.  I don't remember having a conversation
21   like that, no.
22          Q.  Do you remember having a conversation
23   with anybody during your time as captain in which
24   you discuss with anybody the department's practices
25   in conducting photo lineups?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                              94

1          A.  No.  I don't know anything about photo

2    lineups, so --

3          Q.  Do you remember having a conversation

4    with the lieutenant during your time as captain in

5    which you discuss the Miami Township Department's

6    practices in storing and/or retaining initial

7    reports and supplemental reports?

8          A.  No.

9          Q.  Do you remember having a conversation

10   with anybody at the department during your time as

11   captain in which you discuss the department's

12   practices in storing and/or retaining initial

13   reports and supplemental reports?

14         A.  I would have talked to the lady that

15   was making, that was writing the policy.  And then

16   when the policy was created, then we would have

17   talked about it with the committee, but I don't

18   remember those conversations.  It's a long time

19   ago, and I don't have any reason to remember that

20   stuff.

21         Q.  I understand.  I understand.  Aside

22   from the conversation with the lady who we

23   discussed earlier about the department's policy in

24   storing and retaining initial and supplemental

25   reports, do you recall any other conversation with

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    95

1    anybody else at the department during your time
2    your time as captain in which you discussed
3    department's policy or practice in retaining or
4    storing initial or supplemental reports?
5          A.  I don't recall the conversation, no.
6          Q.  Okay.  Do you recall in addition, not
7    recalling the conversation, do you recall any
8    conversation of that type?
9          A.  No.  As I said, you know, we were in
10   the process of creating policy, and we had a
11   process that we were going through to create that.
12   And I would have had conversations with, you know,
13   with, you know, several people about a specific
14   policy, but I don't recall what those conversations
15   were or how they transpired or whether they ended
16   up even --
17         Q.  All right.  And that process that
18   you're referring to is the process for the
19   department to become accredited, correct?
20         A.  Yes.
21         Q.  Okay.  And we've already discussed the
22   department becoming accredited in 1994, correct?
23         A.  Yes.
24         Q.  When did the department begin the
25   process to become accredited?

Transcript of Marvin Scothorn
Conducted on December 19, 2018          96

```
 1          A.  It was before Chief Moore left.  He
 2   left in 1988, so we started that process before
 3   that.
 4          Q.  All right.  When did the lady whose job
 5   it was to help produce these policies begin working
 6   at the department; if you remember?
 7          A.  I don't recall when she started, but it
 8   would have been after Chief Moore left.
 9          Q.  Do you recall if it was the late '80s
10   or early '90s?
11          A.  I would say it was the late '80s.
12          Q.  Do you remember Scott Moore having sort
13   of a reputation as a cowboy when he was a detective
14   at the Miami Township Police Department?
15                   MR. KAY:  Objection.
16                   THE WITNESS:  I don't recall
17   anything specific, no.
18   BY MR. SHUKUR:
19          Q.  Do you recall anything generally?
20                   MR. KAY:  Objection, form.  Asked
21   and answered.
22   BY MR. SHUKUR:
23          Q.  You can answer.
24          A.  I recall that I wasn't very fond of
25   him, so --
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    97

```
 1            Q.  All right.  You had reservations about
 2   Moore joining the Miami Township Police Department,
 3   correct?
 4            A.  Yes.
 5            Q.  Since you had reservations about Moore
 6   joining the Miami Township Police Department, you
 7   kind of kept a close eye on him when he first
 8   joined the force; is that correct?
 9                    MR. KAY:  Objection, form.
10                    MS. JEWELL:  Objection.
11                    THE WITNESS:  No, not really.
12   BY MR. SHUKUR:
13            Q.  Not really?
14            A.  No.
15            Q.  All right.  And when Moore first joined
16   the police department, did you pay any attention to
17   him at all in the performance of his duties or as
18   to check on how he was going about performing his
19   job?
20            A.  He didn't, I don't recall him ever
21   actually being under my supervision.  So in light
22   of that, I would say, no, I never really checked up
23   on him.  I wasn't one to check up on someone that
24   wasn't, you know, in my charge, so --
25            Q.  All right.  When you were captain at
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    98

```
1    the Miami Township Police Department Moore was a

2    detective, correct?

3           A.   Yes.

4           Q.   Okay.  And so, you know, he was one of

5    your subordinates when he was a detective, correct?

6           A.   Yes.

7           Q.   Okay.  And did you bear responsibility

8    for the performance of detectives when you were

9    captain at the Miami Township Police Department?

10                MR. KAY:  Objection, form.  Asked

11   and answered for the third time.

12                MS. JEWELL:  Objection.

13                MR. HERMAN:  Objection.

14   BY MR. SHUKUR:

15          Q.   You can answer.

16                MS. JEWELL:  This is the last time

17   that he's going to answer this question.

18                THE WITNESS:  Ultimately I was

19   responsible for everybody except the police chief,

20   but I didn't get involved in the day-to-day

21   operations because things were running relatively

22   smoothly.

23   BY MR. SHUKUR:

24          Q.   All right.  All right.  And do you

25   recall attending a meeting in which Rick Wolfe came
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    99

```
1   to the Miami Township Police Department and
2   suggested that Dean Gillispie or Roger Gillispie
3   should be a suspect in a rape investigation?
4          A.  No.
5          Q.  And is your testimony that you never
6   attended a meeting in which Rick Wolfe suggested
7   Dean Gillispie or Roger Gillispie should be a
8   suspect in a rape investigation?
9                 MS. JEWELL:  Objection.
10                THE WITNESS:  I don't recall ever
11  attending a meeting with Rick Wolfe.
12  BY MR. SHUKUR:
13         Q.  And I'm just trying to see if you don't
14  recall or if you know for sure that the meeting
15  didn't happen?
16         A.  The meeting may very well have
17  happened, but I wasn't there.
18         Q.  Do you recall ever having any
19  interactions with Rick Wolfe after Rick Wolfe let
20  left the Miami Township Police Department?
21                MS. JEWELL:  Objection.
22                THE WITNESS:  No.
23                MR. HERMAN:  Was your answer no?
24                THE WITNESS:  No.  Yes.
25                MR. SHUKUR:  Okay.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    100

1                    MR. HERMAN:  Can we take a break?

2                    MR. SHUKUR:  Do you want to go

3    ahead and do lunch or do you want to power through?

4                    MR. HERMAN:  Can we go off the

5    record?

6                    MR. SHUKUR:  Yeah.  We can go off

7    the record.

8                    (WHEREUPON, a recess was taken.)

9                    (WHEREUPON, Plaintiff's Exhibit

10   No. 1 was marked for identification.)

11   BY MR. SHUKUR:

12        Q.  We're back on the record.

13   Mr. Scothorn, I'm handing you Plaintiff's Exhibit

14   1.  There are four copies.  The first composite, a

15   composite.  Mr. Scothorn, have you, well, take a

16   moment to review Plaintiff's 1, and let me know

17   when you're finished.

18        A.  Okay.

19        Q.  All right.  Have you ever seen

20   Plaintiff's 1 before?

21        A.  I do not recall this, no.

22        Q.  Have you ever, or during your time at

23   the Miami Township Police Department, did you ever

24   have an occasion of putting a composite together?

25        A.  No, sir.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    101

1          Q.  All right.  During your time as

2     lieutenant or captain, do you remember or recall

3     ever discussing the Township's practices or

4     policies regarding composites?

5          A.  I don't recall discussing that, no.

6                (WHEREUPON, Plaintiff's Exhibit

7     No. 2 was marked for identification.)

8                MS. JEWELL:  Do you want that

9     marked as 1, is that what you said?

10               MR. SHUKUR:  Yes.

11               MS. JEWELL:  Objection.  I'll make

12    that a little bit more legible.

13    BY MR. SHUKUR:

14         Q.  All right.  I'm now handing you

15    Plaintiff's Exhibit 2.  Have you ever seen

16    Plaintiff's Exhibit 2?  Take a minute to review it,

17    and let me know.

18         A.  No, sir.  I don't ever recall seeing

19    this before.  I don't ever recall seeing this

20    before.

21         Q.  All right.  We're done with those.

22    Mr. Fritz, have you ever --

23               MS. JEWELL:  This is Scothorn.

24    BY MR. SHUKUR:

25         Q.  So many --

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     102

```
 1              A.  Was that an intended insult?

 2              Q.  No.  All right.  Mr. Scothorn?

 3              A.  Yes.

 4              Q.  Have you ever been a part of the

 5      faculty at a police academy?

 6              A.  Yes.

 7              Q.  Okay.  What police academy?

 8              A.  Miami Township Police Academy.

 9              Q.  Who would, who were the participants in

10      the Miami Township Police Academy?

11              A.  You mean faculty or students?

12              Q.  Students.

13              A.  Students would be a variety of people

14      that were sponsored by a law enforcement agency

15      somewhere in the area.

16              Q.  And how long, well, sorry.  When, when

17      were you a part of the faculty of the Miami

18      Township Police Academy?

19              A.  From its inception, and I believe it

20      was 1981 until 1996.

21              Q.  And describe your role at the Miami

22      Township Police Academy.

23              A.  In the beginning I was an instructor in

24      certain areas.  In the end I was a commander.

25              Q.  All right.  What were the areas in
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     103

1    which you were an instructor in?

2           A.  I was an instructor in domestic

3    violence.  I had minor roles in some other subjects

4    that were fairly generic.  I don't recall anything

5    more specific than that.

6           Q.  Do you remember the generic areas?

7           A.  No.  I don't remember exactly what,

8    generally it was areas that did not require a

9    specific expertise.

10          Q.  Do you have any examples of what those

11   areas might be or could be?

12          A.  Report writing.

13          Q.  Report writing?

14          A.  Report writing.

15          Q.  Describe your responsibilities as

16   commander.

17          A.  I organize the academy.  I submit it

18   for students.  I kept the records for the academy

19   and submitted them to the state for inspection.  I

20   was present when the state inspector came to

21   inspect to make sure everything was being done

22   properly.

23          Q.  What records would you submit to the

24   state for inspection?

25          A.  Attendance records, test scores, that

Transcript of Marvin Scothorn
Conducted on December 19, 2018                          104

1    kind of thing.

2          Q.   Would every new law enforcement officer

3    in the Miami Township Police Department have to go

4    through the academy?

5          A.   Yes.

6          Q.   Would the academy produce its own

7    training materials?

8          A.   No.  There was a suggested curriculum

9    distributed by the state.

10         Q.   All right.  During your time at the

11   Miami Township Police Academy, the academy would

12   use the suggested curriculum disseminated by the

13   state; is that correct?

14         A.   It was a basis.  It basically said that

15   you had to cover these areas, and then you, we had

16   someone that, in a department or another department

17   or another police officer some place or in some

18   cases we brought in attorneys from outside the

19   department that could teach areas that would

20   require that particular expertise, and then we

21   would build on the base curriculum that the state

22   issued.

23         Q.   How would you build on the base

24   curriculum?

25         A.   Experience.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    105

1         Q.   Would you, by we, you're referring to

2    yourself and who else?

3         A.   Other, the parts of the faculty.

4         Q.   During your time at the Miami Township

5    Police Academy in addition to using materials

6    produced by or disseminated by the state would you

7    produce your own written training materials?

8         A.   Would I do that?

9         Q.   Would the faculty --

10        A.   As the instructor?

11        Q.   Yes.

12        A.   On occasion, not, it wasn't required.

13        Q.   Now, the suggested curriculum

14   disseminated by the state, would this suggested

15   curriculum disseminated by the state in part

16   consist of handouts provided to the students?

17        A.   In part.

18        Q.   Would this suggested curriculum also

19   consist in part of teaching guides for the faculty?

20        A.   I don't recall that they had any

21   requirements that you had to attend any kind of

22   training to be an instructor.

23        Q.   I understand.  And my question,

24   though --

25        A.   Okay.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    106

1          Q.   My question is with the suggested

2     curriculum handed out by the state or actually it

3     would be better if I just ask you this, here's my

4     question, please describe the suggested curriculum

5     disseminated by the state.

6          A.   The curriculum was a book probably

7     about 3 and a half inches thick and each subject

8     that the state wanted taught in the academy had a

9     list of goals to achieve in that particular class.

10    And then there were suggestions about how to

11    achieve that, and then everyone that was going to

12    instruct in the class was given a copy of that, of

13    that part of the curriculum for them to review and

14    then they were allowed to improve on it or to add

15    to it.

16         Q.   During your time at the Miami Township

17    Police Academy, it always, did it always use this

18    about 3 and a half inch thick book disseminated by

19    the state?

20         A.   No.

21         Q.   When did it not use the book?

22         A.   Originally the book was much smaller,

23    still disseminated by the state, but it was a lot

24    smaller.  It didn't have a lot of the details in

25    it, and then they changed their curriculum, I don't

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    107

1    remember when.

2            Q.  All right.

3            A.  And so we, so we used the new

4    curriculum.

5            Q.  And during your time at the Miami

6    Township Police Academy, the academy would always

7    use the suggested curriculum that came in the form

8    of this book disseminated by the state; is that

9    correct?

10                   MR. HERMAN:  Objection.

11                   THE WITNESS:  As a base.

12   BY MR. SHUKUR:

13           Q.  As a base?

14           A.  As a base.

15           Q.  That's correct?

16           A.  Yes.

17           Q.  Okay.  Do you know how the detectives

18   were trained during your time as lieutenant and

19   captain at the Miami Township Police Department?

20                   MS. JEWELL:  Objection.

21                   THE WITNESS:  I don't know.  I

22   don't know of any training program that they gave

23   to detectives.

24   BY MR. SHUKUR:

25           Q.  When you became captain, did you

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     108

```
1    implement or advocate for any reforms within the
2    department?
3                        MR. HERMAN:  Objection.
4                        THE WITNESS:  Not that I recall.
5    BY MR. SHUKUR:
6          Q.  And that's when you became a captain?
7          A.  Yes.
8          Q.  Now, during your time as captain, did
9    you, well, first, we already discussed one sort of
10   reform which is the implementation of computerized
11   storage of records, correct?
12         A.  We discussed that, but that wasn't
13   my --
14         Q.  I understand.
15         A.  Yeah.
16         Q.  But, you know, we discussed that
17   reform, right?
18         A.  Yes.
19         Q.  Now, were there any changes or reforms
20   spearheaded by you during your time as captain at
21   the Miami Township Police Department?
22                        MR. HERMAN:  Objection, form.
23                        THE WITNESS:  I don't recall any
24   reforms that I spearheaded, no.
25   BY MR. SHUKUR:
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                                    109

1           Q.   When you became captain, did you, I

2      believe the township was, I'm sorry.  Here's my

3      question.  When you became captain, did you believe

4      that the Miami Township Police Department was in

5      need of improvement in any area regarding its or

6      relating to its administrative functions or

7      investigatory functions?

8                     MR. HERMAN:  Objection, form,

9      foundation.

10                    MS. JEWELL:  Objection.

11                    THE WITNESS:  I, I don't know of

12     anything that I would have thought would, needed

13     reformed.

14     BY MR. SHUKUR:

15          Q.   All right.  Now, I inadvertently

16     brought up Fritz when we came back from the break.

17     Now, I'd like to purposefully bring him up.  Do you

18     remember the circumstances surrounding Fritz'

19     departure from the Miami Township Police

20     Department?

21          A.   Vaguely.

22          Q.   What do you remember about the

23     circumstances surrounding Fritz' departure from the

24     Miami Township Police Department?

25          A.   I remember that he was unhappy.  I

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    110

1    remember that we were unhappy with him.  I remember

2    that we were pleased when he decided to leave.

3          Q.  All right.  Now, you say that we were

4    unhappy with him.  Who are you saying, or who is

5    included within the we?

6          A.  The police chief and I.

7          Q.  Why were you and the police chief

8    unhappy with Fritz before his departure?

9          A.  He was obviously unhappy being there,

10   at least that's the way we felt.  We didn't feel

11   that he was, you know, wanted to be there.  And we

12   weren't, we weren't interested in having him there

13   if he wasn't, if he wasn't going to be all in and

14   perform professionally.

15         Q.  All right.  After Fritz' departure,

16   were there any notable events regarding Fritz and

17   the Miami Township Police Department that you know

18   of?

19                    MR. HERMAN:  Objection.

20                    THE WITNESS:  I'm not sure what

21   you're asking.

22   BY MR. SHUKUR:

23         Q.  Did you have any interactions with

24   Fritz after Fritz' departure from the Miami

25   Township Police Department?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    111

1           A.  The only thing I recall was we were

2     disciplining an officer, and he came to the

3     disciplinary hearing to testify although he never

4     testified.

5           Q.  Did you interact with Fritz at this

6     hearing?

7           A.  No.

8           Q.  Have you interacted with Fritz at all

9     since his departure from the Miami Township Police

10    Department?

11          A.  No.

12          Q.  All right.  All right.  And we touched

13    on this before, but let's dive a little more deeply

14    into it.  What role did Fritz have in the

15    circumstances surrounding your termination from the

16    Miami Township Police Department?

17              MS. JEWELL:  I'm going to object,

18    just continuing objection with any, you know, any

19    questions regarding his termination, but you can

20    answer any questions at this point.

21              THE WITNESS:  I don't know of any

22    direct involvement that he had.  I don't remember

23    him testifying at the hearing or being directly

24    involved in any of that.

25    BY MR. SHUKUR:

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    112

1          Q.  All right.  And earlier you said that

2     Fritz had a role in getting people to tell lies

3     against you; is that correct?

4          A.  That was what I was told, yes.

5          Q.  What lies, well, first, according to

6     what you were told, who did Fritz encourage to lie?

7          A.  I really don't know.

8          Q.  According to what you were told, what

9     lies did Fritz encourage the people to tell, the

10    other person to tell?

11         A.  My understanding was that he and a

12    couple of other individuals in the department

13    conspired to ask people if they had an opinion of

14    me or if they knew of anything bad that I did.  I

15    don't know that to be a fact.  That's just what I

16    was told.

17         Q.  The lie that you heard Fritz encourage

18    people to tell was to ask if they had a bad opinion

19    of you?

20         A.  A little more complicated than that,

21    but yes.

22         Q.  All right.  How is it more complicated

23    than that?

24         A.  There was a lot being said.  The

25    majority of it was untrue.  My understanding was

Transcript of Marvin Scothorn
Conducted on December 19, 2018                          113

1  that a group of individuals were gathered together,

2  people, and trying to get them to speak out against

3  me and including contacting my ex-wife and talking

4  to her.  I do not know who all was involved.  I do

5  not care who was involved.  It's long since gone.

6          Q.  Earlier we discussed a consultant who

7  had the department implement its computerized

8  recordkeeping, correct?

9          A.  Yes.

10         Q.  Do you remember who this consultant

11 was?

12         A.  No, I do not.  I do remember that he

13 worked for Wright State University, but I don't

14 remember who he was.

15         Q.  When did the Miami Township Police

16 Department implement computerized recordkeeping?

17         A.  It was over a period of time.  That

18 didn't happen on a specific date, but I would say

19 early '90s.

20              MR. SHUKUR:  All right.  I don't

21 have anything else for you.

22                  CROSS-EXAMINATION

23 BY MR. HERMAN:

24         Q.  Mr. Scothorn, my name is Chris Herman,

25 and I represent the Miami Township Police

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    114

1    Department in this case.

2            A.  Okay.

3            Q.  I will not be as long as Mr. Shukur,

4    and I will tend to skip around a little bit because

5    he's covered some of things that I wanted to cover

6    with you, so --

7            A.  Okay.

8            Q.  Again, if you need to take a break, let

9    us know.

10           A.  Okay.

11           Q.  If you don't understand any of my

12   questions, then let me know that, okay?

13           A.  Okay.

14           Q.  Otherwise I'll just assume that you

15   understood the question.

16           A.  I understand.

17           Q.  I'm going to start by focusing on some

18   of the allegations in the complaint that were made

19   against you.

20           A.  Yes.

21           Q.  Have you had an opportunity since this

22   case was filed to actually read the complaint?

23           A.  No.

24           Q.  Okay.  Have you, so you've never read

25   the complaint?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    115

```
 1            A.  Oh, this complaint?

 2            Q.  Yes.

 3            A.  Oh, yes.  Early on.

 4                 (WHEREUPON, Mr. Deters exited the

 5    room.)

 6    BY MR. HERMAN:

 7            Q.  Okay.  And I know there was a complaint

 8    filed, and then there was an amended complaint

 9    filed.  Are you aware of that fact that there was

10    first a complaint and then an amended complaint

11    filed?

12            A.  I'm not aware of the difference, no.

13            Q.  All right.  I would assume that you

14    read the complaint whether it was the amended

15    complaint or the first one a long time ago?

16            A.  Yeah.

17            Q.  Did you read it in preparation for your

18    deposition here today at all?

19            A.  No.

20            Q.  Okay.  Part of the complaint talks

21    about a meeting that was attended by Rick Wolfe,

22    another GM employee, Steven Fritz, Gary Bailey,

23    Chief Angel, and possibly you.  If I recall your

24    testimony earlier, you don't recall ever

25    participating or sitting in a meeting with Rick
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    116

1   Wolfe in connection with the Roger Dean Gillispie

2   rape investigation; is that correct?

3          A.  That's correct.

4          Q.  If a meeting had taken place were you

5   ever told about what happened at that meeting?

6                  MR. SHUKUR:  Objection.  You may

7   answer.

8                  THE WITNESS:  I don't recall ever

9   being told about it, no.

10  BY MR. HERMAN:

11         Q.  There's another allegation in the

12  amended complaint that Chief Thomas Angel and you,

13  Captain Marvin Scothorn, directed Steven Fritz and

14  Gary Bailey to investigate Roger Dean Gillispie as

15  a suspect in the August 1988 rapes.  Do you recall

16  ever having any conversation with Chief Angel about

17  who to assign and investigate the Roger Dean

18  Gillispie rapes?

19         A.  I do not recall any conversation like

20  that.

21         Q.  Do you recall any conversation that you

22  had with Steven Fritz about his involvement in the

23  Roger Dean Gillispie rape investigation?

24         A.  I don't remember being involved in that

25  case at all.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    117

1          Q.   Okay.  And I assume that you're, I'll
2     assume what you're answer is going to the next one,
3     but I have to ask it anyway.
4          A.   Sure.
5          Q.   Do you recall any conversations that
6     you had with Gary Bailey about his investigation of
7     the Roger Dean Gillispie rape case?
8          A.   No.
9          Q.   And I think I know the answer, but I'll
10    ask anyway.  You didn't participant in the
11    prosecution of Roger Dean Gillispie in these rapes
12    that occurred in 1988, correct?
13         A.   No.
14         Q.   You didn't show up for trial?
15         A.   No.
16                   (WHEREUPON, Mr. Deters entered the
17    room.)
18    BY MR. HERMAN:
19         Q.   Did you speak with any of the witnesses
20    or anybody after the trials happened?
21         A.   No.
22         Q.   And you were promoted to captain in or
23    about 1990; is that correct?
24         A.   That's correct.
25         Q.   Do you remember what month it was?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    118

1          A.   No.
2          Q.   Okay.  Did you have any, I guess,
3   general knowledge about the Roger Dean Gillispie
4   rape investigation when you were a lieutenant at
5   the police department?
6          A.   No.
7          Q.   Did you have any knowledge about the
8   Roger Dean Gillispie rape investigation when you
9   were captain with the police department?
10         A.   No.
11         Q.   Did you have any knowledge that Gary
12  Bailey was assigned as the detective to the Roger
13  Dean Gillispie rape investigation?
14         A.   Not that I recall.
15         Q.   Okay.  At some point are you aware that
16  Gary Bailey was reassigned from the detective
17  section back to the road patrol section?
18         A.   I don't recall that either.
19         Q.   Okay.  Are you aware of or did you have
20  anything to do with Scott Moore being assigned to
21  the Roger Dean Gillispie rape investigation?
22         A.   No.
23         Q.   Do you recall ever speaking to Scott
24  Moore about his investigation of the Roger Dean
25  Gillispie rape case?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    119

1           A.   No.
2           Q.   I understand that you were not a direct
3    supervisor of Scott Moore at the Miami Township
4    Police Department, correct?
5           A.   That's correct.
6           Q.   In 1990 you were a captain and
7    Detective Moore would have been, well, Scott Moore
8    would have been a detective or in the road patrol
9    section in that time period, correct?
10          A.   Yes.
11          Q.   Do you recall during your time working
12   with Scott Moore and not as it relates to the Roger
13   Dean Gillispie case having any conversations with
14   Scott Moore about the creation of photo spreads?
15          A.   No.
16          Q.   Do you recall ever having any
17   conversations with Scott Moore about how to
18   interview victims and identify suspects in any
19   criminal cases?
20          A.   No.
21          Q.   There's an allegation in the amended
22   complaint that says you approved of Scott Moore
23   making suggestive comments to victims in an effort
24   to get them to identify Roger Dean Gillispie as the
25   suspect in the rape investigations.  Do you recall

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    120

1    that at all?

2            A.  No.

3            Q.  Okay.  Are you aware of any instances

4    of a detective or a patrol officer any other

5    employee of the Miami Township Police Department

6    making suggestive comments to victims or

7    eyewitnesses or any other people in an effort to

8    identify someone as a suspect?

9            A.  No.

10           Q.  Are you aware of anyone in the command

11   staff, whether it be any of the road patrol

12   sergeants, the detective sergeant, any lieutenants

13   or yourself condoning officers making suggestive

14   comments to victims in an effort to identify

15   someone as a suspect?

16           A.  No.

17           Q.  That same question but as it relates to

18   suggestive comments to eyewitnesses to identify --

19           A.  No.

20           Q.  Okay.  If I recall correctly from your

21   testimony earlier you have no experience in the

22   creation of photo spreads during your tenure

23   working at the Miami Township Police Department,

24   correct?

25           A.  That's correct.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    121

1        Q.  Despite that fact are you aware of any

2   of your subordinates or any employees at the police

3   department engaging in some custom or practice to

4   create and use unduly suggestive photo spreads

5   during the investigation?

6        A.  No.

7        Q.  As a lieutenant and a captain with the

8   Miami Township Police Department would you have had

9   a duty to speak to an officer or to inform your

10  superiors if you ever learned that there was a

11  custom or a practice for officers at the Miami

12  Township Police Department to create or use unduly

13  suggestive photo spreads?

14            MS. JEWELL:  Objection.  Go ahead

15  and answer.

16            THE WITNESS:  I'm sorry, can you

17  ask that again?

18            (WHEREUPON, the requested portion

19  of the record was read.)

20            THE WITNESS:  Yes.

21  BY MR. HERMAN:

22       Q.  Can you explain that?

23       A.  If I had heard that there was any

24  unethical treatment or any unethical practices then

25  it would have been my duty to inform or take action

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    122

1    myself.

2              Q.   Okay.  And do you recall ever having to

3    take any such action in your tenure at the Miami

4    Township Police Department?

5              A.   No, I do not.

6              Q.   Okay.  Do you recall ever any other

7    command staff or any other officers having to take

8    action in that regard?

9              A.   Not that I recall.

10             Q.   It's alleged in the complaint that you

11   were part of a systematic process at Miami Township

12   of rigging criminal prosecutions.  Are you aware of

13   any evidence or any cases before the Roger Dean

14   Gillispie case of any employees at the Miami

15   Township Police Department suppressing exculpatory

16   evidence?

17             A.   Not that I'm aware.

18             Q.   Okay.  Are you aware of any of those

19   instances after the Roger Dean Gillispie case and

20   his conviction of accusations that any employees at

21   the Miami Township Police Department suppressed

22   exculpatory evidence?

23             A.   Not that I'm aware.

24             Q.   Are you aware of any cases before the

25   Roger Dean Gillispie case of any claims that the

1    Miami Township Police Department used suggestive

2    photo spreads to identify suspects in cases?

3             A.   I'm not aware of anything like that.

4             Q.   And then after Mr. Gillispie's criminal

5    case and conviction, are you aware of any cases or

6    allegations that the Township Police Department

7    used suggestive photo spreads to identify suspects?

8             A.   No.  I'm not aware of anything like

9    that.

10            Q.   Before the Roger Dean Gillispie case,

11   are you aware of any cases where the Miami Township

12   Police Department was accused of or an officer had

13   fabricated evidence in an investigation?

14            A.   Not that I recall.

15            Q.   What about after Mr. Gillispie's

16   criminal investigation and his subsequent

17   conviction?

18            A.   Not that I recall.

19            Q.   Before the case involving Roger Dean

20   Gillispie are you aware of any cases involving the

21   Miami Township Police Department destroying

22   evidence in connection with a criminal

23   investigation?

24            A.   No.

25            Q.   And what about after Roger Dean

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    124

1    Gillispie's investigation and subsequent conviction
2    of any instances of an officer or employee
3    destroying evidence in an investigation?
4          A.  No.
5          Q.  Before the Roger Dean Gillispie
6    investigation, are you aware of any instances of
7    any files being removed from any initial reports or
8    supplemental reports before the Gillispie case?
9          A.  No.
10         Q.  What about after the Gillispie case,
11   are you aware of any instances of any cases where
12   files were removed from an investigative file or
13   supplemental file with the police department?
14         A.  No.
15         Q.  Before the Roger Dean Gillispie case,
16   can you recall any instance where command staff, so
17   I'm talking about sergeants, lieutenants, captain,
18   or the chief of police approved of officer or
19   employee misconduct in any way, shape, or form
20   instead of disciplining that officer for the
21   misconduct?
22              MR. SHUKUR:  Objection.
23              THE WITNESS:  I'm not sure I
24   understand the question.
25   BY MR. HERMAN:

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    125

1          Q.   So it's been alleged that, in the

2     complaint that as part of a systematic process of

3     the Miami Township Police Department rigging

4     criminal prosecutions that command staff would

5     approve of an officer or an employee's misconduct

6     rather than disciplining that officer or employee.

7     Are you aware of any instances where instead of

8     disciplining an officer or an employee for

9     misconduct that the command staff approved of that

10    misconduct?

11         A.   No.  I'm not aware of anything like

12    that.

13         Q.   What would, in your experience, be the

14    appropriate response of the command staff if they

15    discovered that an employee or an officer had

16    violated a public, a practice, policy, procedure or

17    local law, state law, federal law, constitutional

18    right, anything of that nature?

19              MR. SHUKUR:  Objection.

20              THE WITNESS:  We initiate an

21    investigation.  Depending on who was involved in

22    it, we would assign someone to investigate it, and

23    then it would be, we would follow procedure from

24    there.

25    BY MR. HERMAN:

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    126

1          Q.   So during the time period of 1988 to

2    1991, were there some procedures in place to

3    conduct such investigations if employee or if

4    employee misconduct was discovered during the

5    course and scope of an employee's business?

6          A.   Yes.

7          Q.   Okay.  Do you specifically recall the

8    language or the nature of the process or procedure

9    at that time from 1988 to 19, I'm sorry, 1988 to

10   1990?

11         A.   No.  I do not recall specifics.

12         Q.   But you're aware or you believe that

13   there was a policy or procedure in place?

14         A.   I believe there was.

15         Q.   Okay.  You had testified earlier about

16   the accreditation process that the police

17   department was going through, correct?

18         A.   Yes.

19         Q.   And if I heard you correctly, you said

20   it began before 1988 when James Moore was the chief

21   of police, correct?

22         A.   That's correct.

23         Q.   And it continued all the way up until,

24   I believe, 1994 when the police department was

25   finally accredited; is that correct?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    127

```
 1              A.  That's correct.
 2              Q.  So during that six-year time period
 3      were there policies and procedures in place at the
 4      Miami Township Police Department regarding the
 5      investigation of cases?
 6              A.  Yes.
 7              Q.  The retention of reports and
 8      supplemental reports?
 9              A.  Yes.
10              Q.  In the amended complaint there's
11      another allegation that you and other employees of
12      the Miami Township Police Department suppressed
13      and/or destroyed exculpatory and materially
14      favorable evidence, that being police reports,
15      audio recordings, alibi evidence, crime scene
16      evidence, and genetic material.  At any point in
17      time during the pendency of the Roger Dean
18      Gillispie investigation did you ever come into
19      contact with or did you know about any audio
20      recordings in the case?
21              A.  I did not.
22              Q.  Did you know about any alibi evidence
23      in the case?
24              A.  I did not.
25              Q.  Were you aware of any crime scene
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    128

1    evidence in the case?

2           A.  I am not.

3           Q.  Were you aware of any materials that

4    may have had exculpatory or genetic material on

5    them?

6           A.  I'm not aware of any of that.

7           Q.  Are you aware of any other officers at

8    the department destroying or suppressing any of

9    that evidence as alleged in the complaint?

10          A.  I'm not aware of any officers

11   destroying evidence on any case.

12          Q.  And when you say any case, you've been,

13   you have been at the Miami Township Police

14   Department for the better part of 26 years?

15          A.  Yes.

16          Q.  Okay.  Is it fair to say that when this

17   case was filed, and you were named as a defendant,

18   this is the first time that you had heard that

19   allegation being made against you, the other

20   officers, and the Miami Township Police Department?

21          A.  That's correct.

22          Q.  I want to talk to you a little bit now

23   about the Township's, I'll call it the old paper

24   filing system.  And you shared with us that

25   officers would, and I'm paraphrasing, correct me if

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    129

1    I'm wrong or mistake anything, that an officer

2    would prepare an initial report, correct?

3              A.  Correct.

4              Q.  And it would be a handwritten report?

5              A.  Yes.

6              Q.  And that would be given to someone in

7    the, I think you said that the filing cabinet was

8    in the evidence room?

9              A.  It was in the record --

10             Q.  In the records room?

11             A.  In the records section in the property

12   room, yes.

13             Q.  In the property room?

14             A.  Yes.

15             Q.  Okay.  So the officer would hand the

16   handwritten report to someone in the property room,

17   correct?

18             A.  Yes.

19             Q.  For a period of time you were the

20   supervisor over the dispatch center and the records

21   section, correct?

22             A.  Yes?

23             Q.  Is it safe then to say that you were

24   also supervising how police reports were retained

25   at the department under your tenure?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    130

```
1                MS. JEWELL:  Objection.
2                THE WITNESS:  We had a system that
3      preceded me, and we didn't change it.
4      BY MR. HERMAN:
5           Q.  Okay.  So if an officer prepares a
6      report, who did they, and we're talking about
7      handwritten report --
8           A.  Yes.
9           Q.  -- procedure at that time, an officer
10     prepares a handwritten report.  And who does he or
11     she give that to then in the property room?  Would
12     it be one of a number of people?
13          A.  It could have been one of a number of
14     people.  There was four people working in that
15     section.
16          Q.  Did they have a specific title?  And I
17     know that you told us that they were civilians/
18     what specifically were they called?
19          A.  Records clerks.
20          Q.  Records clerks, okay.  And there was a
21     supervisor over the records clerks, correct?
22          A.   Initially there was a civilian
23     supervisor.  Eventually we assigned a sergeant to
24     do that, but --
25          Q.  Do you recall when that transition took
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    131

1    place from a civilian supervisor over the records

2    clerks to an active sergeant who was an officer

3    with the Miami Township Police Department?

4           A.  No, I really don't recall.

5           Q.  Okay.  Then can you tell me then the

6    process?  That's handed to a records clerk, and

7    then the records clerk is responsible for taking

8    that initial report and putting it in a file that's

9    marked with the report year and the report number,

10   correct?

11          A.  That's correct.

12          Q.  Is there any sort of supervision over

13   that records clerk in regards to whether they are

14   placing it in the correct file with that file

15   number?

16          A.  I would say that there, there was

17   actually a supervisor, you know, in the records

18   section.  I don't recall anything coming up missing

19   or coming up misfiled.

20          Q.  Okay.  If a detective then prepared a

21   supplemental report, and we're still talking about

22   the old handwritten report recordkeeping, would

23   that detective give their supplemental report to a

24   record clerk who would then file it with the

25   appropriate report number?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    132

1        A.  Yes.

2        Q.  Do you recall any instances, would

3   detectives sort of skip over or bypass the records

4   clerk and just file their supplemental report in

5   the filing cabinet by themselves?

6        A.  They didn't have access to it.

7        Q.  Okay.  Who had access to the, I think

8   you said the property room, where this filing

9   cabinet was?

10       A.  Yes.  Records clerks, and then I had

11  access to it, and the police chief had access to

12  it.

13       Q.  Okay.  Is there a reason that a limited

14  amount of people had access to the property room?

15       A.  You limit the amount of people so that

16  things don't get lost.

17       Q.  Okay.  What could possibly get lost?

18       A.  If, for example, an officer got

19  involved in something on the street that involved

20  an earlier case, and he decided that he wanted to

21  read the original report, and he had access to go

22  in and pull the original report, there's no

23  guarantee that it will get filed properly again.

24  So you don't give them access to it.  If they need

25  it, they can request it.  And they can get a copy

Transcript of Marvin Scothorn
Conducted on December 19, 2018                              133

1    of it, and then the original goes back in the file.

2          Q.  And that was going to be my next

3    question.  If an officer or a detective or anybody

4    else at the police department who was investigating

5    a case wanted a copy of that file, they would have

6    to go to the records clerk or you or the chief of

7    police and request that file?

8          A.  That's correct.

9                MS. JEWELL:  Objection.

10   BY MR. HERMAN:

11         Q.  Okay.  I think you told us that you

12   don't recall an instance of a report being misfiled

13   in that filing cabinet, correct?

14         A.  I don't recall any instances where

15   anything was misfiled.

16         Q.  But that's not to say it's not possible

17   that given this system that we had in place where a

18   human being had to take the report, look at the

19   report number, and put it into a folder that was

20   specifically assigned to that report number, that

21   it, that it's possible maybe an initial report or a

22   supplemental report if it was pulled out could be

23   misplaced?

24                MR. SHUKUR:  Objection.

25                THE WITNESS:  It's possible.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    134

1              MR. HERMAN:  Okay.

2              MR. SHUKUR:  And the objection is

3     as to form of the last question.

4     BY MR. HERMAN:

5         Q.  You never served as a detective,

6     correct?

7         A.  Never did.

8         Q.  Is it fair to say then that since you

9     never served as a detective you don't have any

10    experience with respect to a practice or a

11    procedure of writing supplemental reports where a

12    detective has eliminated somebody as a suspect in a

13    case, correct?

14        A.  I have written supplemental reports for

15    different cases.  I never worked as a detective.  I

16    don't fully understand what all exactly what their

17    procedures were to deal with the paperwork, but I,

18    I don't know of, I don't know of any instance that

19    a detective eliminated a suspect and that did get,

20    you know, processed and filed away properly.

21        Q.  We've talked about the old paper

22    recordkeeping with respect to the police reports

23    and that type of thing.  And then you said at some

24    point there was a transition to a computer based

25    recordkeeping and report writing protocol at the

1  police department, correct?

2          A.  Correct.

3          Q.  Do you remember specifically when the

4   department began to make the transition from a

5   handwritten paper-based report writing system to a

6   computer generated, type it in and save it in the

7   computer report of writing and recordkeeping?

8          A.  I remember that we actually got the

9   computers in 1991.  There was a lot of work to

10  create the format of how we were going to record

11  the reports.  We worked on that for a long time,

12  and we had a consultant from Wright State and, but

13  during that time and even after we initially

14  started doing stuff on the computer, we still, we

15  were doing duplication of effort.  We did hardcopy

16  and computer.

17         Q.  Have you had an opportunity to review

18  any of the police reports that were prepared and

19  generated in connection with the Roger Dean

20  Gillispie rape investigation?

21         A.  No.

22         Q.  Okay.  So if I was to tell you that

23  Scott Moore was assigned to this case in June of

24  1990, and he, his first report was computer based,

25  okay, in 1990, that, you told us that computers

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    136

1    came to the department in 1991, correct?

2              A.   That's what I recall, yes.

3              Q.   Okay.  But Scott Moore has a computer

4    generated report in June of 1990.  Is there some

5    other way that he would have generated that report

6    despite your recollection that computers didn't

7    come until 1991 or maybe you're mistaken about the

8    time when computers were starting to be used?

9                   MR. SHUKUR:  Objection to form.

10                  THE WITNESS:  I'm not sure

11   entirely about when the computers actually started,

12   and I don't know of anyone that was using a

13   personal computer to do their own work, so if you

14   say he generated a report in 1990, then I obviously

15   recall, I don't recall properly when the computers

16   actually there were.

17   BY MR. HERMAN:

18             Q.   If he generated a computer report in

19   1990, then there must have been a computer there

20   for him to generate it on.

21                  MR. SHUKUR:  Objection to form.

22   It calls for speculation as well.

23                  THE WITNESS:  Yes.

24                  MR. HERMAN:  I think that's all

25   the questions I have at this time.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    137

1                    CROSS-EXAMINATION

2    BY MR. KAY:

3            Q.  Marvin, just a few questions for you.

4            A.  Sure.

5            Q.  If you recall earlier in your

6    deposition you were provided with certain names of

7    officers and then the question was asked of you,

8    what did you think about their performance as an

9    officer?  Do you recall those line of questions?

10           A.  Yes.

11           Q.  Okay.  One person you were not asked

12   about was Gary Bailey.

13           A.  Okay.

14           Q.  With that said, as you sit here today,

15   do you have any thoughts as far as Mr. Bailey and

16   his performance as an officer at the department

17   when you were there?

18           A.  I don't recall a lot about Gary Bailey.

19   I do know his department, I know he was with, I'm

20   pretty sure he was with Miami County Sheriff's

21   Office before he came to see us, but I don't recall

22   a lot about him period.

23           Q.  That's fine.  Do you have any

24   recollections of the circumstances, if any, which

25   may have led from him being transferred from the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    138

1    Detective Bureau back to the road division?

2              A.  No, I do not.

3              Q.  Okay.  I think yesterday, Marvin, Tim

4    Wilson had testified that when Fritz left, and I'm

5    sorry, did he, he resigned, is that --

6              A.  Yes, he did.

7              Q.  Okay.  He had testified that when Fritz

8    resigned that, I think he said two days later Fritz

9    came back trying to get his job back, okay.  Do you

10   have any recollection regarding any events related

11   to that?

12                  MR. SHUKUR:  Objection to form.

13                  THE WITNESS:  Not entirely

14   accurate.  He turned in his two-week resignation.

15   We immediately found someone to replace him, which

16   was Tim Wilson.

17   BY MR. KAY:

18             Q.  Tim Wilson.

19             A.  Tim and I had a history.  He was, I

20   knew he was interested, and so I suggested to the

21   chief that we talk to him.  We ultimately decided

22   to hire him.  Two days before Fritz' last day he

23   came and wanted to know, he said he had changed his

24   mind, that he was going to stay on.  And we told

25   him that we had already replaced him.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    139

1              Q.  Okay.  As far as when Fritz resigned
2        and was leaving department, did you have any
3        involvement of any nature as far as the assignment
4        of new current matters being investigated within
5        the Detective Bureau?
6              A.  No.
7              Q.  Okay.  Now, what we've learned in this
8        lawsuit is that after Steve Fritz left the
9        department he went to work for a private
10       investigating firm; do you have any knowledge of
11       that?
12             A.  No, I do not.
13                  MR. SHUKUR:  Objection to form.
14       BY MR. KAY:
15             Q.  Do you have any knowledge of Steve
16       Fritz specifically being retained by the defense
17       team representing Roger Gillispie?
18             A.  I do not.
19             Q.  Okay.  Is this the first time that
20       you've heard of that fact?
21             A.  I read somewhere in the paperwork that
22       I had that he was involved in it, but I did not
23       know to what extent.
24             Q.  Okay.  In your experience as an
25       officer, how long, 26 years?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    140

```
1              A.   26 years.
2              Q.   Okay.  Are you aware of a situation
3     where a detective resigned from a police department
4     and within months was retained by a defense team to
5     serve as a private investigator for an individual
6     who was under investigation by the same department
7     that he used to work for; have you ever heard of
8     that circumstances ever occurring?
9              A.   I've never heard of that circumstance.
10    It sounds unethical to me.
11             Q.   Certainly does, doesn't it?
12                  MR. SHUKUR:  Objection to form.
13    BY MR. KAY:
14             Q.   Marvin, were you present for any reason
15    when Roger Gillispie was arrested?
16             A.   I was not.
17                  MR. KAY:  That's all I have.
18    Thank you.
19                  MR. DETERS:  Marvin, my name is
20    Jon Deters.  My office represents Defendants Angel,
21    DiPietro, and Gray.  I don't have any questions for
22    you at this time.  I just wanted to thank you for
23    coming today.
24                  THE WITNESS:  Okay.
25                  MS. JEWELL:  You good?  I don't
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    141

1    have any questions.

2                    MR. SHUKUR:  All right.  I have a

3    few follow-up questions.

4                    RECROSS-EXAMINATION

5    BY MR. SHUKUR:

6         Q.  Mr. Scothorn, during your time as

7    lieutenant did you ever suggest that somebody be

8    investigated as a suspect in a matter investigated

9    by the Miami Township Police Department?

10        A.  No.

11        Q.  During your time as captain did you

12   ever suggest that anybody be investigated as a

13   suspect in the matter investigated by the Miami

14   Township Police Department?

15        A.  I don't know.

16                   MR. HERMAN:  Objection.

17                   THE WITNESS:  I don't know of any

18   incident where I would have suggested that, no.

19   BY MR. SHUKUR:

20        Q.  And are you saying for sure that you

21   did not suggest anybody be investigated as a

22   suspect or are you saying that you don't know

23   whether or not you did?

24                   MS. JEWELL:  Objection.

25                   THE WITNESS:  I can't imagine the

Transcript of Marvin Scothorn
Conducted on December 19, 2018                              142

```
1    circumstances when I would do that.
2    BY MR. SHUKUR:
3         Q.  Okay.  And Miami Township, the Miami
4    Township Police Department had to develop written
5    policies and procedures to get its accreditation,
6    correct?
7         A.  Yes.
8         Q.  All right.  And each time the township
9    or Miami Township Police Department created a new
10   policy or procedure it put it in writing, correct?
11        A.  Yes.
12        Q.  All right.  Now, let's talk about the
13   property room that stored the initial and
14   supplemental reports.  Was this property room
15   locked at all times?
16        A.  Except when it was being occupied.
17        Q.  When would it be occupied?
18        A.  During regular business hours.
19        Q.  Who all had a key to the office?
20             MS. JEWELL:  Objection.
21   BY MR. SHUKUR:
22        Q.  If you know?
23        A.  The record staff, myself, and the
24   police chief.
25        Q.  Did you have custodial staff at the
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    143

1    police department?

2           A.   Like a janitor?

3           Q.   Yes.

4           A.   Yes.

5           Q.   All right.  Did the janitor have a key

6    to the records room?

7           A.   No.

8           Q.   All right.  How would the records room

9    get cleaned?

10          A.   The records clerks cleaned it.

11          Q.   All right.  All right.  And if

12   detective, well, first, 1988, what was the Miami

13   Township Police Department's practice regarding

14   when an initial report was submitted to the

15   property room?

16          A.   To my knowledge there was no time limit

17   scheduled for it, just that when you finished your

18   initial investigation, it was to be submitted.

19          Q.   Did you ever check to make sure a

20   detective or patrol officer submitted a report to

21   the property room when they finished their initial

22   investigation?

23          A.   I don't remember ever specifically

24   checking, no.

25          Q.   Were the Miami Township Police

Transcript of Marvin Scothorn
Conducted on December 19, 2018                          144

1    Department, law enforcement officers required to

2    submit the initial reports and the supplemental

3    reports all at once or submit the initial report

4    first and then the supplemental reports?

5                     MS. JEWELL:  Objection.

6                     THE WITNESS:  They would submit

7    the original report and then further investigation,

8    as it proceeded, they would submit supplemental

9    reports.

10   BY MR. SHUKUR:

11        Q.  All right.  And what was the practice

12   regarding when the officers were required or

13   actually did submit the supplemental reports to the

14   property room?

15                     MR. HERMAN:  Objection.

16                     THE WITNESS:  The patrol officers

17   or detectives?

18   BY MR. SHUKUR:

19        Q.  First, we'll say patrol officers.

20        A.  Patrol officers were required to submit

21   their initial report by the end of their shift

22   unless they received permission from their

23   supervisor that they could hang onto it for an

24   extra day to finish it up.  As far as supplemental

25   reports, the supplemental reports were supposed to

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    145

1    be turned in as they were completed, depending on

2    the subject of the report, and then they would

3    just, they would be submitted, and then they would

4    have the numbers, and they would go to records, and

5    then records would file them appropriately.

6              Q.   And what about the detectives?

7              A.   Same thing with the detectives.

8              Q.   Okay.  So detectives were supposed to

9    submit supplemental reports to the property room as

10   the supplemental reports were completed, correct?

11             A.   That's correct.

12             Q.   All right.  Now, do you know of any

13   mechanisms in place during your time as lieutenant

14   or captain that made sure that detectives submitted

15   their supplemental reports as they completed them?

16             A.   I'm not sure what you're asking.

17             Q.   How did the department, if you know,

18   how did the Miami Township Police Department make

19   sure that detectives submitted their supplemental

20   reports as they completed them during your time as

21   captain?

22             A.   We didn't, we didn't track them.  We

23   just counted on them to turn the paperwork in

24   properly.  It made sense to, they could easily keep

25   a copy, retain a copy of, if they needed it, but

Transcript of Marvin Scothorn
Conducted on December 19, 2018                146

1    the original needed to go to the property room to

2    be filed.

3           Q.  After a detective submitted a

4    supplemental report to the property room, could the

5    detective ever check out the original supplemental

6    report?

7           A.  Yes.

8           Q.  Okay.  Did the property room, sorry,

9    here's my question, when the detective checked out

10   a, during your, sorry.  Here's my question, during

11   your time as captain did the detective or a

12   detective who checked out a supplemental report, an

13   original supplemental report from the property room

14   have to sign any documentation memorializing the

15   detective checking out the supplemental report?

16          A.  I may have misled you with your last

17   question.  They didn't actually check out the

18   report.  They could request a copy of it, and then

19   they would be given a copy and the original one

20   back in the file.

21          Q.  So under no circumstance could the

22   detective check out an original of a supplemental

23   report once the report was submitted to the

24   property room; is that correct?

25          A.  There would be no need to.  You could

Transcript of Marvin Scothorn
Conducted on December 19, 2018                     147

1    get a copy of it.  If you could get a copy of it,

2    you wouldn't need the original.

3           Q.  I understand.  And I understand your

4    answer was there was no need to.

5           A.  Okay.

6           Q.  And so I just want to know if it ever

7    needlessly happened, all right?  So under no

8    circumstance, well, you don't know of an instance

9    in which an original supplemental report was taken

10   out of the property room during your time as

11   captain at the Miami Township Police Department; is

12   that correct?

13          A.  That's correct.  I have no knowledge of

14   any time that that occurred.

15          Q.  Okay.  When a detective, is it the case

16   that each time a detective, and let's say during

17   your time as lieutenant, was it the case that each

18   time a detective wanted to see a copy of her or his

19   supplemental report they would only be given a copy

20   or would they sometimes be allowed to see the

21   original, you know, and not get a copy?

22              MS. JEWELL:  Objection.

23              MR. HERMAN:  Objection.

24   BY MR. SHUKUR:

25          Q.  You can answer.

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    148

1          A.   I can see an incident where he wanted

2    to hold the copy while read something from it and

3    then hand it back, and he never actually got a copy

4    of it, but he wouldn't have been allowed to take it

5    from the room.

6          Q.   So a detective could review an original

7    of or an original supplemental report in the

8    property room but could not take the original

9    report out of the property room; is that correct?

10         A.   That's correct.

11         Q.   Now, this property room, you remember

12   how the property room looked during your time as

13   lieutenant and captain, correct?

14         A.   Yes.

15         Q.   This property room, did it have any

16   chairs?

17         A.   There was a small desk and a chair.

18         Q.   There was a small deck and a chair.

19   Who sat at the desk?

20         A.   Different people.  It depends on what

21   they were doing that particular day.  It could have

22   been, it could have been any one of the records

23   people.

24         Q.   All right.  And if the detective wanted

25   to review a supplemental report and said there was

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    149

1    no need to make a copy, could the detective sit at

2    the desk and review the supplemental report?

3            A.  I guess it's possible, but I don't know

4    that that ever occurred.

5            Q.  Okay.  Did you ever see, sorry.  Here's

6    my question, did you ever have an occasion to see

7    more than one law enforcement officer in the

8    property room at one time, so two detectives, two

9    patrol officers, whatever?

10           A.  They weren't suppose to be in there at

11   all.  If I saw them there, I would run them out.

12           Q.  Fair enough.  So I want to impact what

13   you just said.  So if a detective went to the

14   property room, asked for her or his original

15   supplemental report to review really quickly, and

16   the clerk gave the detective a copy of their

17   original supplemental report, and they were

18   reviewing it in front of the clerk, and you came

19   in, you would kick the detective out?

20           A.  That's correct.

21           Q.  All right.  Did the property room,

22   sorry.  Here's my question, during your time as

23   lieutenant, did the property room memorialize

24   requests for copies of initial or supplemental

25   reports?

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    150

1          A.  I don't understand the question.

2          Q.  I'm trying.  During your time as

3    lieutenant, did the property room memorialize or

4    document in any way an instance of a detective or

5    patrol officer requesting an initial or

6    supplemental report, was there a log or anything

7    like that --

8          A.  Was there a log of who requested

9    reports?

10         Q.  Yes.

11         A.  No.

12         Q.  All right.  And earlier you said you

13   didn't know of a circumstance in which a detective

14   eliminating a suspect didn't get filed away and

15   stored properly.  What do you mean by filed away

16   and stored properly?

17         A.  It would have been filed with the rest

18   of the report and filed appropriately.

19         Q.  And by it, what do you mean?

20         A.  A report, a supplement.

21         Q.  By the supplement you mean supplement

22   explaining that a suspect has been eliminated; is

23   that correct?

24         A.  If the detective was following a

25   suspect in a case, and he eliminated, he would be

1   required to do a supplemental report.  And that

2   supplemental report would be filed with the

3   original.

4          Q.  During your time as lieutenant how did

5   you make sure that original supplemental reports

6   never left the property room?

7          A.  I didn't directly.  I counted on the

8   employees there to make sure that they followed

9   procedures.

10         Q.  During your time as lieutenant and

11  captain, what safeguards were there in place to

12  ensure that original, initial, or supplemental

13  reports didn't leave the property room?

14         A.  It was, it was our policy that they

15  didn't leave, and the records people were pretty

16  good about following procedures.

17                 MR. SHUKUR:  I have nothing else.

18                 MR. HERMAN:  I have a few more

19  questions.

20                 RECROSS-EXAMINATION

21  BY MR. HERMAN:

22         Q.  Omavi was asking you questions about

23  officers or detectives getting copies of original

24  and supplemental reports from the property room.

25  My first question is, well, I'm sorry.  Let me back

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    152

1   up a little bit further than that.  We were talking

2   about when you were being asked questions about the

3   timing of when a patrol officer submits his initial

4   report and the timing of when a detective or any

5   other officer submits their supplemental report; do

6   you recall those questions and your answers?

7           A.  Yes.

8           Q.  Was there any differentiation in that

9   timing as it relates to the paper-based

10  recordkeeping at the department versus the

11  computer-base recordkeeping at the depend?

12          A.  Not that I'm aware.

13          Q.  And, again, the initial reporting

14  officer is to submit, was to submit their initial

15  report at the close of their shift unless a

16  supervisor gave them some extra time do that,

17  correct?

18          A.  Correct.

19          Q.  And supplemental reports were submitted

20  upon their completion?

21          A.  Correct.

22          Q.  Okay.  When the department transitioned

23  to the computer based recordkeeping including

24  preparing initial reports and supplemental reports,

25  was there then a need at that point for a police

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    153

1    officer or detective to hand a copy of their

2    initial or supplemental report to an evidence room

3    or a property room clerk to keep in this filing

4    cabinet?

5            A.  Once they, once we started doing things

6    on computer, then, once they finished it, and they

7    completed it, then they were downloaded into the

8    hard drive of the computer, they printed out a copy

9    of the report and submitted copy of the report to

10   the supervisor for the sheriffs, but the initial

11   report there was on data was, went to the record

12   section.

13           Q.  Okay.  So there was no physically

14   handing reports to somebody to then file, correct,

15   when we started, when the township Started using

16   the computer based --

17                   MR. SHUKUR:  Objection to form.

18                   THE WITNESS:  Through my tenure

19   there, they always submitted some kind of paperwork

20   even if it was just a printout of the report.

21                   (WHEREUPON, Mr. Deters exited the

22   room.)

23   BY MR. HERMAN:

24           Q.  Okay.  But there was always a copy, and

25   I don't know if we want to call it an original or a

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    154

```
1    copy of that report in the hard drive or database
2    that was maintained at the Township, correct?
3            A.   Correct.
4            Q.   Okay.  Did Scott Moore have a key to
5    the property room in 1988?
6            A.   No.
7            Q.   Did he have a key to the property room
8    in 1989?
9            A.   No.
10           Q.   Did he have a key to the property room
11   in 1990?
12           A.   No.
13           Q.   Did he have a key to the property room
14   in 1991?
15           A.   No.
16           Q.   In your time as a lieutenant with the
17   Miami Township Police Department and a captain
18   overseeing the recordkeeping department or
19   recordkeeping section, do you recall any instance
20   under the paper-based recordkeeping system of an
21   original initial report being removed from the file
22   cabinet?
23           A.   No.
24           Q.   Do you recall any instance under that
25   paper-based recordkeeping system of an original
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    155

```
1    supplemental report being removed from the filing

2    cabinet?

3         A.  No.

4              MR. HERMAN:  That's all the

5    questions I have.  Thank you.

6              MS. JEWELL:  I don't have any

7    questions.

8              RECROSS-EXAMINATION

9    BY MR. SHUKUR:

10        Q.  When James Moore was chief of the Miami

11   Township Police Department, he had a key to the

12   property room, correct?

13        A.  Yes.

14             MR. SHUKUR:  All right.  That's

15   all I have.

16             MS. JEWELL:  You have the right to

17   read your deposition or waive.  I recommend that

18   you read it.

19             THE WITNESS:  I will.

20             (WHEREUPON, Mr. Deters entered the

21   room.)

22             MS. JEWELL:  He will read.

23             THE WITNESS:  I will read it.

24             MR. SHUKUR:  Mr. Scothorn, it was

25   a pleasure meeting you.
```

Transcript of Marvin Scothorn
Conducted on December 19, 2018                    156

1                    THE WITNESS:  Oh, nice meeting

2      you, sir.

3                    (WHEREUPON, deposition concluded

4      at 2:58 p.m.)

5                    *      *      *      *      *

6

7

8                    _____
                            MARVIN SCOTHORN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2


3    STATE OF OHIO
                        SS.
4    COUNTY OF MONTGOMERY

5


6            I, Jamie S. Hurley, the undersigned, a
     Court Reporter, and Notary Public within and for
7    the State of Ohio, do hereby certify that before
     the giving of aforesaid deposition said MARVIN
8    SCOTHORN, was by me first duly sworn to state the
     truth, the whole truth, and nothing but the truth;
9    that the foregoing is the deposition given at said
     time and place by said MARVIN SCOTHORN; that said
10   deposition was taken in stenotypy by the court
     reporter and transcribed into typewriting under her
11   supervision; that said transcribed deposition was
     submitted to the witness for his examination; the
12   court reporter was neither a relative of nor
     attorney for any of the parties to this case nor
13   relative of nor employee for any of the counsel;
     neither the court reporter nor the affiliated court
14   reporting firm has a financial interest under a
     contract as defined in Civil Rule 28(D).

15
             IN WITNESS WHEREOF, I hereunto set my
16   hand and official seal of office this 6th day of
     February, 2019.

17

18

19                      _Jamie S Hurley_
     JAMIE S. HURLEY
20   Notary Public, State of Ohio
     My Commission Expires 6-28-20

21

22

23

24

25

Transcript of Marvin Scothorn
Conducted on December 19, 2018

158

| A | | | |
|---|---|---|---|
| **aberdeen** | **achieve** | **affiliated** | 42:12, 42:25, |
| 3:6 | 106:9, 106:11 | 157:22 | 43:11, 43:15, |
| **abilities** | **acquired** | **affirmative** | 43:16, 44:1, |
| 49:17 | 57:4 | 5:2 | 44:7, 44:8 |
| **ability** | **action** | **aforesaid** | **al** |
| 6:16, 6:23, | 121:25, 122:3, | 157:10 | 1:9 |
| 7:3, 28:14, | 122:8 | **after** | **alibi** |
| 58:20 | **actions** | 4:19, 14:17, | 127:15, 127:22 |
| **able** | 43:12, 75:1 | 15:1, 15:7, | **allegation** |
| 31:1 | **active** | 27:7, 27:9, | 116:11, 119:21, |
| **absence** | 131:2 | 28:11, 28:23, | 127:11, 128:19 |
| 55:25 | **activities** | 35:15, 62:19, | **allegations** |
| **academy** | 48:13, 48:18, | 82:1, 82:11, | 114:18, 123:6 |
| 102:5, 102:7, | 64:25, 65:8, | 82:16, 89:12, | **alleged** |
| 102:8, 102:10, | 65:19 | 96:8, 99:19, | 122:10, 125:1, |
| 102:18, 102:22, | **actual** | 110:15, 110:24, | 128:9 |
| 103:17, 103:18, | 86:14, 88:6 | 117:20, 122:19, | **allowed** |
| 104:4, 104:6, | **actually** | 123:4, 123:15, | 106:14, 147:20, |
| 104:11, 105:5, | 16:14, 40:3, | 123:25, 124:10, | 148:4 |
| 106:8, 106:17, | 41:21, 57:2, | 135:13, 139:8, | **allowing** |
| 107:6 | 57:16, 58:3, | 146:3 | 92:6 |
| **access** | 68:14, 70:5, | **again** | **almost** |
| 132:6, 132:7, | 70:8, 82:2, | 50:25, 58:19, | 36:17 |
| 132:11, 132:14, | 97:21, 106:2, | 59:23, 62:12, | **along** |
| 132:21, 132:24 | 114:22, 131:17, | 75:24, 84:17, | 46:11, 80:6, |
| **accident** | 135:8, 136:11, | 114:8, 121:17, | 80:22 |
| 16:10, 18:23 | 136:16, 144:13, | 132:23, 152:13 | **already** |
| **accidents** | 146:17, 148:3 | **against** | 25:11, 26:11, |
| 15:23, 88:22 | **add** | 112:3, 113:2, | 29:20, 54:15, |
| **according** | 106:14 | 114:19, 128:19 | 61:25, 84:9, |
| 112:5, 112:8 | **added** | **age** | 85:2, 95:21, |
| **accreditation** | 85:24 | 4:3 | 108:9, 138:25 |
| 72:24, 126:16, | **addition** | **agency** | **also** |
| 142:5 | 18:23, 69:10, | 10:20, 102:14 | 6:5, 33:14, |
| **accredited** | 69:13, 77:24, | **agents** | 37:22, 46:7, |
| 73:17, 85:23, | 78:24, 95:6, | 32:10 | 48:12, 48:16, |
| 87:9, 87:11, | 105:5 | **ago** | 49:9, 52:5, |
| 87:19, 95:19, | **additional** | 59:3, 94:19, | 59:6, 79:1, |
| 95:22, 95:25, | 68:5, 68:21, | 115:15 | 79:16, 82:8, |
| 126:25 | 69:17 | **agree** | 105:18, 129:24 |
| **accurate** | **administrative** | 41:10 | **although** |
| 138:14 | 52:6, 109:6 | **ahead** | 111:3 |
| **accusations** | **advice** | 12:20, 26:3, | **always** |
| 122:20 | 72:24 | 42:17, 42:20, | 27:24, 28:1, |
| **accused** | **advocate** | 50:8, 54:15, | 30:19, 31:7, |
| 123:12 | 108:1 | 60:10, 65:25, | 31:20, 31:21, |
| | **affect** | 100:3, 121:14 | 31:24, 34:14, |
| | 7:3, 29:2 | **air** | 106:17, 107:6, |
| | | 34:13, 41:22, | |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

159

153:19, 153:24
**amended**
115:8, 115:10,
115:14, 116:12,
119:21, 127:10
**amount**
132:14, 132:15
**angel**
3:8, 20:6,
21:4, 21:17,
115:23, 116:12,
116:16, 140:20
**annually**
67:18
**another**
7:14, 28:18,
29:6, 36:5,
38:15, 55:17,
56:7, 59:10,
77:25, 104:16,
104:17, 115:22,
116:11, 127:11
**answer**
5:3, 5:9, 5:17,
5:21, 6:1, 6:11,
6:20, 6:24,
12:21, 13:7,
13:15, 25:3,
25:24, 50:8,
51:4, 53:6,
58:15, 59:21,
61:25, 62:7,
66:10, 68:1,
73:23, 86:11,
87:5, 96:23,
98:15, 98:17,
99:23, 111:20,
116:7, 117:2,
117:9, 121:15,
147:4, 147:25
**answered**
25:11, 26:11,
43:4, 50:8,
53:4, 79:24,
84:6, 87:2,
96:21, 98:11
**answering**
5:23, 6:23

**answers**
25:24, 36:25,
61:8, 61:11,
152:6
**anybody**
9:6, 33:9,
34:12, 52:14,
59:8, 75:10,
75:14, 92:13,
93:16, 93:23,
93:24, 94:10,
95:1, 117:20,
133:3, 141:12,
141:21
**anyone**
32:17, 56:14,
76:24, 120:10,
136:12
**anything**
7:11, 7:15,
7:16, 26:24,
34:11, 39:11,
43:10, 43:12,
43:13, 45:24,
49:2, 50:13,
53:12, 53:21,
63:10, 63:16,
63:20, 69:19,
75:6, 85:15,
85:25, 91:3,
91:9, 92:13,
94:1, 96:17,
96:19, 103:4,
109:12, 112:14,
113:21, 118:20,
123:3, 123:8,
125:11, 125:18,
129:1, 131:18,
133:15, 150:6
**anyway**
117:3, 117:10
**anywhere**
48:23
**appearances**
2:3, 3:1
**applicable**
2:19
**appreciate**
42:23

**appropriate**
34:15, 125:14,
131:25
**appropriately**
145:5, 150:18
**approve**
125:5
**approved**
119:22, 124:18,
125:9
**area**
19:24, 102:15,
109:5
**areas**
102:24, 102:25,
103:6, 103:8,
103:11, 104:15,
104:19
**arguments**
40:14, 44:24
**arises**
11:8
**around**
11:18, 15:21,
45:9, 72:2,
73:17, 114:4
**arrest**
38:15
**arrested**
140:15
**arrogance**
43:11, 43:17,
44:1, 44:7, 44:9
**arrogant**
41:7, 41:10,
41:18, 42:11,
43:2
**aside**
10:2, 29:19,
34:4, 42:14,
42:24, 44:8,
55:4, 55:23,
56:8, 56:13,
68:6, 69:1,
69:17, 76:21,
78:13, 94:21
**ask**
5:6, 5:17,

6:10, 6:15,
6:17, 6:21,
10:14, 42:17,
54:9, 58:19,
60:10, 62:9,
64:1, 65:9,
69:11, 69:13,
84:16, 87:23,
106:3, 112:13,
112:18, 117:3,
117:10, 121:17
**asked**
28:7, 28:8,
28:12, 35:12,
43:4, 50:7,
53:3, 58:16,
84:6, 84:9,
87:2, 96:20,
98:10, 137:7,
137:11, 149:14,
152:2
**asking**
5:19, 10:18,
44:23, 51:5,
51:6, 64:19,
66:10, 66:11,
69:6, 69:16,
85:3, 87:16,
110:21, 145:16,
151:22
**assess**
36:11, 36:18,
37:13
**assessment**
27:11, 27:17,
39:12
**assign**
54:22, 55:5,
56:9, 57:13,
59:12, 116:17,
125:22
**assigned**
16:19, 57:3,
118:12, 118:20,
130:23, 133:20,
135:23
**assigning**
56:15

Transcript of Marvin Scothorn
Conducted on December 19, 2018

160

| | | | |
|---|---|---|---|
| **assignment**<br>139:3<br>**assist**<br>18:16, 19:1,<br>22:9, 71:22<br>**assistance**<br>18:17, 54:23<br>**assisted**<br>22:8<br>**assume**<br>6:21, 49:3,<br>59:19, 59:21,<br>60:4, 60:17,<br>60:21, 60:25,<br>61:11, 61:17,<br>61:21, 62:7,<br>63:17, 87:25,<br>114:14, 115:13,<br>117:1, 117:2<br>**assuming**<br>61:25, 75:20<br>**attend**<br>105:21<br>**attendance**<br>103:25<br>**attended**<br>99:6, 115:21<br>**attending**<br>98:25, 99:11<br>**attention**<br>97:16<br>**attitude**<br>41:22, 43:14<br>**attorney**<br>3:4, 3:12,<br>3:20, 3:28,<br>3:34, 7:8, 7:16,<br>7:21, 7:24, 8:6,<br>8:18, 8:23, 9:5,<br>9:12, 10:1,<br>64:8, 157:20<br>**attorneys**<br>8:8, 8:13,<br>8:22, 10:4,<br>10:17, 10:18,<br>104:18<br>**audio**<br>127:15, 127:19 | **august**<br>116:15<br>**authored**<br>10:3, 10:21,<br>64:13, 64:17,<br>64:21<br>**authorities**<br>54:25<br>**authority**<br>20:1, 74:10,<br>74:16, 74:20,<br>74:22<br>**automatically**<br>56:18<br>**available**<br>55:17, 56:6,<br>90:19<br>**aware**<br>9:3, 32:7,<br>34:8, 34:19,<br>36:1, 36:7,<br>46:16, 46:25,<br>56:11, 81:19,<br>83:22, 115:9,<br>115:12, 118:15,<br>118:19, 120:3,<br>120:10, 121:1,<br>122:12, 122:17,<br>122:18, 122:23,<br>122:24, 123:3,<br>123:5, 123:8,<br>123:11, 123:20,<br>124:6, 124:11,<br>125:7, 125:11,<br>126:12, 127:25,<br>128:3, 128:6,<br>128:7, 128:10,<br>140:2, 152:12<br>**away**<br>134:20, 150:14,<br>150:15<br>**awry**<br>54:7<br>**axillary**<br>16:24, 17:4,<br>17:9, 17:19<br>**B**<br>**back**<br>39:25, 46:5, | **47:16, 100:12,**<br>109:16, 118:17,<br>133:1, 138:1,<br>138:9, 146:20,<br>148:3, 151:25<br>**backup**<br>18:17, 19:2<br>**bad**<br>15:23, 40:7,<br>57:17, 71:21,<br>112:14, 112:18<br>**bailey**<br>115:22, 116:14,<br>117:6, 118:12,<br>118:16, 137:12,<br>137:15, 137:18<br>**base**<br>104:21, 104:23,<br>107:11, 107:13,<br>107:14<br>**based**<br>79:21, 134:24,<br>135:24, 152:23,<br>153:16<br>**basically**<br>22:13, 66:21,<br>104:14<br>**basis**<br>44:5, 64:10,<br>104:14<br>**bathroom**<br>47:11<br>**bear**<br>98:7<br>**beat**<br>76:20<br>**became**<br>16:5, 16:12,<br>17:14, 18:5,<br>24:9, 24:16,<br>39:23, 41:21,<br>85:21, 85:22,<br>86:7, 107:25,<br>108:6, 109:1,<br>109:3<br>**because**<br>5:19, 11:4,<br>28:2, 41:13, | **56:23, 57:4,**<br>58:20, 60:14,<br>61:23, 66:22,<br>71:5, 71:23,<br>77:13, 77:14,<br>79:20, 79:23,<br>87:8, 98:21,<br>114:4<br>**become**<br>23:11, 33:2,<br>34:19, 36:1,<br>36:6, 52:1,<br>53:13, 53:15,<br>95:19, 95:25<br>**becoming**<br>95:22<br>**been**<br>11:4, 16:2,<br>27:1, 31:16,<br>31:18, 32:18,<br>35:22, 35:23,<br>36:16, 45:13,<br>51:8, 54:15,<br>58:13, 59:3,<br>65:16, 67:21,<br>69:14, 69:21,<br>79:16, 87:1,<br>96:8, 102:4,<br>119:7, 119:8,<br>121:25, 125:1,<br>128:12, 128:13,<br>130:13, 136:19,<br>148:4, 148:22,<br>150:17, 150:22<br>**before**<br>1:20, 4:14,<br>5:25, 6:10,<br>12:12, 12:14,<br>23:23, 24:1,<br>37:23, 38:1,<br>38:8, 38:11,<br>38:18, 39:4,<br>41:20, 47:17,<br>60:13, 61:7,<br>61:8, 66:9,<br>73:20, 73:24,<br>80:15, 80:18,<br>81:1, 81:13, |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

161

86:7, 87:11,
96:1, 96:2,
100:20, 101:19,
101:20, 110:8,
111:13, 122:13,
122:24, 123:10,
123:19, 124:5,
124:8, 124:15,
126:20, 137:21,
138:22, 157:9
**began**
15:10, 17:3,
39:4, 126:20,
135:4
**begin**
15:13, 95:24,
96:5
**beginning**
102:23
**behalf**
3:2, 3:8, 3:17,
3:25, 3:32
**behind**
65:13
**being**
4:3, 34:4,
35:19, 36:4,
42:25, 43:2,
49:18, 49:21,
71:22, 77:11,
78:4, 81:22,
87:22, 97:21,
103:21, 110:9,
111:23, 112:24,
116:9, 116:24,
118:20, 124:7,
127:14, 128:19,
133:12, 133:18,
137:25, 139:4,
139:16, 142:16,
152:2, 154:21,
155:1
**believe**
27:25, 38:4,
46:21, 66:19,
76:17, 77:16,
77:23, 88:23,
102:19, 109:2,

109:3, 126:12,
126:14, 126:24
**believed**
41:8
**below**
53:11, 55:14
**besides**
9:1, 42:23,
56:14
**best**
6:16, 6:23,
14:9, 49:17,
69:8, 69:9
**better**
14:7, 106:3,
128:14
**between**
20:18, 20:20,
55:2, 63:24,
85:21
**bit**
30:13, 45:6,
59:13, 71:15,
101:12, 114:4,
128:22, 152:1
**board**
73:7
**bonnie**
12:19, 13:3
**book**
106:6, 106:18,
106:21, 106:22,
107:8
**both**
6:22, 45:22,
66:16, 82:7
**bought**
90:6
**break**
6:7, 6:8, 6:10,
6:11, 47:11,
47:17, 62:13,
100:1, 109:16,
114:8
**breathing**
6:7
**bring**
109:17

**bringing**
41:12
**broad**
79:24
**brought**
104:18, 109:16
**build**
104:21, 104:23
**bumped**
45:18
**bureau**
138:1, 139:5
**burke**
46:22, 46:24,
47:1, 47:2, 47:5
**bury**
31:13
**business**
126:5, 142:18
**buy**
90:5
**bypass**
132:3

---
**C**
---

**cabinet**
81:6, 81:10,
129:7, 132:5,
132:9, 133:13,
153:4, 154:22,
155:2
**cadet**
15:16, 15:18,
15:25, 16:1
**cadets**
36:15
**call**
22:1, 33:20,
56:22, 56:23,
57:5, 57:12,
57:14, 57:19,
57:24, 58:5,
62:14, 71:19,
128:23, 153:25
**called**
22:3, 32:23,
33:16, 71:5,
71:7, 71:8,

71:11, 71:13,
71:22, 71:23,
72:2, 72:5,
72:6, 72:12,
130:18
**calls**
9:1, 18:18,
136:22
**came**
28:6, 32:14,
34:22, 53:16,
65:11, 98:25,
103:20, 107:7,
109:16, 111:2,
136:1, 137:21,
138:9, 138:23,
149:18
**can**
27:14, 29:23,
38:21, 42:13,
42:20, 43:6,
43:19, 47:11,
51:11, 53:6,
59:13, 61:6,
61:8, 62:8,
62:15, 71:15,
79:19, 84:16,
86:11, 86:23,
87:5, 91:2,
96:23, 98:15,
100:1, 100:4,
100:6, 111:19,
121:16, 121:22,
124:16, 131:5,
132:25, 147:25,
148:1
**can't**
4:25, 43:7,
49:5, 141:25
**cannot**
49:7
**capacity**
16:13, 16:15,
32:3, 38:15
**captain**
23:22, 23:24,
24:2, 24:5,
24:9, 24:16,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

162

25:1, 26:18,
26:19, 27:13,
32:4, 33:4,
33:8, 33:21,
34:9, 34:20,
35:9, 47:8,
47:18, 47:20,
47:22, 48:23,
49:9, 50:15,
51:7, 51:9,
51:14, 52:6,
54:12, 57:11,
57:16, 59:11,
62:20, 63:2,
64:12, 64:16,
64:22, 66:5,
70:13, 70:17,
72:11, 74:6,
75:2, 75:9,
75:17, 75:22,
76:3, 76:7,
76:23, 77:3,
83:6, 83:17,
83:25, 84:13,
85:6, 85:14,
85:17, 86:7,
86:17, 88:15,
89:22, 90:24,
91:4, 91:11,
91:17, 91:23,
92:3, 92:18,
92:24, 93:6,
93:11, 93:17,
93:23, 94:4,
94:11, 95:2,
97:25, 98:9,
101:2, 107:19,
107:25, 108:6,
108:8, 108:20,
109:1, 109:3,
116:13, 117:22,
118:9, 119:6,
121:7, 124:17,
141:11, 145:14,
145:21, 146:11,
147:11, 148:13,
151:11, 154:17
**care**
27:22, 27:23,

41:6, 41:15,
44:14, 44:25,
65:15, 65:16,
113:5
**carnivals**
15:21
**carpenter**
13:11
**carried**
49:16, 49:19,
49:22, 56:2,
73:20, 75:1
**carrollton**
13:24, 13:25,
14:2, 14:6,
14:11, 14:18
**carry**
28:14
**carrying**
18:24, 52:25
**case**
1:7, 12:23,
31:15, 31:17,
31:19, 32:22,
33:16, 39:18,
56:23, 57:3,
57:13, 57:15,
57:19, 57:21,
57:23, 58:1,
58:5, 59:9,
59:11, 59:12,
59:16, 59:17,
59:18, 78:20,
79:14, 114:1,
114:22, 116:25,
117:7, 118:25,
119:13, 122:14,
122:19, 122:25,
123:5, 123:10,
123:19, 124:8,
124:10, 124:15,
127:20, 127:23,
128:1, 128:11,
128:12, 128:17,
132:20, 133:5,
134:13, 135:23,
147:15, 147:17,
150:25, 157:20

**case-by-case**
64:10
**caseload**
56:2
**cases**
30:24, 31:1,
31:10, 54:22,
55:5, 56:10,
56:15, 56:18,
62:19, 104:18,
119:19, 122:13,
122:24, 123:2,
123:5, 123:11,
123:20, 124:11,
127:5, 134:15
**casual**
40:5, 45:4
**caught**
28:2, 28:3,
28:18, 29:6,
38:16
**center**
3:22, 129:20
**certain**
60:15, 78:9,
85:8, 86:18,
86:22, 86:24,
87:7, 87:10,
87:12, 102:24,
137:6
**certainly**
49:12, 50:5,
60:18, 140:11
**certified**
4:4
**certify**
157:9
**chain**
21:6, 21:11,
21:20, 21:22,
32:25, 48:14,
48:15, 49:19,
49:24, 53:7,
53:8, 55:13,
64:4, 65:1,
65:8, 65:20
**chair**
148:17, 148:18

**chairs**
148:16
**change**
61:24, 82:4,
130:3
**changed**
85:25, 106:25,
138:23
**changes**
66:21, 108:19
**charge**
20:2, 26:25,
48:2, 48:5,
50:17, 72:7,
73:4, 73:14,
97:24
**charges**
63:12
**check**
54:9, 97:18,
97:23, 143:19,
146:5, 146:17,
146:22
**checked**
97:22, 146:9,
146:12
**checking**
143:24, 146:15
**chicago**
3:7
**chief**
21:5, 21:7,
23:24, 24:8,
26:5, 43:7,
44:16, 74:3,
75:8, 76:9,
76:11, 76:15,
76:19, 76:22,
96:1, 96:8,
98:19, 110:6,
110:7, 115:23,
116:12, 116:16,
124:18, 126:20,
132:11, 133:6,
138:21, 142:24,
155:10
**choice**
71:4

Transcript of Marvin Scothorn
Conducted on December 19, 2018

163

| | | | |
|---|---|---|---|
| chris | 131:13, 131:24, | comfortable | 53:17, 64:7, |
| 113:24 | 132:4, 133:6, | 82:10 | 114:18, 114:22, |
| christopher | 149:16, 149:18, | coming | 114:25, 115:1, |
| 3:27 | 153:3 | 33:20, 36:3, | 115:7, 115:8, |
| circumstance | clerks | 42:20, 131:18, | 115:10, 115:14, |
| 140:9, 146:21, | 130:19, 130:20, | 131:19, 140:23 | 115:15, 115:20, |
| 147:8, 150:13 | 130:21, 131:2, | command | 116:12, 119:22, |
| circumstances | 132:10, 143:10 | 21:6, 21:11, | 122:10, 125:2, |
| 57:18, 57:20, | cleveland | 21:20, 21:23, | 127:10, 128:9 |
| 57:23, 62:24, | 3:37 | 32:25, 47:24, | complaints |
| 65:25, 72:2, | clients | 48:1, 48:14, | 33:14, 34:6, |
| 109:18, 109:23, | 26:7, 26:8 | 48:15, 49:20, | 34:14, 36:3 |
| 111:15, 137:24, | close | 49:24, 53:7, | complete |
| 140:8, 142:1 | 97:7, 152:15 | 53:9, 55:13, | 6:24, 31:10, |
| city | coach | 64:4, 65:1, | 35:15, 89:4 |
| 1:8 | 60:7 | 65:8, 65:20, | completed |
| civic | coaching | 120:10, 122:7, | 63:10, 145:1, |
| 3:22 | 26:13, 58:18, | 124:16, 125:4, | 145:10, 145:15, |
| civil | 58:19, 59:24, | 125:9, 125:14 | 145:20, 153:7 |
| 1:16, 157:24 | 59:25, 60:9, | commander | completion |
| civilian | 60:15, 61:23 | 102:24, 103:16 | 152:20 |
| 20:16, 130:22, | cockiness | comments | complicated |
| 131:1 | 42:12, 43:1, | 119:23, 120:6, | 112:20, 112:22 |
| civilians | 43:12, 43:17, | 120:14, 120:18 | composite |
| 20:17, 130:17 | 44:1, 44:7, 44:9 | commission | 100:14, 100:15, |
| claims | cocky | 157:34 | 100:24 |
| 122:25 | 41:14, 41:18, | committed | composites |
| clarification | 41:24, 42:11, | 13:18, 59:4 | 101:4 |
| 6:17, 66:11, | 43:2 | committee | compositions |
| 87:23 | cold | 73:13, 94:17 | 42:2 |
| clarify | 29:17 | common | computer |
| 6:16, 79:19 | college | 5:13, 6:1 | 20:12, 79:21, |
| clarity | 14:21 | community | 82:10, 82:13, |
| 6:2 | columbus | 14:21 | 134:24, 135:6, |
| clark | 3:23 | competent | 135:7, 135:14, |
| 13:11, 13:12, | combination | 45:5 | 135:16, 135:24, |
| 13:14 | 32:4, 32:5 | complainant | 136:3, 136:13, |
| class | come | 64:8 | 136:18, 136:19, |
| 106:9, 106:12 | 16:20, 22:11, | complainant's | 152:23, 153:6, |
| classes | 22:24, 23:11, | 33:10 | 153:8, 153:16 |
| 14:20, 14:21 | 32:7, 32:12, | complained | computer-base |
| cleaned | 32:22, 33:6, | 33:7 | 152:11 |
| 143:9, 143:10 | 34:7, 34:13, | complaining | computerized |
| clear | 35:7, 63:19, | 51:24, 52:8, | 20:14, 22:5, |
| 5:22, 5:25, | 64:1, 127:18, | 52:12 | 22:10, 22:16, |
| 8:17, 73:10 | 136:7 | complaint | 22:21, 23:4, |
| clerk | comes | 33:6, 33:12, | 23:7, 23:12, |
| 131:6, 131:7, | 30:2, 73:4 | 33:19, 34:23, | 80:16, 80:18, |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

164

81:1, 81:14,
82:2, 82:4,
82:8, 82:17,
108:10, 113:7,
113:16
**computers**
23:15, 23:16,
82:12, 135:9,
135:25, 136:6,
136:8, 136:11,
136:15
**concluded**
156:3
**condescending**
41:23, 42:25
**condoning**
120:13
**conduct**
58:20, 69:4,
91:25, 126:3
**conducted**
48:7, 63:5,
63:6, 79:3
**conducting**
63:21, 93:25
**conduit**
55:2
**confessions**
31:3
**confidence**
43:15
**confused**
10:13
**connection**
116:1, 123:22,
135:19
**connections**
54:25
**connie**
13:6, 13:8
**consider**
23:15
**consist**
105:16, 105:19
**conspired**
112:13
**constitutional**
125:17

**consultant**
22:11, 22:15,
113:6, 113:10,
135:12
**consulted**
25:4
**contact**
53:25, 58:8,
64:5, 127:19
**contacting**
58:9, 113:3
**contest**
6:6
**continually**
73:2
**continued**
79:15, 126:23
**continuing**
111:18
**contract**
157:24
**control**
15:20, 15:23
**conversation**
4:15, 4:16,
5:20, 7:17,
41:23, 44:19,
64:24, 65:12,
92:17, 92:21,
92:23, 93:3,
93:5, 93:10,
93:16, 93:20,
93:22, 94:3,
94:9, 94:22,
94:25, 95:5,
95:7, 95:8,
116:16, 116:19,
116:21
**conversations**
9:2, 22:18,
41:11, 44:17,
94:18, 95:12,
95:14, 117:5,
119:13, 119:17
**convicted**
78:5
**conviction**
122:20, 123:5,

123:17, 124:1
**copies**
82:11, 82:18,
82:22, 84:20,
100:14, 149:24,
151:23
**cops**
41:13
**copy**
67:2, 106:12,
132:25, 133:5,
145:25, 146:18,
146:19, 147:1,
147:18, 147:19,
147:21, 148:2,
148:3, 149:1,
149:16, 153:1,
153:8, 153:9,
153:24, 154:1
**cordial**
29:9
**corporal**
55:6, 55:10,
55:12, 55:18,
55:21, 56:1,
56:9, 56:15,
62:23
**corporals**
59:7
**correction**
21:14
**correctly**
120:20, 126:19
**correspondence**
10:11
**could**
18:18, 22:24,
35:2, 35:22,
35:23, 55:2,
66:1, 68:8,
75:1, 89:3,
103:11, 104:19,
130:13, 132:17,
133:22, 144:23,
145:24, 146:4,
146:18, 146:21,
146:25, 147:1,
148:6, 148:8,

148:21, 148:22,
149:1
**couldn't**
12:23, 13:1,
58:12, 58:25,
77:12
**counsel**
5:11, 157:21
**counted**
145:23, 151:7
**county**
15:2, 15:8,
54:25, 137:20,
157:5
**couple**
28:9, 112:12
**course**
44:11, 44:21,
47:12, 47:13,
75:19, 126:5
**court**
1:1, 1:20,
4:23, 60:13,
60:23, 62:2,
62:14, 157:8,
157:15, 157:19,
157:22
**courtesy**
5:14, 6:1,
26:15
**courts**
64:7
**cover**
68:14, 104:15,
114:5
**covered**
20:9, 44:5,
54:15, 114:5
**cowboy**
96:13
**create**
24:25, 49:10,
72:25, 95:11,
121:4, 121:12,
135:10
**created**
25:9, 25:17,
72:23, 73:16,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

165

81:5, 87:12,
94:16, 142:9
**creating**
22:8, 22:10,
72:18, 72:20,
73:21, 74:1,
95:10
**creation**
119:14, 120:22
**crime**
13:19, 71:24,
72:13, 78:11,
78:14, 78:15,
88:22, 127:15,
127:25
**crimes**
16:11, 18:24,
91:12
**criminal**
79:2, 119:19,
122:12, 123:4,
123:16, 123:22,
125:4
**cross-examination**
1:15, 4:6,
113:22, 137:1
**crowd**
15:20
**cruiser**
16:9, 53:23
**curious**
66:3
**current**
139:4
**curriculum**
104:8, 104:12,
104:21, 104:24,
105:13, 105:15,
105:18, 106:2,
106:4, 106:6,
106:13, 106:25,
107:4, 107:7
**custodial**
142:25
**custom**
121:3, 121:11
**cut**
61:17

**cx**
2:5

**D**

**d**
157:24
**dad**
44:17
**dad's**
43:7, 44:16
**dangerous**
18:19
**data**
153:11
**database**
154:1
**date**
113:18
**david**
46:22, 46:24
**day**
16:19, 17:23,
138:22, 144:24,
148:21, 157:27
**day-to-day**
50:11, 53:12,
98:20
**days**
16:18, 17:22,
19:13, 29:18,
42:8, 138:8,
138:22
**dayton**
1:19, 3:31,
38:4
**deal**
52:3, 64:9,
134:17
**dealt**
77:14
**dean**
1:5, 11:9,
11:22, 11:25,
12:2, 12:15,
12:19, 13:6,
13:13, 13:18,
99:2, 99:7,
116:1, 116:14,

116:17, 116:23,
117:7, 117:11,
118:3, 118:8,
118:13, 118:21,
118:24, 119:13,
119:24, 122:13,
122:19, 122:25,
123:10, 123:19,
123:25, 124:5,
124:15, 127:17,
135:19
**december**
1:19
**decide**
71:1, 71:2
**decided**
110:2, 132:20,
138:21
**deck**
148:18
**deep**
36:24
**deeply**
111:13
**defendant**
1:14, 3:8,
3:17, 3:25,
3:32, 4:3,
128:17
**defendants**
1:10, 11:5,
140:20
**defense**
139:16, 140:4
**defined**
157:24
**definition**
57:2
**department's**
11:8, 28:14,
29:3, 77:7,
82:4, 83:4,
84:24, 93:6,
93:11, 93:24,
94:5, 94:11,
94:23, 95:3,
143:13
**departmental**
72:23

**departments**
21:24, 32:11,
55:3, 72:25
**departure**
109:19, 109:23,
110:8, 110:15,
110:24, 111:9
**depend**
57:20, 152:11
**depending**
56:19, 58:1,
62:24, 78:20,
125:21, 145:1
**depends**
68:8, 148:20
**deposition**
1:13, 7:4, 7:7,
7:25, 8:19, 9:6,
9:21, 11:1,
58:21, 60:8,
115:18, 137:6,
155:17, 156:3,
157:10, 157:13,
157:15, 157:17
**describe**
29:8, 29:14,
30:15, 40:4,
40:16, 40:21,
41:3, 41:4,
41:5, 41:17,
42:10, 43:1,
43:6, 43:15,
43:24, 45:3,
66:7, 89:1,
102:21, 103:15,
106:4
**described**
43:20
**description**
49:4, 49:6
**desk**
148:17, 148:19,
149:2
**despite**
121:1, 136:6
**destroyed**
127:13
**destroying**
123:21, 124:3,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

166

128:8, 128:11
**detailed**
48:23, 49:16
**details**
15:20, 28:7,
86:19, 106:24
**detectives**
52:20, 53:1,
55:5, 56:10,
56:16, 57:25,
58:8, 62:19,
63:24, 64:14,
71:12, 88:12,
88:20, 88:23,
89:23, 90:10,
90:20, 91:12,
92:6, 92:7,
93:1, 98:8,
107:17, 107:23,
132:3, 144:17,
145:6, 145:7,
145:8, 145:14,
145:19, 149:8,
151:23
**deters**
3:11, 10:8,
14:14, 63:13,
65:4, 115:4,
117:16, 140:19,
140:20, 153:21,
155:20
**develop**
142:4
**didn't**
10:24, 13:3,
25:23, 27:3,
31:7, 31:19,
33:15, 35:15,
41:6, 41:8,
41:15, 42:5,
43:13, 44:14,
44:18, 44:25,
50:3, 50:12,
51:1, 51:22,
54:8, 60:18,
63:16, 64:4,
64:11, 68:14,
73:1, 92:10,

97:20, 98:20,
99:15, 106:24,
110:10, 113:18,
117:10, 117:14,
130:3, 132:6,
136:6, 145:22,
146:17, 150:13,
150:14, 151:7,
151:13, 151:15
**differ**
17:18
**difference**
61:20, 115:12
**different**
10:14, 61:23,
70:12, 134:15,
148:20
**differentiation**
152:8
**dig**
36:24, 39:18
**diligent**
39:17
**dipietro**
3:8, 37:2,
37:4, 37:8,
40:3, 40:4,
40:10, 140:21
**direct**
35:16, 64:5,
111:22, 119:2
**directed**
116:13
**directly**
24:8, 24:15,
51:22, 56:21,
58:8, 73:3,
77:14, 92:10,
111:23, 151:7
**director's**
22:3
**disagreed**
41:11
**disagreements**
40:15
**disappointments**
32:13, 32:15
**disciplinary**
75:1, 111:3

**discipline**
74:8, 74:11,
74:12, 74:17,
74:21, 74:22,
75:7, 75:10,
75:13, 76:9,
76:12, 76:23
**disciplining**
74:13, 111:2,
124:20, 125:6,
125:8
**discovered**
125:15, 126:4
**discovery**
60:12, 77:3,
77:8, 77:18,
77:25, 84:1
**discuss**
67:5, 92:18,
93:24, 94:5,
94:11
**discussed**
7:9, 7:11,
29:20, 36:2,
36:4, 62:25,
63:4, 85:16,
92:24, 93:6,
94:23, 95:2,
95:21, 108:9,
108:12, 108:16,
113:6
**discussing**
35:25, 69:21,
101:3, 101:5
**dispatch**
19:24, 20:10,
20:11, 20:19,
20:21, 21:24,
23:18, 24:11,
32:21, 35:23,
52:4, 129:20
**dispatchers**
19:24
**disposed**
73:16
**disproved**
31:1
**dispute**
60:13

**disseminated**
104:12, 105:6,
105:14, 105:15,
106:5, 106:18,
106:23, 107:8
**distributed**
104:9
**district**
1:1, 1:2
**dive**
111:13
**division**
1:3, 19:21,
22:2, 138:1
**document**
69:12, 150:4
**documentation**
146:14
**documented**
67:20, 67:22,
67:24, 69:15,
69:21, 70:2,
70:4
**documents**
7:9, 9:15,
9:20, 9:23,
9:25, 10:2,
10:4, 10:21,
10:25, 12:9,
72:25, 73:1
**does**
4:20, 73:9,
88:3, 130:10,
140:11
**doesn't**
42:12, 49:18,
49:22, 61:24,
86:1, 140:11
**doing**
18:23, 19:13,
28:5, 50:6,
51:25, 53:23,
54:1, 63:8,
68:22, 68:25,
82:13, 92:13,
135:14, 135:15,
148:21, 153:5
**domestic**
103:2

Transcript of Marvin Scothorn
Conducted on December 19, 2018

167

| | | | |
|---|---|---|---|
| **done** | 70:10, 89:20, | 43:1, 55:5, | **ensuring** |
| 31:17, 35:13, | 106:7, 142:8, | 56:9, 56:12, | 52:24, 63:4 |
| 35:14, 35:18, | 147:16, 147:17 | 56:14, 76:24, | **entered** |
| 83:11, 101:21, | **earlier** | 78:15, 95:1, | 14:14, 65:4, |
| 103:21 | 35:11, 43:20, | 105:2, 113:21, | 71:16, 117:16, |
| **dont** | 51:18, 62:25, | 133:4, 151:17 | 155:20 |
| 45:24 | 63:23, 64:24, | **employee** | **entire** |
| **door** | 72:17, 79:20, | 72:22, 115:22, | 79:12 |
| 33:5, 34:12, | 91:10, 94:23, | 120:5, 124:2, | **entirely** |
| 36:2 | 112:1, 113:6, | 124:19, 125:6, | 35:2, 136:11, |
| **dowd** | 115:24, 120:21, | 125:8, 125:15, | 138:13 |
| 1:18, 3:29 | 126:15, 132:20, | 126:3, 126:4, | **established** |
| **down** | 137:5, 150:12 | 157:21 | 22:5 |
| 28:11, 32:24, | **early** | **employee's** | **et** |
| 53:22, 64:4, | 76:17, 96:10, | 125:5, 126:5 | 1:9 |
| 88:21, 89:3 | 113:19, 115:3 | **employees** | **ethical** |
| **downloaded** | **easiest** | 20:15, 66:12, | 48:7, 63:5, |
| 153:7 | 43:5 | 121:2, 122:14, | 63:6 |
| **downstairs** | **easily** | 122:20, 127:11, | **even** |
| 52:13 | 145:24 | 151:8 | 23:15, 30:8, |
| **drive** | **ed** | **employment** | 41:20, 57:24, |
| 3:22, 153:8, | 76:13, 76:14, | 14:19 | 58:25, 82:16, |
| 154:1 | 76:18, 76:21 | **encourage** | 95:16, 135:13, |
| **driving** | **education** | 112:6, 112:9, | 153:20 |
| 53:22 | 14:19 | 112:17 | **event** |
| **drove** | **effort** | **end** | 29:20, 29:24, |
| 16:9 | 119:23, 120:7, | 31:16, 102:24, | 30:3, 55:24 |
| **duly** | 120:14, 135:15 | 144:21 | **events** |
| 4:3, 157:11 | **eight-hour** | **ended** | 11:13, 29:19, |
| **duplication** | 16:20 | 17:8, 17:9, | 110:16, 138:10 |
| 135:15 | **either** | 95:15 | **eventually** |
| **duties** | 12:18, 13:13, | **endurance** | 130:23 |
| 17:17, 17:19, | 13:17, 26:11, | 6:6 | **ever** |
| 18:6, 18:20, | 60:24, 91:1, | **enforcement** | 6:6, 11:25, |
| 18:25, 24:14, | 118:18 | 10:20, 28:15, | 12:2, 40:14, |
| 48:22, 52:6, | **eleven** | 29:3, 48:18, | 41:25, 45:13, |
| 71:3, 97:17 | 15:4 | 77:1, 78:2, | 46:15, 46:19, |
| **duty** | **eliminate** | 78:25, 102:14, | 46:24, 47:5, |
| 52:18, 79:1, | 24:10 | 104:2, 144:1, | 49:6, 53:21, |
| 84:20, 121:9, | **eliminated** | 149:7 | 64:17, 64:20, |
| 121:25 | 85:24, 134:12, | **enforcing** | 69:11, 71:8, |
| **dx** | 134:19, 150:22, | 49:13 | 71:10, 72:9, |
| 2:5 | 150:25 | **engaging** | 74:7, 74:12, |
| **E** | **eliminating** | 121:3 | 74:13, 75:10, |
| **e-mails** | 150:14 | **enough** | 76:8, 77:11, |
| 10:17 | **else** | 73:10, 149:12 | 77:14, 77:16, |
| **each** | 9:6, 26:24, | **ensure** | 77:23, 85:11, |
| 6:3, 67:13, | 27:7, 34:7, | 63:6, 151:12 | 85:18, 88:13, |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

168

89:19, 90:9,
90:16, 90:25,
91:15, 91:24,
92:16, 92:20,
92:22, 93:2,
93:4, 93:9,
97:20, 99:10,
99:18, 100:19,
100:22, 100:23,
101:3, 101:15,
101:18, 101:19,
101:22, 102:4,
115:24, 116:5,
116:8, 116:16,
118:23, 119:16,
121:10, 122:2,
122:6, 127:18,
140:7, 140:8,
141:7, 141:12,
143:19, 143:23,
146:5, 147:6,
149:4, 149:5,
149:6
**every**
104:2
**everybody**
61:4, 82:9,
98:19
**everybody's**
73:9
**everyone**
44:16, 46:12,
106:11
**everything**
4:22, 27:2,
27:4, 54:9,
103:21
**evidence**
78:3, 78:4,
78:14, 78:17,
78:24, 93:12,
93:18, 122:13,
122:16, 122:22,
123:13, 123:22,
124:3, 127:14,
127:15, 127:16,
127:22, 128:1,
128:9, 128:11,

129:8, 153:2
**ex-wife**
113:3
**exactly**
20:10, 27:2,
27:4, 28:7,
59:1, 77:12,
103:7, 134:16
**examination**
62:13, 157:18
**example**
10:19, 14:3,
132:18
**examples**
103:10
**excellent**
39:15
**except**
24:6, 98:19,
142:16
**exculpatory**
122:15, 122:22,
127:13, 128:4
**exercises**
6:8
**exhibit**
100:9, 100:13,
101:6, 101:15,
101:16
**exhibits**
2:11
**exist**
24:2, 55:21
**existed**
55:22, 86:24,
86:25, 87:11
**existing**
23:1, 88:7
**exists**
86:1
**exited**
10:8, 63:13,
68:10, 115:4,
153:21
**experience**
104:25, 120:21,
125:13, 134:10,
139:24

**expertise**
103:9, 104:20
**expires**
157:34
**explain**
77:6, 121:22
**explained**
22:13
**explaining**
150:22
**explanation**
42:11
**extent**
12:5, 68:14,
139:23
**extenuating**
57:23, 72:1
**extra**
144:24, 152:16
**eye**
97:7
**eyewitnesses**
120:7, 120:18

**F**

**fabricated**
123:13
**face-to-face**
8:1, 8:14
**fact**
28:23, 35:15,
41:12, 50:21,
86:23, 86:24,
112:15, 115:9,
121:1, 139:20
**faculty**
102:5, 102:11,
102:17, 105:3,
105:9, 105:19
**fair**
128:16, 134:8,
149:12
**fairly**
103:4
**familiar**
23:12
**far**
73:11, 137:15,

139:1, 139:3,
144:24
**farther**
73:11
**father**
39:8, 39:9,
41:11
**favorable**
127:14
**february**
157:28
**federal**
125:17
**feel**
6:17, 110:10
**felt**
51:24, 75:6,
110:10
**few**
10:10, 12:5,
12:7, 137:3,
141:3, 151:18
**figured**
28:10, 30:14
**file**
67:23, 79:14,
80:20, 81:5,
81:6, 81:10,
82:22, 124:12,
124:13, 131:8,
131:14, 131:24,
132:4, 133:1,
133:5, 133:7,
145:5, 146:20,
153:14, 154:21
**filed**
11:4, 12:15,
79:17, 80:6,
80:10, 80:14,
80:21, 80:22,
81:1, 81:15,
81:22, 82:14,
114:22, 115:8,
115:9, 115:11,
128:17, 132:23,
134:20, 146:2,
150:14, 150:15,
150:17, 150:18,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

169

151:2
**files**
124:7, 124:12
**filing**
12:11, 12:12,
12:13, 82:18,
128:24, 129:7,
132:5, 132:8,
133:13, 153:3,
155:1
**filled**
55:15
**filling**
55:23
**finally**
126:25
**financial**
157:23
**find**
28:10, 31:2
**fine**
7:12, 60:3,
62:3, 62:15,
137:23
**finish**
42:20, 144:24
**finished**
79:11, 100:17,
143:17, 143:21,
153:6
**firm**
139:10, 157:23
**first**
4:3, 36:12,
42:21, 71:19,
97:7, 97:15,
100:14, 108:9,
112:5, 115:10,
115:15, 128:18,
135:24, 139:19,
143:12, 144:4,
144:19, 151:25,
157:11
**fit**
41:8, 55:12
**five**
19:13, 21:12
**floor**
3:6

**focusing**
114:17
**folder**
133:19
**follow**
62:9, 125:23
**follow-up**
141:3
**followed**
21:7, 151:8
**following**
150:24, 151:16
**follows**
4:5
**fond**
96:24
**force**
97:8
**foregoing**
157:13
**forgive**
87:22
**form**
43:3, 48:9,
96:20, 97:9,
98:10, 107:7,
108:22, 109:8,
124:19, 134:3,
136:9, 136:21,
138:12, 139:13,
140:12, 153:17
**format**
135:10
**forth**
1:17, 5:9,
5:25, 6:9
**found**
28:10, 28:22,
35:14, 138:15
**foundation**
84:5, 88:16,
109:9
**four**
20:15, 21:14,
24:20, 33:25,
34:1, 57:8,
100:14, 130:14
**franklin's**
3:36

**free**
6:17, 87:23
**frequently**
40:6, 48:19
**friendly**
29:9, 40:8
**friends**
36:17
**fritz**
24:24, 27:7,
27:9, 27:12,
27:18, 27:21,
27:25, 28:4,
28:19, 29:6,
29:9, 29:15,
29:22, 30:1,
30:16, 31:5,
31:8, 31:20,
31:21, 32:1,
32:7, 32:15,
33:3, 33:7,
33:20, 34:5,
34:8, 34:19,
34:23, 35:8,
36:1, 36:7,
101:22, 109:16,
109:18, 109:23,
110:8, 110:15,
110:16, 110:24,
111:5, 111:8,
111:14, 112:2,
112:6, 112:9,
112:17, 115:22,
116:13, 116:22,
138:4, 138:7,
138:8, 138:22,
139:1, 139:8,
139:16
**from**
8:10, 10:2,
10:17, 10:18,
10:19, 10:25,
11:8, 12:7,
14:1, 14:11,
14:18, 17:18,
28:20, 29:19,
30:5, 30:7,
33:12, 33:14,

33:19, 34:4,
34:5, 35:21,
35:23, 38:5,
42:7, 42:14,
42:24, 42:25,
44:8, 47:20,
55:4, 55:23,
56:8, 56:13,
57:5, 57:6,
57:7, 57:14,
58:19, 59:10,
64:7, 64:8,
66:19, 68:6,
69:1, 69:17,
72:25, 76:21,
77:8, 78:2,
78:13, 88:5,
89:7, 89:13,
91:1, 94:22,
102:19, 104:18,
109:16, 109:19,
109:23, 110:24,
111:9, 111:15,
118:16, 120:20,
124:7, 124:12,
125:23, 126:9,
131:1, 135:4,
135:12, 137:25,
140:3, 144:22,
146:13, 148:2,
148:5, 151:24,
154:21, 155:1
**front**
5:15, 149:18
**full**
78:22
**full-time**
19:9, 19:11,
19:14
**fully**
134:16
**function**
22:12
**functioned**
23:8
**functions**
28:15, 29:3,
32:2, 109:6,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

170

109:7
**further**
31:14, 144:7,
152:1
**furthering**
14:19

**G**

**games**
45:10
**gary**
24:18, 115:22,
116:14, 117:6,
118:11, 118:16,
137:12, 137:18
**gathered**
113:1
**gave**
43:11, 107:22,
149:16, 152:16
**general**
118:3
**generally**
39:18, 71:4,
72:7, 79:24,
96:19, 103:8
**generate**
136:20
**generated**
135:6, 135:19,
136:4, 136:5,
136:14, 136:18
**generic**
103:4, 103:6
**genetic**
127:16, 128:4
**genuine**
36:25, 46:11
**get**
10:13, 30:12,
31:3, 31:13,
36:24, 42:9,
46:11, 50:3,
50:12, 51:1,
51:19, 52:9,
53:11, 53:16,
56:23, 57:5,
57:14, 60:13,

60:22, 62:2,
72:24, 98:20,
113:2, 119:24,
132:16, 132:17,
132:23, 132:25,
134:19, 138:9,
142:5, 143:9,
147:1, 147:21,
150:14
**getting**
28:20, 33:13,
35:17, 79:22,
79:25, 80:1,
112:2, 151:23
**gillispie**
1:5, 11:9,
11:22, 11:25,
12:3, 12:16,
12:19, 13:6,
13:13, 13:18,
99:2, 99:7,
116:1, 116:14,
116:18, 116:23,
117:7, 117:11,
118:3, 118:8,
118:13, 118:21,
118:25, 119:13,
119:24, 122:14,
122:19, 122:25,
123:10, 123:20,
124:5, 124:8,
124:10, 124:15,
127:18, 135:20,
139:17, 140:15
**gillispie's**
123:4, 123:15,
124:1
**give**
5:25, 7:3,
57:12, 57:19,
59:13, 130:11,
131:23, 132:24
**given**
60:14, 106:12,
129:6, 133:17,
146:19, 147:19,
157:13
**giving**
5:17, 5:21,

6:24, 78:15,
157:10
**gm**
115:22
**go**
12:20, 26:2,
31:14, 42:17,
42:20, 47:11,
50:8, 52:13,
54:15, 56:21,
60:10, 64:2,
64:3, 64:11,
65:25, 73:7,
73:11, 78:11,
80:5, 92:19,
100:2, 100:4,
100:6, 104:3,
121:14, 132:21,
133:6, 145:4,
146:1
**goals**
106:9
**goes**
133:1
**going**
5:15, 6:2,
10:12, 14:5,
14:9, 22:12,
25:24, 39:25,
40:3, 42:6,
54:10, 59:23,
61:11, 61:16,
61:17, 62:14,
64:6, 87:25,
95:11, 97:18,
98:17, 106:11,
110:13, 111:17,
114:17, 117:2,
126:17, 133:2,
135:10, 138:24
**gone**
28:11, 79:16,
81:7, 113:5
**good**
4:8, 4:9, 4:21,
14:3, 29:18,
30:18, 30:22,
31:4, 35:17,

36:22, 36:23,
37:15, 37:17,
40:7, 40:13,
42:8, 45:6,
140:25, 151:16
**got**
34:16, 39:18,
44:14, 51:5,
132:18, 135:8,
148:3
**governing**
83:15, 84:1,
84:11, 85:4,
85:12, 85:19,
86:4, 86:15,
88:7, 91:6
**graduate**
14:1, 14:22
**graduated**
14:7, 14:11,
14:17, 42:7
**gray**
3:9, 39:19,
39:21, 45:2,
45:3, 140:21
**great**
4:23, 26:12,
62:18
**ground**
4:16, 4:19
**group**
30:9, 92:12,
113:1
**grow**
13:23, 38:5
**guarantee**
132:23
**guess**
25:19, 26:10,
43:5, 61:4,
61:5, 62:4,
71:22, 118:2,
149:3
**guides**
105:19
**guy**
20:12, 40:13,
45:7, 46:11,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

171

54:1
**guys**
44:13

---

**H**

---

**had**
7:8, 7:24,
15:20, 15:23,
20:13, 20:14,
21:6, 22:11,
22:19, 23:2,
24:6, 25:16,
28:8, 28:11,
28:21, 30:4,
33:5, 33:6,
34:12, 35:16,
37:10, 38:8,
40:14, 41:10,
42:12, 43:17,
44:1, 44:5,
44:10, 44:17,
44:25, 50:9,
51:21, 52:2,
52:3, 54:5,
55:6, 59:4,
59:7, 65:10,
66:20, 68:20,
70:18, 72:22,
73:7, 73:12,
74:10, 75:4,
75:7, 78:2,
78:8, 79:1,
83:11, 87:17,
88:21, 91:11,
95:10, 95:12,
97:1, 97:5,
103:3, 104:15,
105:20, 105:21,
106:8, 111:22,
112:2, 112:13,
112:18, 113:7,
114:21, 116:4,
116:22, 117:6,
121:8, 121:23,
123:12, 125:15,
126:15, 128:4,
128:18, 130:2,
132:7, 132:10,

132:11, 132:14,
132:21, 133:17,
133:18, 135:12,
135:17, 138:4,
138:7, 138:19,
138:23, 138:25,
139:22, 142:4,
142:19, 155:11
**half**
9:13, 17:2,
106:7, 106:18
**hand**
129:15, 148:3,
153:1, 157:27
**handed**
106:2, 131:6
**handing**
100:13, 101:14,
153:14
**handled**
30:24
**handouts**
105:16
**handwritten**
88:13, 129:4,
129:16, 130:7,
130:10, 131:22,
135:5
**hang**
144:23
**happen**
99:15, 113:18
**happened**
31:15, 99:17,
116:5, 117:20,
147:7
**happenstance**
54:3
**hard**
37:16, 39:16,
153:8, 154:1
**hardcopy**
23:1, 135:15
**has**
7:16, 11:4,
52:14, 54:14,
68:9, 134:12,
136:3, 150:22,

157:23
**haven't**
40:19
**having**
42:24, 42:25,
44:8, 69:5,
83:10, 86:14,
92:16, 92:20,
92:22, 93:2,
93:4, 93:9,
93:15, 93:20,
93:22, 94:3,
94:9, 96:12,
99:18, 110:12,
116:16, 119:13,
119:16, 122:2,
122:7
**he's**
10:13, 25:24,
36:22, 36:23,
36:25, 37:16,
61:25, 87:16,
98:17, 114:5
**hear**
7:15, 38:25,
61:16
**heard**
42:1, 65:10,
65:21, 65:23,
112:17, 121:23,
126:19, 128:18,
139:20, 140:7,
140:9
**hearing**
111:3, 111:6,
111:23
**help**
20:13, 22:12,
42:13, 54:24,
72:25, 89:7,
96:5
**helped**
15:19, 30:9
**helping**
49:10
**her**
73:14, 113:4,
147:18, 149:14,

157:16
**here**
4:23, 7:7,
11:4, 13:24,
42:6, 61:5,
82:2, 115:18,
137:14
**here's**
42:15, 42:24,
44:7, 46:5,
52:17, 56:13,
57:13, 65:17,
68:19, 90:17,
106:3, 109:2,
146:9, 146:10,
149:5, 149:22
**hereby**
157:9
**herein**
1:14, 4:3
**hereinafter**
1:17, 4:4
**hereunto**
157:26
**herman**
2:7, 3:27,
48:9, 70:15,
77:20, 78:7,
78:18, 79:6,
79:18, 79:23,
80:2, 80:8,
81:18, 82:24,
83:8, 83:20,
84:4, 84:15,
86:8, 87:3,
89:15, 89:25,
92:8, 98:13,
99:23, 100:1,
100:4, 107:10,
108:3, 108:22,
109:8, 110:19,
113:23, 113:24,
115:6, 116:10,
117:18, 121:21,
124:25, 125:25,
130:4, 133:10,
134:1, 134:4,
136:17, 136:24,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

172

141:16, 144:15,
147:23, 151:18,
151:21, 153:23,
155:4
**hey**
53:25, 57:25,
65:13
**high**
14:1, 14:2,
14:6, 14:12,
14:18, 15:1,
42:7
**him**
7:11, 12:4,
12:8, 22:13,
22:19, 24:21,
25:23, 26:10,
28:2, 28:7,
28:8, 28:9,
29:12, 29:13,
30:15, 31:11,
32:23, 35:12,
37:7, 38:8,
38:24, 39:10,
40:15, 40:19,
41:6, 41:12,
41:15, 45:1,
45:14, 45:16,
45:18, 45:19,
60:9, 60:16,
60:20, 60:25,
61:3, 61:5,
61:7, 61:9,
61:17, 61:21,
61:23, 62:12,
79:19, 96:25,
97:7, 97:17,
97:20, 97:23,
109:17, 110:1,
110:4, 110:12,
111:23, 136:20,
137:22, 137:25,
138:15, 138:21,
138:22, 138:25
**himself**
66:13
**hinder**
28:13

**hire**
138:22
**hired**
22:11
**his**
30:17, 31:23,
32:1, 32:2,
32:13, 33:13,
33:15, 37:10,
37:13, 39:7,
39:13, 41:11,
41:15, 41:22,
43:14, 43:15,
44:6, 44:17,
46:8, 52:25,
53:25, 56:2,
57:4, 61:11,
61:16, 61:24,
76:20, 83:22,
87:14, 97:17,
97:18, 110:8,
111:9, 111:19,
116:22, 117:6,
118:24, 122:20,
123:16, 135:24,
137:16, 137:19,
138:9, 138:14,
138:23, 147:18,
149:14, 152:3,
157:18
**history**
138:19
**hold**
38:24, 148:2
**homicide**
56:20, 57:22,
71:6, 71:25
**hostile**
29:24, 40:8
**hot**
29:17
**hour**
9:13
**hours**
28:10, 142:18
**how**
4:12, 8:5,
8:12, 9:11,

15:3, 15:25,
16:16, 16:21,
16:24, 17:21,
17:25, 19:5,
19:14, 20:7,
22:9, 22:12,
22:14, 23:7,
23:12, 23:17,
25:24, 26:17,
29:8, 29:14,
30:15, 32:6,
33:2, 34:7,
35:7, 36:11,
36:14, 36:18,
36:23, 37:4,
37:13, 37:21,
38:1, 39:21,
40:3, 40:16,
40:21, 41:3,
42:2, 44:14,
45:2, 53:19,
63:5, 63:19,
67:16, 67:24,
77:6, 78:15,
82:3, 85:17,
88:19, 92:4,
92:18, 92:24,
95:15, 97:18,
102:16, 104:23,
106:10, 107:17,
112:22, 119:17,
129:24, 135:10,
139:25, 143:8,
145:17, 145:18,
148:12, 151:4
**human**
133:18
**hurley**
1:20, 157:7,
157:32

---
**I**
---

**i'll**
6:10, 26:14,
58:19, 62:16,
101:11, 114:14,
117:1, 117:9,
128:23

**i've**
12:4, 12:9,
12:10, 27:1,
31:16, 31:17,
37:7, 40:14,
45:16, 83:10,
84:9, 140:9
**idea**
89:17
**identification**
100:10, 101:7
**identified**
2:12
**identify**
119:18, 119:24,
120:8, 120:14,
120:18, 123:2,
123:7
**illinois**
3:7
**imagine**
5:8, 141:25
**immature**
45:6, 45:8
**immediately**
138:15
**impact**
149:12
**impair**
28:13
**impairs**
58:20
**implement**
108:1, 113:7,
113:16
**implementation**
81:13, 82:1,
82:3, 82:16,
108:10
**implemented**
80:16, 80:19,
81:2, 82:12
**important**
31:11
**impressions**
46:8
**improper**
60:19, 61:14,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

173

61:19
**improve**
106:14
**improvement**
109:5
**in-person**
9:4
**inadvertently**
109:15
**inappropriate**
53:24, 63:10
**inception**
102:19
**inch**
89:23, 91:2,
91:7, 91:16,
106:18
**inches**
106:7
**incident**
141:18, 148:1
**inclination**
25:8, 25:16
**include**
52:3
**included**
48:6, 48:12,
110:5
**including**
113:3, 152:23
**independent**
11:12, 11:16
**index**
2:1
**indicate**
31:8
**indicia**
54:6
**individual**
140:5
**individuals**
49:24, 112:12,
113:1
**inform**
121:9, 121:25
**information**
2:17, 12:23,
13:8, 13:16,

13:20, 22:25,
89:4
**informed**
33:2, 34:5
**initial**
79:12, 80:20,
80:22, 81:1,
81:4, 81:16,
81:23, 84:20,
84:24, 85:5,
85:13, 85:19,
86:5, 86:16,
88:8, 89:8,
94:6, 94:12,
94:24, 95:4,
124:7, 129:2,
131:8, 133:21,
142:13, 143:14,
143:18, 143:21,
144:2, 144:3,
144:21, 149:24,
150:5, 151:12,
152:3, 152:13,
152:14, 152:24,
153:2, 153:10,
154:21
**initially**
15:1, 130:22,
135:13
**initiate**
125:20
**inserted**
67:22
**inspect**
103:21
**inspection**
103:19, 103:24
**inspector**
103:20
**instance**
76:1, 81:21,
83:11, 124:16,
133:12, 134:18,
147:8, 150:4,
154:19, 154:24
**instances**
78:10, 120:3,
122:19, 124:2,

124:6, 124:11,
125:7, 132:2,
133:14
**instead**
58:8, 124:20,
125:7
**instruct**
106:12
**instructed**
5:10
**instructing**
26:6, 26:8
**instructor**
102:23, 103:1,
103:2, 105:10,
105:22
**insult**
102:1
**insuring**
48:6
**intended**
102:1
**interact**
111:5
**interacted**
32:10, 111:8
**interactions**
99:19, 110:23
**interest**
157:23
**interested**
37:17, 68:15,
110:12, 138:20
**internationally**
85:23, 87:8
**interrogation**
92:1
**interrupt**
5:16, 5:18, 6:3
**interrupted**
14:4
**interview**
91:25, 119:18
**into**
10:13, 22:25,
30:12, 34:16,
34:22, 36:24,
39:18, 45:18,

50:10, 78:21,
111:14, 127:18,
133:19, 153:7,
157:16
**intuitive**
14:8
**investigate**
54:24, 58:3,
116:14, 116:17,
125:22
**investigated**
16:11, 139:4,
141:8, 141:12,
141:13, 141:21
**investigating**
18:23, 59:15,
59:17, 71:6,
133:4, 139:10
**investigation**
11:9, 11:14,
11:17, 11:20,
28:5, 28:6,
28:16, 29:4,
36:24, 63:9,
63:11, 71:9,
71:11, 72:14,
89:5, 99:3,
99:8, 116:2,
116:23, 117:6,
118:4, 118:8,
118:13, 118:21,
118:24, 121:5,
123:13, 123:16,
123:23, 124:1,
124:3, 124:6,
125:21, 127:5,
127:18, 135:20,
140:6, 143:18,
143:22, 144:7
**investigations**
26:23, 48:7,
63:5, 63:7,
63:22, 79:2,
88:14, 88:22,
119:25, 126:3
**investigative**
70:19, 70:23,
71:13, 124:12

Transcript of Marvin Scothorn
Conducted on December 19, 2018

174

investigator
30:18, 30:22,
30:23, 31:4,
36:22, 39:16,
140:5
investigatory
70:19, 109:7
involve
51:22
involved
11:19, 34:17,
41:20, 50:3,
50:4, 50:12,
51:1, 51:5,
51:19, 52:1,
52:9, 53:11,
53:14, 53:16,
60:13, 60:23,
62:2, 77:11,
78:10, 98:20,
111:24, 113:4,
113:5, 116:24,
125:21, 132:19,
139:22
involvement
30:4, 30:6,
74:4, 111:22,
116:22, 139:3
involving
30:1, 123:19,
123:20
issue
51:1, 51:6,
51:18, 51:23,
52:11, 52:13,
75:16, 75:21
issued
104:22
issues
52:2, 52:7
issuing
75:10, 76:2
it's
6:1, 14:5,
14:8, 26:2,
35:11, 39:7,
44:25, 58:13,
59:3, 60:3,

60:19, 61:23,
65:16, 76:5,
87:1, 94:18,
113:5, 122:10,
125:1, 133:16,
133:21, 133:25,
149:3
its
90:10, 102:19,
104:6, 109:5,
109:6, 113:7,
142:5

J

jackie
3:19
james
21:5, 126:20,
155:10
jamie
1:20, 157:7,
157:32
janitor
143:2, 143:5
jeffrey
3:33
jewell
3:19, 7:10,
8:16, 9:16,
10:12, 12:20,
25:2, 25:10,
25:19, 25:23,
26:2, 26:9,
27:14, 34:24,
38:21, 38:24,
42:17, 48:10,
50:7, 50:24,
51:11, 53:3,
54:14, 58:15,
59:21, 59:25,
60:3, 60:9,
60:16, 60:20,
60:24, 61:3,
61:10, 61:15,
61:20, 61:24,
62:3, 62:6,
62:15, 66:9,
69:22, 74:9,

77:19, 78:6,
79:5, 80:9,
81:3, 81:17,
82:25, 83:21,
84:3, 84:14,
85:7, 86:9,
87:1, 87:14,
89:9, 89:16,
92:9, 97:10,
98:12, 98:16,
99:9, 99:21,
101:8, 101:11,
101:23, 107:20,
109:10, 111:17,
121:14, 130:1,
133:9, 140:25,
141:24, 142:20,
144:5, 147:22,
155:6, 155:16,
155:22
jim
38:3
job
30:19, 31:5,
31:23, 32:2,
32:8, 33:3,
34:5, 34:8,
34:9, 34:20,
37:14, 48:17,
49:3, 49:6,
50:6, 50:20,
51:25, 64:18,
64:20, 66:22,
72:10, 96:4,
97:19, 138:9
john
3:8, 37:2,
37:4, 37:5,
40:5, 40:11,
59:16, 65:13
john's
37:15, 40:13
joined
38:9, 38:12,
38:18, 97:8,
97:15
joining
97:2, 97:6

joke
45:9
jon
140:20
jonathan
3:11
judgment
12:24, 13:1
june
135:23, 136:4
just
4:15, 4:18,
5:1, 5:2, 5:13,
6:7, 6:15, 7:11,
8:16, 8:19,
19:21, 20:17,
22:23, 24:14,
25:5, 25:15,
25:25, 26:13,
30:19, 31:7,
31:23, 38:25,
41:8, 41:9,
41:22, 43:14,
44:4, 44:13,
44:25, 45:25,
49:16, 51:6,
54:17, 56:12,
58:15, 58:18,
58:19, 59:13,
59:14, 60:5,
61:22, 62:7,
65:12, 66:1,
66:10, 66:21,
85:16, 86:13,
87:25, 88:20,
91:20, 99:13,
106:3, 111:18,
112:15, 114:14,
132:4, 137:3,
140:22, 143:17,
145:3, 145:23,
147:6, 149:13,
153:20

K

kasson
8:18, 8:23,
9:1, 9:2

Transcript of Marvin Scothorn
Conducted on December 19, 2018

175

**kay**
2:8, 3:33,
42:19, 43:3,
55:7, 68:10,
71:16, 84:5,
88:16, 96:15,
96:20, 97:9,
98:10, 137:2,
138:17, 139:14,
140:13, 140:17
**keep**
26:13, 84:20,
145:24, 153:3
**keeping**
20:14, 22:21,
22:22, 23:4,
84:24
**keith**
46:13, 46:15
**kept**
22:14, 81:6,
97:7, 103:18
**key**
142:19, 143:5,
154:4, 154:7,
154:10, 154:13,
155:11
**kick**
75:8, 149:19
**kind**
44:15, 45:9,
64:7, 79:23,
97:7, 104:1,
105:21, 153:19
**knew**
30:19, 31:5,
31:6, 31:9,
31:23, 77:14,
77:17, 77:23,
112:14, 138:20
**knowledge**
11:20, 11:24,
12:1, 12:15,
32:2, 35:16,
69:8, 69:9,
118:3, 118:7,
118:11, 139:10,
139:15, 143:16,

147:13
**knowledgeable**
23:3, 23:16
**known**
11:25, 12:2,
37:7, 46:15,
46:19, 46:24,
47:5
**knows**
36:23

---

**L**

**lab**
78:11, 78:14,
78:15
**lady**
94:14, 94:22,
96:4
**language**
126:8
**last**
10:10, 12:4,
12:6, 12:7,
51:12, 98:16,
134:3, 138:22,
146:16
**late**
96:9, 96:11
**later**
28:22, 30:13,
35:14, 79:19,
89:4, 138:8
**law**
3:4, 3:12,
3:13, 3:20,
3:28, 3:34,
8:10, 10:19,
28:14, 29:3,
48:18, 77:1,
78:1, 78:25,
102:14, 104:2,
125:17, 144:1,
149:7
**lawful**
4:3
**lawsuit**
11:4, 11:7,
12:11, 12:12,

12:13, 12:14,
139:8
**layers**
53:10, 63:24
**layout**
4:15
**leadership**
20:24, 21:2
**learn**
31:25
**learned**
23:14, 121:10,
139:7
**learning**
42:2
**least**
70:20, 75:20,
110:10
**leave**
110:2, 151:13,
151:15
**leaving**
139:2
**led**
137:25
**left**
37:6, 59:17,
62:19, 96:1,
96:2, 96:8,
99:20, 138:4,
139:8, 151:6
**legal**
90:15, 90:19,
91:1, 91:8,
91:16
**legible**
101:12
**less**
48:19
**let**
6:15, 38:24,
99:19, 100:16,
101:17, 114:8,
114:12, 151:25
**let's**
14:7, 59:16,
70:13, 80:15,
87:19, 111:13,

142:12, 147:16
**liaison**
20:18, 20:20,
37:11
**lie**
28:3, 28:18,
29:6, 112:6,
112:17
**lies**
28:2, 112:2,
112:5, 112:9
**lieutenant**
19:19, 19:20,
19:21, 21:4,
22:4, 23:17,
24:7, 24:11,
24:13, 24:15,
24:17, 26:18,
32:3, 32:6,
33:1, 50:16,
50:21, 51:10,
51:15, 52:4,
52:24, 62:24,
64:3, 67:11,
67:17, 69:2,
69:4, 69:5,
70:12, 74:3,
85:17, 85:22,
86:17, 90:23,
91:5, 92:17,
92:18, 92:23,
92:25, 93:5,
93:10, 94:4,
101:2, 107:18,
118:4, 121:7,
141:7, 145:13,
147:17, 148:13,
149:23, 150:3,
151:4, 151:10,
154:16
**lieutenant's**
19:25, 20:4,
52:17
**lieutenants**
19:22, 21:8,
24:12, 120:12,
124:17
**light**
97:21

Transcript of Marvin Scothorn
Conducted on December 19, 2018

176

| | | M | |
|---|---|---|---|

**like**
5:1, 5:2,
10:22, 16:17,
32:19, 32:23,
33:15, 34:12,
35:11, 37:11,
47:7, 47:18,
53:21, 54:1,
56:4, 56:20,
57:22, 61:1,
61:2, 61:3,
67:5, 71:5,
73:12, 77:15,
91:3, 91:9,
93:21, 109:17,
116:19, 123:3,
123:8, 125:11,
143:2, 150:7
**liked**
45:9
**limit**
49:14, 132:15,
143:16
**limited**
132:13
**line**
137:9
**lineup**
83:5, 83:12,
83:15
**lineups**
93:7, 93:25,
94:2
**list**
106:9
**literally**
60:7, 61:23
**little**
30:12, 30:13,
41:14, 42:14,
47:7, 47:10,
59:13, 71:15,
73:13, 101:12,
111:13, 112:20,
114:4, 128:22,
152:1
**local**
125:17

**locked**
142:15
**loevy**
3:5
**log**
79:14, 80:20,
150:6, 150:8
**logbook**
78:21
**logged**
78:21, 81:5
**long**
9:11, 15:3,
15:25, 16:21,
16:24, 17:25,
19:5, 19:14,
20:7, 23:17,
26:17, 39:8,
39:9, 50:2,
58:13, 59:3,
94:18, 102:16,
113:5, 114:3,
115:15, 135:11,
139:25
**longer**
30:9
**look**
34:15, 50:10,
54:6, 54:8,
54:10, 58:1,
133:18
**looked**
148:12
**looking**
46:5
**lost**
132:16, 132:17
**lot**
10:11, 12:4,
12:8, 23:14,
30:24, 39:17,
41:13, 45:9,
52:5, 64:4,
85:23, 106:23,
106:24, 112:24,
135:9, 137:18,
137:22
**lunch**
100:3

**M**
**made**
26:1, 38:14,
44:15, 50:5,
63:2, 66:19,
69:6, 90:19,
114:18, 128:19,
145:14, 145:24
**magnitude**
57:21
**maintained**
82:11, 154:2
**majority**
112:25
**make**
5:20, 8:16,
12:23, 13:1,
22:25, 36:3,
50:21, 51:9,
51:15, 52:19,
52:24, 54:24,
60:18, 61:2,
88:3, 92:5,
92:25, 101:11,
103:21, 135:4,
143:19, 145:18,
149:1, 151:5,
151:8
**makes**
30:21
**making**
85:24, 94:15,
119:23, 120:6,
120:13
**mall**
38:4, 38:14,
38:15, 38:19,
39:6, 41:7
**mandatory**
83:1
**many**
8:5, 8:12,
16:16, 101:25
**marked**
100:10, 101:7,
101:9, 131:9
**marvin**
1:13, 2:2,

3:17, 4:2, 4:11,
116:13, 137:3,
138:3, 140:14,
140:19, 156:9,
157:10, 157:14
**mason**
3:15
**material**
127:16, 128:4
**materially**
127:13
**materials**
104:7, 105:5,
105:7, 128:3
**matter**
141:8, 141:13
**matters**
139:4
**matthew**
3:32
**may**
5:8, 53:24,
55:1, 78:11,
79:18, 99:16,
116:6, 128:4,
137:25, 146:16
**maybe**
43:6, 54:9,
57:24, 79:19,
89:2, 133:21,
136:7
**mazanec**
3:35
**mean**
9:8, 12:12,
13:2, 20:24,
35:1, 35:2,
35:20, 40:13,
44:20, 45:17,
49:19, 49:21,
49:22, 51:19,
52:10, 53:8,
54:20, 65:7,
72:14, 74:21,
90:4, 102:11,
150:15, 150:19,
150:21
**means**
52:23

Transcript of Marvin Scothorn
Conducted on December 19, 2018

177

meant
74:18
mechanisms
145:13
medications
7:2
meet
7:21, 67:7,
67:10, 67:13,
73:9
meeting
7:8, 7:12,
7:23, 9:5, 9:7,
9:11, 9:18,
67:17, 69:5,
98:25, 99:6,
99:11, 99:14,
99:16, 115:21,
115:25, 116:4,
116:5, 155:25,
156:1
meetings
8:2, 8:7, 8:12,
8:17, 8:22
member
36:5
members
20:21, 21:23
memorialize
149:23, 150:3
memorializing
146:14
memories
40:8
memory
11:12, 11:17,
59:4
met
7:20
micro-manager
50:2, 52:15
middle
42:1
might
5:1, 30:14,
51:8, 103:11
miller
46:17, 46:20

mind
30:2, 47:10,
138:24
minor
76:5, 103:3
minute
101:16
misconduct
124:19, 124:21,
125:5, 125:9,
125:10, 126:4
misfiled
131:19, 133:12,
133:15
misled
146:16
misplaced
133:23
missing
57:24, 131:18
mistake
129:1
mistaken
136:7
moment
100:16
monitor
64:25, 65:18
monitoring
48:13, 65:8
montgomery
15:2, 15:8,
157:5
month
117:25
months
140:4
moore
3:32, 21:5,
37:19, 37:21,
37:23, 38:1,
38:5, 38:11,
38:17, 39:3,
39:15, 39:25,
40:17, 40:18,
40:22, 41:1,
41:17, 42:10,
42:14, 42:24,

42:25, 43:1,
43:10, 43:18,
43:21, 43:24,
44:6, 44:8,
44:10, 96:1,
96:8, 96:12,
97:2, 97:5,
97:15, 98:1,
118:20, 118:24,
119:3, 119:7,
119:12, 119:14,
119:17, 119:22,
126:20, 135:23,
136:3, 154:4,
155:10
moore's
38:3, 38:19,
39:5, 39:12
more
6:8, 29:13,
29:23, 30:12,
40:19, 41:14,
41:18, 42:14,
43:2, 43:19,
47:8, 47:18,
60:14, 62:12,
71:15, 75:6,
75:7, 75:20,
75:25, 101:12,
103:5, 111:13,
112:20, 112:22,
149:7, 151:18
morning
4:8, 4:9, 7:22
most
58:3
movements
4:25
moving
45:2
much
12:5, 18:20,
46:2, 53:12,
55:1, 106:22
multiple
70:23, 71:25,
75:16, 91:20,
91:22

must
136:19
myself
21:4, 23:16,
122:1, 142:23

**N**

name
4:10, 20:5,
113:24, 140:19
named
11:5, 59:16,
128:17
names
137:6
nature
125:18, 126:8,
139:3
necessarily
49:18, 79:12
need
6:6, 50:2,
55:1, 57:25,
59:14, 62:16,
109:5, 114:8,
132:24, 146:25,
147:2, 147:4,
149:1, 152:25
needed
15:21, 18:17,
19:1, 19:2,
22:14, 22:16,
22:23, 54:23,
56:6, 64:9,
75:7, 83:11,
109:12, 145:25,
146:1
needlessly
147:7
needs
36:25
negatively
29:2
neighborhoods
16:10
neither
15:12, 15:13,
157:19, 157:22

Transcript of Marvin Scothorn
Conducted on December 19, 2018

178

never
27:1, 50:1,
54:5, 77:10,
77:14, 83:10,
83:11, 97:22,
99:5, 111:3,
114:24, 134:5,
134:7, 134:9,
134:15, 140:9,
148:3, 151:6
new
26:5, 104:2,
107:3, 139:4,
142:9
next
16:3, 17:12,
18:3, 19:8,
19:17, 21:10,
23:20, 27:8,
62:1, 62:14,
117:2, 133:2
nice
46:11, 156:1
night
33:17
nod
5:1
none
5:7
nonverbal
4:25
nor
157:19, 157:20,
157:21, 157:22
north
3:6
notable
110:16
notary
1:21, 157:8,
157:33
notepad
89:3, 89:7,
89:14, 91:2,
91:17
notepads
88:21, 88:25,
89:1, 89:24,

90:11, 90:13,
91:8
notes
88:14, 88:21,
89:7, 89:13,
91:7
nothing
64:10, 151:17,
157:12
now
4:22, 5:13,
7:2, 8:21, 11:3,
11:11, 14:5,
24:7, 27:11,
30:15, 31:20,
34:4, 35:25,
47:7, 51:3,
51:4, 52:10,
59:14, 60:14,
61:7, 61:9,
61:21, 67:5,
76:25, 77:24,
80:25, 85:2,
101:14, 105:13,
108:8, 108:19,
109:15, 109:17,
110:3, 128:22,
139:7, 142:12,
145:12, 148:11
number
64:13, 81:5,
130:12, 130:13,
131:9, 131:15,
131:25, 133:19,
133:20
numbers
145:4
numerous
87:2

O

object
5:16, 60:6,
111:17
objection
5:9, 7:10,
9:16, 12:20,
25:2, 25:10,

25:11, 25:21,
25:22, 34:24,
43:3, 48:9,
48:10, 50:7,
50:24, 53:3,
54:14, 58:18,
60:2, 60:12,
60:19, 69:22,
70:15, 74:9,
77:19, 77:20,
78:6, 78:7,
78:18, 79:5,
79:6, 80:8,
80:9, 81:3,
81:17, 81:18,
82:24, 82:25,
83:8, 83:20,
83:21, 84:3,
84:4, 84:5,
84:14, 84:15,
85:7, 86:8,
86:9, 87:1,
87:3, 88:16,
89:9, 89:15,
89:16, 89:25,
92:8, 92:9,
96:15, 96:20,
97:9, 97:10,
98:10, 98:12,
98:13, 99:9,
99:21, 101:11,
107:10, 107:20,
108:3, 108:22,
109:8, 109:10,
110:19, 111:18,
116:6, 121:14,
124:22, 125:19,
130:1, 133:9,
133:24, 134:2,
136:9, 136:21,
138:12, 139:13,
140:12, 141:16,
141:24, 142:20,
144:5, 144:15,
147:22, 147:23,
153:17
objection's
42:19

objectionable
5:7, 60:7
objections
5:8, 26:1,
26:7, 26:14,
61:2
observe
35:2, 48:16,
70:18, 70:22,
71:2, 71:7,
71:12, 72:10
observed
72:14
observing
35:8
obtain
63:12
obvious
44:15
obviously
62:14, 110:9,
136:14
occasion
54:24, 70:18,
72:9, 89:20,
90:16, 90:25,
91:11, 91:25,
100:24, 105:12,
149:6
occasionally
40:6, 48:21
occasions
70:24
occupied
142:16, 142:17
occur
26:23
occurred
11:17, 53:22,
70:5, 70:6,
117:12, 147:14,
149:4
occurrence
56:24
occurring
140:8
off
43:11, 47:13,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

179

| | | | |
|---|---|---|---|
| 52:14, 61:17,<br>100:4, 100:6<br>**offense**<br>71:6<br>**offenses**<br>76:5<br>**offered**<br>25:5<br>**office**<br>8:10, 34:22,<br>63:11, 63:16,<br>77:15, 137:21,<br>140:20, 142:19,<br>157:27<br>**officer**<br>16:5, 16:8,<br>16:13, 16:18,<br>16:22, 16:25,<br>17:4, 17:9,<br>17:14, 17:18,<br>17:19, 18:1,<br>18:21, 18:24,<br>37:11, 37:16,<br>39:24, 44:12,<br>80:19, 104:2,<br>104:17, 111:2,<br>120:4, 121:9,<br>123:12, 124:2,<br>124:18, 124:20,<br>125:5, 125:6,<br>125:8, 125:15,<br>129:1, 129:15,<br>130:5, 130:9,<br>131:2, 132:18,<br>133:3, 137:9,<br>137:16, 139:25,<br>143:20, 149:7,<br>150:5, 152:3,<br>152:5, 152:14,<br>153:1<br>**officer's**<br>77:1<br>**officer-involved**<br>72:3<br>**officers**<br>18:17, 18:18,<br>19:1, 19:2,<br>21:11, 22:24, | 32:22, 78:2,<br>79:1, 82:12,<br>82:21, 88:20,<br>89:6, 89:12,<br>89:21, 89:22,<br>90:10, 90:20,<br>120:13, 121:11,<br>122:7, 128:7,<br>128:10, 128:20,<br>128:25, 137:7,<br>144:1, 144:12,<br>144:16, 144:19,<br>144:20, 149:9,<br>151:23<br>**offices**<br>1:17<br>**official**<br>157:27<br>**often**<br>67:16<br>**oh**<br>20:7, 29:12,<br>115:1, 115:3,<br>156:1<br>**ohio**<br>1:2, 1:15,<br>1:19, 1:21,<br>3:15, 3:23,<br>3:31, 3:37,<br>157:3, 157:9,<br>157:33<br>**old**<br>1:18, 3:30,<br>42:8, 128:23,<br>131:22, 134:21<br>**omavi**<br>3:3, 79:18,<br>151:22<br>**once**<br>70:20, 80:4,<br>144:3, 146:23,<br>153:5, 153:6<br>**one**<br>8:6, 8:14,<br>11:5, 16:19,<br>17:23, 19:22,<br>20:16, 21:15,<br>21:16, 24:13, | 24:21, 30:2,<br>37:11, 38:15,<br>44:13, 51:23,<br>52:12, 52:13,<br>55:17, 56:6,<br>56:11, 56:12,<br>57:8, 58:18,<br>59:10, 61:8,<br>63:3, 63:9,<br>66:20, 69:3,<br>75:20, 75:25,<br>76:8, 83:11,<br>83:19, 86:18,<br>86:23, 86:24,<br>91:21, 97:23,<br>98:4, 108:9,<br>115:15, 117:2,<br>130:12, 130:13,<br>137:11, 146:19,<br>148:22, 149:7,<br>149:8<br>**one-on-one**<br>67:7, 67:10,<br>67:13<br>**ones**<br>90:12<br>**only**<br>7:23, 18:25,<br>19:13, 24:13,<br>25:2, 34:19,<br>36:9, 38:17,<br>39:3, 43:17,<br>44:5, 53:15,<br>57:12, 57:14,<br>65:22, 68:24,<br>69:3, 71:12,<br>74:11, 111:1,<br>147:19<br>**onto**<br>144:23<br>**open**<br>33:5, 34:12,<br>36:2<br>**operated**<br>23:8, 23:13<br>**operation**<br>50:12<br>**operations**<br>53:12, 98:21 | **opinion**<br>112:13, 112:18<br>**opportunity**<br>114:21, 135:17<br>**opposed**<br>17:23, 24:8<br>**optional**<br>82:23<br>**options**<br>75:4, 75:5<br>**oral**<br>74:11, 74:17,<br>74:18, 75:4,<br>75:21, 76:2,<br>76:4<br>**organize**<br>30:9, 103:17<br>**original**<br>11:19, 79:17,<br>80:13, 132:21,<br>132:22, 133:1,<br>144:7, 146:1,<br>146:5, 146:13,<br>146:19, 146:22,<br>147:2, 147:9,<br>147:21, 148:6,<br>148:7, 148:8,<br>149:14, 149:17,<br>151:3, 151:5,<br>151:12, 151:23,<br>153:25, 154:21,<br>154:25<br>**originally**<br>106:22<br>**other**<br>6:3, 8:7, 8:13,<br>8:19, 8:22,<br>8:23, 8:25,<br>10:4, 11:12,<br>18:16, 18:18,<br>18:19, 18:25,<br>19:25, 20:4,<br>29:20, 32:10,<br>32:11, 36:6,<br>44:9, 44:20,<br>45:25, 49:24,<br>49:25, 51:21,<br>52:2, 54:2, |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

180

54:25, 55:2,
55:25, 56:3,
65:24, 66:12,
69:11, 72:12,
72:25, 74:25,
76:22, 94:25,
103:3, 105:3,
112:10, 112:12,
120:4, 120:7,
122:6, 122:7,
127:11, 128:7,
128:19, 136:5,
152:5
**otherwise**
87:25, 114:14
**our**
4:15, 4:16,
4:23, 5:19,
14:9, 55:3,
62:13, 72:23,
151:14
**out**
15:19, 18:24,
28:11, 28:14,
28:22, 29:21,
29:25, 31:2,
31:18, 33:16,
33:20, 35:14,
36:15, 39:22,
40:8, 49:17,
49:19, 49:22,
52:25, 71:5,
71:7, 71:8,
71:11, 71:14,
71:19, 71:22,
71:23, 72:2,
72:5, 72:6,
72:12, 75:2,
82:14, 106:2,
113:2, 133:22,
146:5, 146:9,
146:12, 146:15,
146:17, 146:22,
147:10, 148:9,
149:11, 149:19,
153:8
**outside**
35:24, 104:18

**over**
10:10, 46:6,
53:23, 75:19,
77:3, 77:8,
77:18, 77:24,
93:12, 93:18,
113:17, 129:20,
130:21, 131:1,
131:12, 132:3
**oversaw**
19:23, 20:17
**oversee**
26:22, 26:23,
54:20
**overseeing**
54:17, 154:18
**overtime**
23:14
**own**
35:3, 56:2,
90:6, 104:6,
105:7, 136:13

**P**

**pad**
91:1, 91:16
**pads**
90:6, 90:15,
90:19, 91:8
**page**
2:3, 2:12
**paid**
17:23
**paper**
82:7, 82:11,
82:18, 82:22,
91:1, 128:23,
134:21
**paper-based**
135:5, 152:9,
154:20, 154:25
**paperwork**
31:17, 31:19,
33:13, 35:13,
35:15, 35:17,
82:13, 134:17,
139:21, 145:23,
153:19

**parades**
15:19
**paraphrasing**
128:25
**part**
5:19, 11:13,
26:4, 41:21,
42:11, 48:2,
48:8, 48:12,
49:12, 50:20,
51:7, 51:12,
52:16, 52:17,
52:23, 64:18,
64:19, 76:25,
102:4, 102:17,
105:15, 105:17,
105:19, 106:13,
115:20, 122:11,
125:2, 128:14
**part-time**
16:13, 17:14,
17:18, 17:25,
18:5, 18:6,
18:11, 19:6,
19:12
**participant**
117:10
**participants**
102:9
**participating**
115:25
**particular**
19:21, 37:12,
44:24, 58:24,
104:20, 106:9,
148:21
**particularly**
29:24, 40:7
**parties**
157:20
**parts**
105:3
**patrol**
16:5, 16:8,
16:12, 16:18,
16:21, 16:24,
17:4, 17:9,
17:14, 17:18,

17:19, 17:25,
18:16, 18:18,
18:21, 18:24,
19:1, 19:2,
20:2, 21:11,
21:12, 21:13,
21:14, 24:20,
32:22, 34:2,
37:8, 39:24,
44:12, 57:8,
72:8, 89:22,
90:10, 90:20,
118:17, 119:8,
120:4, 120:11,
143:20, 144:16,
144:19, 144:20,
149:9, 150:5,
152:3
**patrolled**
16:10
**pay**
97:16
**pendency**
127:17
**people**
8:25, 20:17,
21:22, 30:10,
31:3, 32:12,
32:14, 34:22,
36:3, 36:23,
48:3, 49:23,
49:25, 51:23,
52:8, 52:9,
95:13, 102:13,
112:2, 112:9,
112:13, 112:18,
113:2, 120:7,
130:12, 130:14,
132:14, 132:15,
148:20, 148:23,
151:15
**perform**
30:20, 31:21,
31:22, 32:2,
70:23, 110:14
**performance**
27:12, 27:18,
30:17, 32:1,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

181

32:7, 32:13,
32:16, 33:3,
33:7, 33:15,
34:5, 34:8,
34:20, 35:9,
36:2, 36:7,
36:19, 37:14,
39:13, 46:8,
46:9, 66:4,
66:7, 66:12,
66:13, 66:17,
66:23, 67:3,
67:6, 67:7,
67:16, 67:19,
68:6, 68:13,
68:22, 69:4,
69:14, 69:15,
69:20, 70:3,
70:9, 70:11,
71:3, 97:17,
98:8, 137:8,
137:16
**performing**
32:23, 48:17,
70:19, 71:13,
97:18
**period**
9:21, 113:17,
119:9, 126:1,
127:2, 129:19,
137:22
**permission**
144:22
**person**
27:22, 34:15,
37:1, 41:9,
55:2, 57:24,
112:10, 137:11
**personal**
53:18, 53:20,
136:13
**personality**
41:16
**personnel**
67:23
**photo**
83:5, 83:12,
83:15, 93:7,

93:25, 94:1,
119:14, 120:22,
121:4, 121:13,
123:2, 123:7
**physically**
153:13
**picture**
42:10
**piece**
28:24
**pieces**
91:1
**pissed**
52:14
**place**
1:16, 11:13,
55:15, 104:17,
116:4, 126:2,
126:13, 127:3,
131:1, 133:17,
145:13, 151:11,
157:14
**placing**
78:13, 131:14
**plaintiff**
1:6, 1:14, 3:2
**plaintiff's**
100:9, 100:13,
100:16, 100:20,
101:6, 101:15,
101:16
**play**
45:10
**please**
4:10, 5:9,
72:19, 89:1,
106:4
**pleased**
110:2
**pleasure**
155:25
**plf's**
2:13
**point**
7:14, 7:17,
49:14, 75:15,
82:9, 111:20,
118:15, 127:16,

134:24, 152:25
**policies**
49:10, 49:13,
72:19, 72:21,
72:23, 73:5,
73:22, 73:24,
74:2, 91:6,
93:11, 93:17,
96:5, 101:4,
127:3, 142:5
**policy**
33:5, 34:12,
36:2, 73:5,
73:6, 73:8,
73:15, 83:10,
83:14, 83:24,
84:11, 85:4,
85:9, 85:12,
85:18, 85:23,
85:24, 85:25,
86:4, 86:15,
87:10, 88:6,
88:9, 94:15,
94:16, 94:23,
95:3, 95:10,
95:14, 125:16,
126:13, 142:10,
151:14
**portion**
121:18
**position**
12:18, 13:2,
13:5, 13:12,
13:17, 16:3,
17:4, 17:12,
18:3, 18:10,
19:8, 19:17,
23:20, 23:23,
24:1, 24:10,
24:25, 25:5,
25:9, 25:17,
55:20, 57:4,
66:22, 70:10
**positions**
33:11
**possible**
26:14, 133:16,
133:21, 133:25,

149:3
**possibly**
115:23, 132:17
**potentially**
18:19
**power**
100:3
**practice**
77:7, 77:17,
79:8, 82:5,
83:4, 84:10,
84:24, 85:3,
95:3, 121:3,
121:11, 125:16,
134:10, 143:13,
144:11
**practices**
93:7, 93:18,
93:24, 94:6,
94:12, 101:3,
121:24
**preceded**
130:3
**preparation**
7:7, 7:24,
8:18, 9:5, 9:21,
11:1, 115:17
**prepare**
129:2
**prepared**
10:3, 131:20,
135:18
**prepares**
130:5, 130:10
**preparing**
152:24
**present**
9:6, 73:5,
103:20, 140:14
**presenting**
73:8
**preserve**
78:4, 78:16,
79:1
**preserving**
78:24, 79:8
**pretty**
12:5, 18:20,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

182

23:3, 46:2,
53:12, 55:1,
137:20, 151:15
**previous**
70:6
**printed**
82:14, 153:8
**printout**
153:20
**prior**
39:10, 74:4,
78:4
**priorities**
22:20
**private**
139:9, 140:5
**probably**
45:18, 45:23,
106:6
**problem**
50:10, 65:12
**problems**
54:8, 54:10,
64:11
**procedure**
1:16, 125:16,
125:23, 126:8,
126:13, 130:9,
134:11, 142:10
**procedures**
83:5, 83:15,
126:2, 127:3,
134:17, 142:5,
151:9, 151:16
**proceeded**
144:8
**process**
77:13, 81:8,
95:10, 95:11,
95:17, 95:18,
95:25, 96:2,
122:11, 125:2,
126:8, 126:16,
131:6
**processed**
134:20
**produce**
82:22, 89:7,

96:5, 104:6,
105:7
**produced**
66:24, 68:3,
68:7, 68:18,
69:10, 69:18,
70:8, 70:11,
105:6
**production**
84:1
**profession**
37:17
**professional**
92:12
**professionally**
110:14
**program**
72:24, 107:22
**promoted**
117:22
**proper**
26:1, 26:2,
26:7, 60:6,
61:2, 81:15,
81:23
**properly**
93:1, 103:22,
132:23, 134:20,
136:15, 145:24,
150:15, 150:16
**property**
28:21, 28:25,
78:8, 78:9,
78:14, 78:15,
78:20, 81:7,
81:12, 81:16,
81:23, 129:11,
129:13, 129:16,
130:11, 132:8,
132:14, 142:13,
142:14, 143:15,
143:21, 144:14,
145:9, 146:1,
146:4, 146:8,
146:13, 146:24,
147:10, 148:8,
148:9, 148:11,
148:12, 148:15,

149:8, 149:14,
149:21, 149:23,
150:3, 151:6,
151:13, 151:24,
153:3, 154:5,
154:7, 154:10,
154:13, 155:12
**prosecution**
117:11
**prosecutions**
122:12, 125:4
**prosecutor's**
63:11, 63:15,
77:15
**prosecutors**
77:4, 77:8,
77:18, 77:25,
84:2, 93:13,
93:19
**protocol**
134:25
**proved**
31:1
**provide**
90:14
**provided**
6:9, 89:21,
89:23, 90:2,
105:16, 137:6
**public**
1:21, 125:16,
157:8, 157:33
**pull**
132:22
**pulled**
53:23, 133:22
**pup**
38:6
**purely**
30:17
**purposefully**
109:17
**purposes**
6:2, 8:19
**pursuant**
1:15
**put**
5:9, 6:9, 78:4,

133:19, 142:10
**putting**
5:25, 100:24,
131:8

## Q

**question**
5:10, 5:19,
5:22, 5:24, 6:9,
6:10, 6:11,
6:16, 6:20,
6:22, 6:23,
6:25, 10:14,
27:15, 38:22,
38:25, 42:15,
42:18, 42:20,
42:24, 43:25,
44:8, 46:5,
51:12, 52:17,
56:13, 56:18,
57:14, 57:16,
58:16, 59:22,
60:7, 60:10,
62:9, 65:18,
66:1, 67:25,
68:19, 68:21,
69:13, 71:21,
82:3, 87:15,
90:17, 98:17,
105:23, 106:1,
106:4, 109:3,
114:15, 120:17,
124:24, 133:3,
134:3, 137:7,
146:9, 146:10,
146:17, 149:6,
149:22, 150:1,
151:25
**questioned**
31:14
**questions**
5:3, 5:7, 6:15,
6:21, 57:17,
61:8, 61:16,
64:2, 65:9,
68:2, 68:5,
68:6, 68:9,
68:13, 68:18,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

183

69:6, 69:10,
69:11, 69:17,
70:11, 79:24,
87:24, 111:19,
111:20, 114:12,
136:25, 137:3,
137:9, 140:21,
141:1, 141:3,
151:19, 151:22,
152:2, 152:6,
155:5, 155:7
**quick**
2:1, 39:1
**quickly**
149:15

**R**

**rampant**
92:13
**rank**
37:10
**rape**
11:9, 13:3,
71:9, 71:11,
99:3, 99:8,
116:2, 116:23,
117:7, 118:4,
118:8, 118:13,
118:21, 118:25,
119:25, 135:20
**raped**
12:19, 13:6,
13:13
**rapes**
13:19, 116:15,
116:18, 117:11
**raskin**
3:35
**rather**
125:6
**rcx**
2:5
**rdx**
2:5
**reached**
82:9
**read**
12:4, 12:7,

12:9, 64:20,
114:22, 114:24,
115:14, 115:17,
121:19, 132:21,
139:21, 148:2,
155:17, 155:18,
155:22, 155:23
**ready**
30:19, 31:20,
31:22
**real**
35:17, 38:25
**really**
22:18, 34:16,
38:7, 41:6,
58:12, 97:11,
97:13, 97:22,
112:7, 131:4,
149:15
**realm**
19:25, 20:8
**reason**
43:17, 44:5,
44:9, 51:25,
53:13, 53:16,
55:17, 56:6,
75:15, 94:19,
132:13, 140:14
**reasons**
41:13
**reassign**
59:18, 62:19
**reassigned**
118:16
**recalling**
95:7
**received**
10:11, 12:10,
33:12, 33:14,
64:6, 144:22
**recess**
47:14, 100:8
**recognize**
45:19
**recollection**
136:6, 138:10
**recollections**
137:24

**recommend**
155:17
**record**
4:10, 4:25,
20:14, 33:13,
45:4, 47:13,
47:16, 48:25,
60:15, 79:16,
100:5, 100:7,
100:12, 121:19,
129:9, 131:24,
135:10, 142:23,
153:11
**record's**
8:17
**recorded**
4:23, 5:20
**recordings**
127:15, 127:20
**recordkeeping**
22:6, 22:10,
22:16, 23:8,
23:12, 80:16,
80:18, 81:2,
81:14, 82:2,
82:4, 82:5,
82:17, 113:8,
113:16, 131:22,
134:22, 134:25,
135:7, 152:10,
152:11, 152:23,
154:18, 154:19,
154:20, 154:25
**records**
19:23, 20:9,
20:11, 20:15,
20:21, 21:23,
22:1, 22:5,
22:21, 23:4,
23:18, 24:11,
32:19, 35:21,
35:22, 39:23,
52:4, 79:13,
80:5, 80:7,
80:20, 80:21,
84:11, 84:12,
103:18, 103:23,
103:25, 108:11,

129:10, 129:11,
129:20, 130:19,
130:20, 130:21,
131:1, 131:6,
131:7, 131:13,
131:17, 132:3,
132:10, 133:6,
143:6, 143:8,
143:10, 145:4,
145:5, 148:22,
151:15
**recross-examinat-
ion**
141:4, 151:20,
155:8
**refer**
76:8, 76:11,
76:14, 76:18,
76:21
**reference**
2:1
**referred**
35:12, 35:19,
35:20, 36:4
**referring**
68:20, 90:12,
95:18, 105:1
**reform**
108:10, 108:17
**reformed**
109:13
**reforms**
108:1, 108:19,
108:24
**refrain**
58:19
**regard**
122:8
**regarding**
12:19, 13:6,
13:18, 29:21,
33:20, 52:4,
53:1, 57:15,
77:7, 77:17,
82:5, 84:10,
84:24, 93:7,
93:11, 93:12,
93:17, 101:4,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

184

109:5, 110:16,
111:19, 127:4,
138:10, 143:13,
144:12
**regards**
28:15, 29:4,
131:13
**regular**
18:20, 18:24,
142:18
**reinvent**
73:2
**related**
35:8, 83:4,
138:10
**relates**
119:12, 120:17,
152:9
**relating**
13:19, 20:11,
79:2, 83:5,
109:6
**relationship**
29:9, 29:12,
29:15, 29:21,
40:4, 40:5,
40:9, 40:17,
40:18, 40:22,
40:25, 43:18,
43:21, 43:24,
44:6, 44:10,
45:3, 45:20
**relative**
157:19, 157:21
**relatively**
76:5, 98:21
**remember**
22:20, 29:7,
32:17, 33:9,
33:10, 33:17,
39:11, 43:13,
44:24, 45:24,
46:10, 54:16,
66:18, 69:16,
69:19, 76:1,
77:11, 81:21,
84:19, 85:25,
92:16, 93:2,

93:4, 93:20,
93:22, 94:3,
94:9, 94:18,
94:19, 96:6,
96:12, 101:2,
103:6, 103:7,
107:1, 109:18,
109:22, 109:25,
110:1, 111:22,
113:10, 113:12,
113:14, 116:24,
117:25, 135:3,
135:8, 143:23,
148:11
**reminger**
3:21
**removed**
124:7, 124:12,
154:21, 155:1
**repeat**
27:14, 38:21,
38:25, 51:12
**repeatedly**
61:9
**replace**
138:15
**replaced**
138:25
**report**
22:25, 27:20,
28:8, 64:17,
64:21, 79:11,
79:12, 79:13,
80:13, 80:20,
80:22, 81:1,
81:4, 81:16,
81:22, 81:23,
103:12, 103:13,
103:14, 129:2,
129:4, 129:16,
130:6, 130:7,
130:10, 131:8,
131:9, 131:21,
131:22, 131:23,
131:25, 132:4,
132:21, 132:22,
133:12, 133:18,
133:19, 133:20,

133:21, 133:22,
134:25, 135:5,
135:7, 135:24,
136:4, 136:5,
136:14, 136:18,
143:14, 143:20,
144:3, 144:7,
144:21, 145:2,
146:4, 146:6,
146:12, 146:13,
146:15, 146:18,
146:23, 147:9,
147:19, 148:7,
148:9, 148:25,
149:2, 149:15,
149:17, 150:6,
150:18, 150:20,
151:1, 151:2,
152:4, 152:5,
152:15, 153:2,
153:9, 153:11,
153:20, 154:1,
154:21, 155:1
**reported**
24:7, 24:15,
73:3
**reporter**
1:20, 4:23,
157:8, 157:16,
157:19, 157:22
**reporting**
152:13, 157:23
**reports**
10:17, 10:19,
10:20, 10:21,
16:10, 18:23,
23:1, 64:13,
79:2, 79:9,
79:15, 79:17,
80:5, 80:6,
80:7, 80:21,
81:15, 82:5,
82:8, 82:14,
82:15, 82:18,
82:23, 84:21,
84:25, 85:6,
85:13, 85:20,
86:5, 86:16,

88:8, 89:8,
89:13, 93:12,
93:18, 94:7,
94:13, 94:25,
95:4, 124:7,
124:8, 127:7,
127:8, 127:14,
129:24, 134:11,
134:14, 134:22,
135:11, 135:18,
142:14, 144:2,
144:3, 144:4,
144:9, 144:13,
144:25, 145:9,
145:10, 145:15,
145:20, 149:25,
150:9, 151:5,
151:13, 151:24,
152:19, 152:24,
153:14
**represent**
113:25
**representing**
139:17
**represents**
140:20
**reprimand**
74:11, 74:17,
74:19, 74:21,
74:23, 75:4,
75:5, 75:11,
76:2, 76:4
**reprimands**
75:17, 75:21
**reputation**
96:13
**request**
132:25, 133:7,
146:18
**requested**
2:17, 121:18,
150:8
**requesting**
150:5
**requests**
149:24
**require**
103:8, 104:20

Transcript of Marvin Scothorn
Conducted on December 19, 2018

185

| | | | |
|---|---|---|---|
| **required**<br>82:21, 105:12,<br>144:1, 144:12,<br>144:20, 151:1<br>**requirements**<br>105:21<br>**reservations**<br>97:1, 97:5<br>**resignation**<br>138:14<br>**resigned**<br>138:5, 138:8,<br>139:1, 140:3<br>**resolve**<br>60:12<br>**respect**<br>5:18, 134:10,<br>134:22<br>**respond**<br>71:21<br>**response**<br>43:25, 65:20,<br>69:12, 125:14<br>**responsibilities**<br>15:17, 16:7,<br>18:14, 18:15,<br>18:25, 19:10,<br>20:10, 24:4,<br>24:6, 26:21,<br>48:22, 49:16,<br>51:21, 52:3,<br>53:1, 54:12,<br>56:1, 56:3,<br>77:2, 103:15<br>**responsibility**<br>20:1, 20:8,<br>20:9, 51:7,<br>51:9, 51:14,<br>51:17, 52:23,<br>73:21, 77:25,<br>98:7<br>**responsible**<br>48:2, 49:9,<br>49:12, 49:18,<br>49:21, 49:23,<br>49:25, 72:18,<br>72:20, 74:1,<br>98:19, 131:7 | **rest**<br>20:18, 150:17<br>**restroom**<br>6:7<br>**restructuring**<br>26:5<br>**results**<br>39:18<br>**retain**<br>78:3, 145:25<br>**retained**<br>24:14, 129:24,<br>139:16, 140:4<br>**retaining**<br>94:6, 94:12,<br>94:24, 95:3<br>**retention**<br>84:10, 84:12,<br>85:5, 85:12,<br>85:19, 86:5,<br>86:15, 88:7,<br>91:6, 127:7<br>**return**<br>28:23<br>**returned**<br>28:21<br>**review**<br>9:14, 9:20,<br>9:24, 10:24,<br>64:17, 66:14,<br>67:17, 67:19,<br>68:6, 68:14,<br>68:23, 69:5,<br>69:14, 69:15,<br>70:11, 100:16,<br>101:16, 106:13,<br>135:17, 148:6,<br>148:25, 149:2,<br>149:15<br>**reviewed**<br>9:25, 10:5,<br>64:13, 73:6,<br>73:13<br>**reviewing**<br>149:18<br>**reviews**<br>66:5, 66:8,<br>66:12, 66:17, | 66:23, 67:3,<br>67:6, 67:7,<br>69:20, 70:4,<br>70:10<br>**rick**<br>45:11, 45:12,<br>45:17, 46:6,<br>46:10, 98:25,<br>99:6, 99:11,<br>99:19, 115:21,<br>115:25<br>**rigging**<br>122:12, 125:3<br>**road**<br>3:14, 3:36,<br>53:22, 57:6,<br>57:7, 57:8,<br>57:11, 57:15,<br>57:19, 58:7,<br>58:11, 58:24,<br>118:17, 119:8,<br>120:11, 138:1<br>**robbery**<br>71:7, 72:2<br>**robert**<br>46:17, 46:19,<br>47:1, 47:2, 47:5<br>**rocky**<br>40:24, 41:2,<br>41:4, 41:5,<br>43:18, 43:21,<br>43:24, 44:6,<br>44:10<br>**roger**<br>1:5, 99:2,<br>99:7, 116:1,<br>116:14, 116:17,<br>116:23, 117:7,<br>117:11, 118:3,<br>118:8, 118:12,<br>118:21, 118:24,<br>119:12, 119:24,<br>122:13, 122:19,<br>122:25, 123:10,<br>123:19, 123:25,<br>124:5, 124:15,<br>127:17, 135:19,<br>139:17, 140:15 | **role**<br>60:6, 102:21,<br>111:14, 112:2<br>**roles**<br>103:3<br>**room**<br>10:9, 14:15,<br>28:21, 63:14,<br>65:5, 68:11,<br>71:17, 78:9,<br>78:14, 78:20,<br>78:22, 81:7,<br>81:11, 81:12,<br>81:16, 81:23,<br>115:5, 117:17,<br>129:8, 129:10,<br>129:12, 129:13,<br>129:16, 130:11,<br>132:8, 132:14,<br>142:13, 142:14,<br>143:6, 143:8,<br>143:15, 143:21,<br>144:14, 145:9,<br>146:1, 146:4,<br>146:8, 146:13,<br>146:24, 147:10,<br>148:5, 148:8,<br>148:9, 148:11,<br>148:12, 148:15,<br>149:8, 149:14,<br>149:21, 149:23,<br>150:3, 151:6,<br>151:13, 151:24,<br>153:2, 153:3,<br>153:22, 154:5,<br>154:7, 154:10,<br>154:13, 155:12,<br>155:21<br>**routine**<br>66:4, 66:7<br>**row**<br>3:36<br>**rule**<br>4:19, 157:24<br>**rules**<br>1:15, 4:16<br>**run**<br>92:6, 149:11 |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

186

| | | | |
|---|---|---|---|
| running<br>92:13, 98:21<br>ryder<br>3:35<br><br>**S**<br><br>s<br>45:15, 45:21,<br>76:17, 96:9,<br>96:10, 96:11,<br>113:19<br>s-c-o-t-h-o-r-n<br>4:13<br>safe<br>46:4, 86:3,<br>129:23<br>safeguards<br>151:11<br>said<br>20:8, 31:20,<br>31:23, 34:12,<br>38:13, 42:2,<br>43:25, 45:13,<br>51:18, 52:7,<br>56:4, 57:22,<br>60:3, 63:23,<br>64:25, 72:17,<br>74:16, 86:13,<br>91:10, 95:9,<br>101:9, 104:14,<br>112:1, 112:24,<br>126:19, 129:7,<br>132:8, 134:23,<br>137:14, 138:8,<br>138:23, 148:25,<br>149:13, 150:12,<br>157:10, 157:13,<br>157:14, 157:17<br>sake<br>66:11<br>salary<br>17:24<br>same<br>5:18, 8:10,<br>13:7, 13:10,<br>13:12, 13:15,<br>18:20, 19:12,<br>20:19, 23:24, | 24:6, 24:14,<br>25:10, 26:14,<br>37:5, 46:2,<br>69:15, 81:8,<br>88:23, 120:17,<br>140:6, 145:7<br>sandra<br>13:11, 13:12,<br>13:14<br>sat<br>22:13, 148:19<br>save<br>135:6<br>saw<br>38:17, 39:3,<br>39:10, 49:6,<br>53:18, 53:23,<br>54:2, 63:20,<br>65:21, 65:22,<br>149:11<br>say<br>4:19, 4:22,<br>5:1, 30:21,<br>30:22, 31:5,<br>31:21, 45:8,<br>45:14, 46:4,<br>49:1, 49:5,<br>49:7, 51:17,<br>52:14, 53:22,<br>53:25, 55:8,<br>57:25, 59:16,<br>61:17, 62:7,<br>65:12, 65:15,<br>70:13, 71:21,<br>72:19, 73:15,<br>74:18, 74:20,<br>80:15, 86:3,<br>86:23, 87:19,<br>96:11, 97:22,<br>110:3, 113:18,<br>128:12, 128:16,<br>129:23, 131:16,<br>133:16, 134:8,<br>136:14, 144:19,<br>147:16<br>saying<br>34:18, 58:23,<br>60:5, 61:22, | 61:25, 110:4,<br>141:20, 141:22<br>says<br>61:10, 61:21,<br>119:22<br>scene<br>71:20, 72:7,<br>72:13, 127:15,<br>127:25<br>scenes<br>88:22, 91:12<br>schedule<br>16:17<br>scheduled<br>17:22, 143:17<br>school<br>14:2, 14:7,<br>14:12, 14:18,<br>15:1, 42:1, 42:7<br>scope<br>20:9, 126:5<br>scores<br>103:25<br>scothorn<br>1:13, 2:2,<br>3:17, 4:2, 4:11,<br>4:14, 7:6,<br>13:22, 47:17,<br>100:13, 100:15,<br>101:23, 102:2,<br>113:24, 116:13,<br>141:6, 155:24,<br>156:9, 157:11,<br>157:14<br>scott<br>37:19, 37:21,<br>37:23, 38:1,<br>38:5, 38:11,<br>38:17, 38:18,<br>39:3, 96:12,<br>118:20, 118:23,<br>119:3, 119:7,<br>119:12, 119:14,<br>119:17, 119:22,<br>135:23, 136:3,<br>154:4<br>scrap<br>90:25 | scratch<br>57:16, 89:3<br>seal<br>157:27<br>searching<br>64:11<br>second<br>40:1, 47:23,<br>48:1, 58:18<br>section<br>19:21, 19:23,<br>20:2, 20:3,<br>20:15, 21:24,<br>22:2, 26:22,<br>27:1, 32:19,<br>32:20, 32:21,<br>33:13, 39:23,<br>44:13, 45:5,<br>54:18, 54:21,<br>56:19, 56:21,<br>58:2, 62:23,<br>77:11, 79:16,<br>118:17, 119:9,<br>129:11, 129:21,<br>130:15, 131:18,<br>153:12, 154:19<br>security<br>15:20, 15:22,<br>38:4, 38:13,<br>38:19, 39:6,<br>41:7<br>see<br>14:3, 33:6,<br>38:5, 38:11,<br>53:19, 63:16,<br>64:20, 89:20,<br>90:16, 91:15,<br>91:20, 99:13,<br>137:21, 147:18,<br>147:20, 148:1,<br>149:5, 149:6<br>seeing<br>63:19, 85:11,<br>85:18, 86:4,<br>86:12, 86:13,<br>90:25, 91:11,<br>91:25, 101:18,<br>101:19 |

Transcript of Marvin Scothorn
Conducted on December 19, 2018

seemed
41:10, 46:11
seen
29:13, 38:8,
40:19, 45:16,
63:9, 65:10,
100:19, 101:15
send
32:24, 34:14
sense
88:3, 145:24
sent
9:25
sergeant
18:5, 18:7,
18:11, 19:6,
19:9, 19:11,
19:12, 19:14,
21:15, 21:16,
24:21, 24:23,
27:3, 27:8,
27:12, 27:18,
30:16, 32:9,
37:7, 37:8,
37:10, 50:18,
50:22, 51:10,
51:16, 52:20,
52:25, 55:4,
55:14, 55:16,
55:24, 56:5,
56:8, 56:15,
57:6, 57:7,
57:8, 57:12,
57:15, 57:19,
58:7, 58:9,
58:11, 58:25,
69:2, 72:8,
92:5, 92:11,
92:19, 92:25,
120:12, 130:23,
131:2
sergeant's
54:11, 55:25
sergeants
21:12, 21:13,
21:15, 21:17,
21:19, 24:20,
26:21, 27:5,

33:15, 33:20,
33:24, 33:25,
34:1, 34:2,
57:9, 59:5,
67:14, 88:13,
120:12, 124:17
series
5:6, 6:20,
57:17, 69:6
serious
40:14
serve
19:1, 140:5
served
134:5, 134:9
serving
17:8
set
1:17, 20:13,
22:12, 157:26
several
8:14, 32:10,
41:11, 59:5,
63:23, 88:20,
95:13
severity
71:24
shape
124:19
shared
128:24
she
4:24, 72:24,
73:1, 73:2,
73:5, 96:7,
130:11
shelves
78:22
sheriff's
137:20
sheriffs
153:10
shift
16:20, 18:8,
18:9, 18:15,
18:22, 59:1,
144:21, 152:15
shooting
72:3

shoplifters
38:16
should
5:13, 6:17,
32:24, 92:19,
92:25, 99:3,
99:7
show
5:18, 14:6,
26:14, 42:3,
42:14, 117:14
sign
146:14
signature-d2qmy
157:30
similar
23:1, 66:21
since
12:11, 12:13,
45:16, 85:2,
97:5, 111:9,
113:5, 114:21,
134:8
sinclair
14:20
sir
23:6, 100:25,
101:18, 156:2
sit
137:14, 149:1
site
71:20
sitting
115:25
situation
140:2
six-year
127:2
skip
114:4, 132:3
small
73:7, 89:2,
148:17, 148:18
smaller
106:22, 106:24
smbp
3:13
smoothly
98:22

socially
45:25
socialville-fost-
er
3:14
solon
3:36
some
4:15, 5:8, 6:7,
14:20, 14:21,
15:20, 20:13,
27:21, 29:17,
29:18, 32:4,
45:23, 56:18,
57:22, 64:6,
73:21, 103:3,
104:17, 114:5,
114:17, 118:15,
121:3, 126:2,
134:23, 136:4,
152:16, 153:19
somebody
31:14, 35:21,
35:23, 50:11,
53:16, 64:7,
72:12, 134:12,
141:7, 153:14
someone
15:21, 32:18,
32:19, 32:21,
33:5, 54:23,
56:22, 62:22,
65:11, 66:19,
68:8, 68:19,
68:20, 78:4,
97:23, 104:16,
120:8, 120:15,
125:22, 129:6,
129:16, 138:15
something
5:1, 22:23,
28:6, 28:20,
31:11, 34:16,
35:11, 35:19,
35:20, 36:4,
53:18, 53:19,
53:24, 54:1,
54:2, 54:7,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

188

54:24, 57:3,
59:4, 64:1,
64:6, 65:11,
65:20, 65:22,
66:2, 76:6,
132:19, 148:2
**sometime**
39:10
**sometimes**
5:14, 32:12,
32:21, 54:9,
56:20, 56:22,
58:8, 59:5,
59:6, 65:9,
72:1, 81:15,
147:20
**somewhere**
49:3, 102:15,
139:21
**son**
38:3
**sorry**
13:11, 14:4,
18:10, 20:7,
21:13, 23:23,
26:18, 26:20,
27:8, 35:7,
39:25, 46:4,
51:11, 55:7,
56:13, 65:17,
66:9, 68:19,
71:20, 74:18,
80:14, 89:20,
89:21, 90:17,
102:16, 109:2,
121:16, 126:9,
138:5, 146:8,
146:10, 149:5,
149:22, 151:25
**sort**
11:11, 12:15,
16:16, 23:8,
25:8, 30:16,
48:16, 48:23,
51:7, 63:3,
77:6, 92:6,
96:12, 108:9,
131:12, 132:3

**sound**
4:20
**sounds**
4:21, 140:10
**southern**
1:2
**speak**
113:2, 117:19,
121:9
**speaking**
72:8, 118:23
**spearheaded**
108:20, 108:24
**specific**
29:23, 32:17,
33:9, 34:11,
39:11, 43:19,
44:23, 52:13,
59:8, 65:10,
68:9, 69:19,
70:10, 71:15,
71:24, 75:14,
75:15, 76:1,
83:10, 83:14,
86:1, 95:13,
96:17, 103:5,
103:9, 113:18,
130:16
**specifically**
10:3, 43:14,
54:17, 64:1,
74:12, 74:13,
76:16, 80:15,
126:7, 130:18,
133:20, 135:3,
139:16, 143:23
**specifics**
33:17, 66:18,
126:11
**speculate**
25:13, 25:15,
25:20, 25:24,
26:10, 61:4,
61:5, 62:4, 62:7
**speculation**
136:22
**spell**
4:12

**sponsored**
102:14
**spreads**
119:14, 120:22,
121:4, 121:13,
123:2, 123:7
**ss**
157:4
**staff**
20:20, 21:23,
120:11, 122:7,
124:16, 125:4,
125:9, 125:14,
142:23, 142:25
**stage**
21:3, 40:19
**stand**
40:8
**stands**
29:21, 29:25
**stapleton**
46:13, 46:15
**start**
114:17
**started**
15:15, 17:3,
18:10, 36:15,
39:22, 82:13,
96:2, 96:7,
135:14, 136:11,
153:5, 153:15
**starting**
136:8
**state**
1:21, 4:10,
14:21, 66:19,
66:24, 68:3,
68:7, 69:6,
69:10, 69:18,
70:12, 103:19,
103:20, 103:24,
104:9, 104:13,
104:21, 105:6,
105:14, 105:15,
106:2, 106:5,
106:8, 106:19,
106:23, 107:8,
113:13, 125:17,

135:12, 157:3,
157:9, 157:11,
157:33
**states**
1:1
**stay**
138:24
**stead**
55:15
**stenotypy**
157:15
**step**
21:10
**stephen**
3:9, 39:19,
39:21
**steve**
24:24, 27:7,
27:9, 27:11,
27:17, 27:21,
28:3, 139:8,
139:15
**steven**
115:22, 116:13,
116:22
**still**
5:9, 24:12,
24:14, 24:20,
82:17, 82:22,
106:23, 131:21,
135:14
**stipulations**
1:17
**stood**
56:4
**stop**
59:24
**storage**
85:4, 85:12,
85:19, 86:4,
86:15, 88:7,
91:7, 108:11
**stored**
78:9, 78:19,
78:21, 142:13,
150:15, 150:16
**stories**
30:10

Transcript of Marvin Scothorn
Conducted on December 19, 2018

189

storing
94:6, 94:12,
94:24, 95:4
story
65:13, 65:14
street
1:18, 3:6,
3:30, 45:18,
132:19
streets
59:7
students
102:11, 102:12,
102:13, 103:18,
105:16
stuff
10:22, 45:25,
94:20, 135:14
stumbling
31:12
subject
106:7, 145:2
subjects
103:3
submit
103:17, 103:23,
144:2, 144:3,
144:6, 144:8,
144:13, 144:20,
145:9, 152:14
submits
152:3, 152:5
submitted
33:14, 79:13,
103:19, 143:14,
143:18, 143:20,
145:3, 145:14,
145:19, 146:3,
146:23, 152:19,
153:9, 153:19,
157:18
subordinates
48:6, 48:13,
48:17, 50:6,
63:2, 63:3,
63:4, 63:6,
63:21, 65:1,
65:19, 67:6,

67:8, 74:23,
76:8, 76:22,
98:5, 121:2
subsequent
123:16, 124:1
such
122:3, 126:3
suggest
141:7, 141:12,
141:21
suggested
43:11, 99:2,
99:6, 104:8,
104:12, 105:13,
105:14, 105:18,
106:1, 106:4,
107:7, 138:20,
141:18
suggestions
106:10
suggestive
119:23, 120:6,
120:13, 120:18,
121:4, 121:13,
123:1, 123:7
suicide
56:20
suicides
57:22
suite
1:19, 3:14,
3:22, 3:30
superiors
121:10
supervise
48:6, 63:1,
92:11
supervising
48:3, 50:17,
50:22, 51:10,
51:15, 51:22,
52:10, 52:20,
92:7, 92:19,
93:1, 129:24
supervision
97:21, 131:12,
157:17
supervisor
18:8, 18:15,

18:22, 20:16,
53:25, 119:3,
129:20, 130:21,
130:23, 131:1,
131:17, 144:23,
152:16, 153:10
supervisors
51:24, 53:11
supervisory
53:1
supplement
150:20, 150:21
supplemental
79:15, 80:5,
80:21, 81:14,
81:22, 84:20,
84:25, 85:5,
85:13, 85:20,
86:5, 86:16,
88:8, 89:8,
94:7, 94:13,
94:24, 95:4,
124:8, 124:13,
127:8, 131:21,
131:23, 132:4,
133:22, 134:11,
134:14, 142:14,
144:2, 144:4,
144:8, 144:13,
144:24, 144:25,
145:9, 145:10,
145:15, 145:19,
146:4, 146:5,
146:12, 146:13,
146:15, 146:22,
147:9, 147:19,
148:7, 148:25,
149:2, 149:15,
149:17, 149:24,
150:6, 151:1,
151:2, 151:5,
151:12, 151:24,
152:5, 152:19,
152:24, 153:2,
155:1
supplements
81:7
supplied
66:20

supply
90:10
suppose
149:10
supposed
31:6, 31:9,
144:25, 145:8
suppressed
122:21, 127:12
suppressing
122:15, 128:8
surdyk
1:18, 3:29
sure
5:21, 8:17,
26:10, 36:8,
37:9, 39:10,
40:2, 45:23,
48:24, 49:1,
50:5, 50:21,
51:9, 51:15,
52:19, 52:24,
55:19, 55:20,
55:22, 61:4,
63:2, 69:24,
75:25, 86:23,
92:5, 92:25,
99:14, 103:21,
110:20, 117:4,
124:23, 136:10,
137:4, 137:20,
141:20, 143:19,
145:14, 145:16,
145:19, 151:5,
151:8
surrounding
109:18, 109:23,
111:15
suspect
92:1, 99:3,
99:8, 116:15,
119:25, 120:8,
120:15, 134:12,
134:19, 141:8,
141:13, 141:22,
150:14, 150:22,
150:25
suspects
119:18, 123:2,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

123:7

**sworn**
4:4, 157:11

**system**
22:17, 22:22,
23:4, 23:8,
23:13, 79:21,
82:17, 128:24,
130:2, 133:17,
135:5, 154:20,
154:25

**systematic**
122:11, 125:2

**T**

**take**
6:6, 6:8, 8:22,
58:5, 88:13,
100:1, 100:15,
101:16, 114:8,
121:25, 122:3,
122:7, 133:18,
148:4, 148:8

**taken**
1:14, 47:14,
65:15, 65:16,
100:8, 116:4,
147:9, 157:15

**taking**
131:7

**talented**
4:24

**talk**
31:2, 32:25,
40:6, 47:7,
47:18, 50:11,
68:24, 128:22,
138:21, 142:12

**talked**
45:16, 79:20,
80:15, 84:19,
84:23, 85:3,
94:14, 94:17,
134:21

**talking**
113:3, 124:17,
130:6, 131:21,
152:1

**talks**
115:20

**task**
70:19, 70:20,
70:23

**tasks**
70:23, 71:13

**taught**
106:8

**taylored**
70:10

**teach**
104:19

**teaching**
105:19

**team**
139:17, 140:4

**technically**
49:11, 72:18,
72:20, 73:3,
73:14

**telephone**
8:3, 8:21, 9:2

**telephones**
8:15

**tell**
4:18, 7:11,
22:15, 30:10,
32:25, 42:3,
42:5, 43:7,
58:12, 58:25,
61:5, 61:7,
61:9, 61:21,
62:12, 65:14,
72:19, 77:12,
112:2, 112:9,
112:10, 112:18,
131:5, 135:22

**tend**
114:4

**tenure**
75:19, 75:24,
120:22, 122:3,
129:25, 153:18

**termination**
30:5, 30:7,
111:15, 111:19

**terms**
5:22, 13:2,

14:18, 22:16,
22:21, 30:16,
31:25, 42:13,
43:12, 52:9

**test**
103:25

**testified**
4:4, 111:4,
126:15, 138:4,
138:7

**testify**
111:3

**testifying**
111:23

**testimony**
34:25, 83:22,
99:5, 115:24,
120:21

**than**
6:8, 18:19,
29:13, 40:19,
41:14, 41:18,
43:2, 44:20,
46:1, 60:14,
62:12, 70:12,
72:12, 75:6,
75:20, 75:25,
103:5, 112:20,
112:23, 125:6,
149:7, 152:1

**thank**
86:2, 140:18,
140:22, 155:5

**that's**
7:14, 12:5,
12:6, 14:3,
25:22, 26:12,
29:7, 34:25,
44:3, 46:2,
47:21, 48:4,
50:19, 50:20,
56:17, 58:10,
58:17, 58:18,
60:1, 61:13,
61:19, 62:3,
62:15, 70:14,
71:20, 73:19,
81:25, 82:20,

90:22, 107:15,
108:6, 110:10,
112:15, 116:3,
117:24, 119:5,
120:25, 126:22,
127:1, 128:21,
131:6, 131:8,
131:11, 133:8,
133:16, 136:2,
136:24, 137:23,
140:17, 145:11,
147:13, 148:10,
149:20, 155:4,
155:14

**their**
22:24, 28:14,
34:13, 50:6,
51:25, 56:22,
67:22, 71:3,
77:12, 82:13,
88:14, 89:5,
89:7, 89:13,
90:6, 106:25,
131:23, 132:4,
134:16, 136:13,
137:8, 143:21,
144:21, 144:22,
145:15, 145:19,
149:16, 152:5,
152:14, 152:15,
152:20, 153:1

**them**
20:18, 22:8,
32:24, 32:25,
34:14, 34:15,
49:19, 49:22,
64:5, 66:18,
79:13, 103:19,
106:13, 113:2,
119:24, 128:5,
132:24, 145:5,
145:15, 145:20,
145:22, 145:23,
149:11, 152:16

**themselves**
132:5

**then**
6:11, 17:8,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

20:16, 21:10,
28:22, 31:12,
31:15, 31:25,
39:23, 45:17,
50:10, 51:1,
51:25, 52:8,
57:1, 58:1,
59:17, 62:8,
63:16, 64:3,
64:9, 64:24,
65:12, 65:14,
65:15, 73:5,
73:7, 75:7,
77:23, 79:14,
80:21, 82:10,
82:11, 82:12,
82:14, 94:15,
94:16, 104:15,
104:20, 106:10,
106:11, 106:14,
106:25, 114:12,
115:8, 115:10,
121:24, 123:4,
125:23, 129:23,
130:11, 131:5,
131:7, 131:20,
131:24, 132:10,
133:1, 134:8,
134:23, 136:14,
136:19, 137:7,
144:4, 144:7,
145:2, 145:3,
145:5, 146:18,
148:3, 152:25,
153:6, 153:7,
153:14
**there's**
30:2, 36:8,
60:6, 61:20,
116:11, 119:21,
127:10, 132:22
**these**
13:19, 32:14,
52:2, 66:7,
67:2, 67:7,
69:20, 88:25,
89:1, 89:20,
89:23, 96:5,

104:15, 117:11
**they**
10:7, 15:20,
15:21, 15:23,
20:14, 24:11,
24:25, 25:5,
25:8, 25:17,
27:2, 32:23,
32:24, 33:6,
33:15, 38:16,
42:2, 42:5,
48:17, 48:24,
49:1, 56:19,
57:24, 58:4,
59:5, 59:6,
63:8, 63:10,
63:17, 65:14,
66:18, 68:15,
70:13, 71:6,
79:15, 80:10,
82:9, 82:14,
88:21, 89:3,
89:4, 89:14,
90:1, 90:6,
95:15, 105:20,
106:14, 106:25,
107:22, 112:13,
112:14, 112:18,
125:14, 130:6,
130:16, 130:17,
130:18, 131:13,
132:6, 132:24,
132:25, 133:5,
143:21, 144:6,
144:8, 144:22,
144:23, 145:1,
145:2, 145:3,
145:4, 145:15,
145:20, 145:24,
145:25, 146:17,
146:18, 146:19,
147:19, 147:20,
148:21, 149:10,
149:17, 151:8,
151:14, 153:5,
153:6, 153:7,
153:8, 153:19
**thick**
106:7, 106:18

**thing**
7:14, 43:6,
68:1, 88:24,
104:1, 111:1,
134:23, 145:7
**things**
15:22, 15:24,
27:21, 31:2,
35:2, 35:8,
36:9, 45:24,
50:3, 63:3,
65:10, 72:4,
73:13, 98:21,
114:5, 132:16,
153:5
**think**
10:13, 20:14,
26:4, 34:25,
40:14, 45:16,
83:21, 92:12,
117:9, 129:7,
132:7, 133:11,
136:24, 137:8,
138:3, 138:8
**third**
98:11
**third-party**
10:20
**this**
5:13, 6:5,
7:17, 7:22, 8:6,
8:18, 9:18,
11:7, 11:17,
12:11, 12:14,
24:19, 25:11,
28:13, 29:2,
31:15, 31:17,
33:19, 33:21,
40:19, 43:16,
53:21, 53:25,
54:14, 58:1,
65:13, 67:19,
73:8, 73:9,
73:10, 75:15,
80:15, 82:23,
91:20, 98:16,
98:17, 100:21,
101:19, 101:23,

105:14, 105:18,
106:3, 106:17,
107:8, 111:5,
111:13, 111:20,
113:10, 114:1,
114:21, 115:1,
128:16, 128:18,
132:8, 133:17,
135:23, 136:25,
139:7, 139:19,
140:22, 142:14,
148:11, 148:15,
153:3, 157:20,
157:27
**thomas**
116:12
**thorough**
48:7
**those**
8:17, 15:22,
15:23, 20:17,
21:17, 36:9,
41:13, 42:8,
44:13, 63:3,
72:3, 73:1,
73:13, 75:5,
79:15, 94:18,
95:14, 101:21,
103:10, 122:18,
137:9, 152:6
**though**
30:8, 60:2,
105:24
**thought**
32:24, 66:2,
73:6, 109:12
**thoughts**
137:15
**three**
17:22
**three-by-five**
89:3, 89:23,
91:2, 91:7,
91:16
**through**
11:18, 12:9,
16:17, 48:14,
48:15, 49:24,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

192

53:7, 53:8,
57:15, 65:1,
65:8, 65:19,
81:8, 95:11,
100:3, 104:4,
126:17, 153:18
**throughout**
63:21
**tim**
27:10, 36:12,
36:14, 138:3,
138:16, 138:18,
138:19
**times**
48:16, 58:3,
87:2, 91:20,
142:15
**timing**
152:3, 152:4,
152:9
**title**
130:16
**titles**
21:2
**today**
4:24, 7:2, 7:7,
7:25, 9:8, 9:12,
9:21, 11:1,
11:4, 12:7,
23:15, 29:10,
29:13, 52:14,
115:18, 137:14,
140:23
**together**
30:25, 36:16,
45:23, 45:24,
100:24, 113:1
**told**
7:15, 7:16,
28:9, 28:21,
35:11, 35:13,
45:6, 47:17,
65:13, 112:4,
112:6, 112:8,
112:16, 116:5,
116:9, 130:17,
133:11, 135:25,
138:24

**tom**
3:8, 20:6, 21:4
**too**
73:11
**took**
11:13, 14:20,
16:10, 28:9,
47:10, 130:25
**top**
21:7
**toss**
89:14
**touched**
111:12
**township's**
84:10, 84:12,
101:3, 128:23
**track**
145:22
**traffic**
15:23, 88:22
**trained**
107:18
**training**
104:7, 105:7,
105:22, 107:22
**transcribed**
157:16, 157:17
**transcript**
14:5
**transfer**
59:11
**transferred**
59:9, 137:25
**transition**
130:25, 134:24,
135:4
**transitioned**
152:22
**transitioning**
79:21
**transpired**
11:21, 95:15
**trash**
91:2
**treatment**
121:24
**trial**
78:5, 117:14

**trials**
117:20
**tried**
22:25
**tries**
37:16
**true**
30:11
**truth**
157:12
**truthful**
27:24, 28:1
**try**
5:15, 14:7,
42:10
**trying**
41:25, 42:9,
43:23, 60:12,
64:20, 99:13,
113:2, 138:9,
150:2
**turn**
77:3, 145:23
**turned**
16:1, 31:18,
138:14, 145:1
**turner**
1:18, 3:29
**turning**
77:8, 77:18,
77:24, 93:12,
93:18
**twice**
60:14
**two**
19:22, 21:7,
24:12, 29:7,
29:19, 33:23,
75:4, 75:5,
75:20, 75:25,
138:8, 138:22,
149:8
**two-week**
138:14
**type**
15:22, 15:24,
22:24, 68:1,
71:5, 72:4,

**U**

**uh-huh**
5:1, 80:17
**ultimate**
73:15
**ultimately**
49:23, 98:18,
138:21
**unclear**
87:23
**under**
21:17, 21:19,
21:22, 24:21,
48:3, 57:18,
65:24, 97:21,
129:25, 140:6,
146:21, 147:7,
154:20, 154:24,
157:16, 157:23
**undersigned**
157:7
**understand**
4:19, 5:4, 5:5,
5:12, 6:4, 6:12,
6:13, 6:14,
6:18, 6:19,
6:22, 6:25, 7:1,
7:19, 11:3,
11:7, 25:25,
43:23, 51:4,
56:12, 61:6,
61:18, 62:4,
62:5, 62:8,
87:14, 87:24,
88:1, 94:21,
105:23, 108:14,
114:11, 114:16,
119:2, 124:24,
134:16, 147:3,
150:1
**understanding**
73:10, 112:11,

**types**
74:25, 90:13
**typewriting**
157:16

**89:13, 95:8,**
134:23, 135:6

Transcript of Marvin Scothorn
Conducted on December 19, 2018

193

112:25
**understood**
59:9, 114:15
**unduly**
121:4, 121:12
**unethical**
63:16, 63:20,
64:6, 121:24,
140:10
**unfortunately**
4:24
**unhappy**
109:25, 110:1,
110:4, 110:8,
110:9
**united**
1:1
**university**
66:20, 66:24,
68:3, 68:7,
69:7, 69:11,
69:18, 70:12,
113:13
**unless**
5:10, 53:13,
144:22, 152:15
**unprofessional**
92:14
**until**
15:5, 16:1,
18:2, 19:7,
19:16, 23:19,
26:19, 31:14,
35:15, 82:9,
102:20, 126:23,
136:7
**untrue**
112:25
**upon**
1:14, 152:20
**use**
6:7, 89:6,
104:12, 106:17,
106:21, 107:7,
121:4, 121:12
**used**
107:3, 123:1,
123:7, 136:8,

140:7
**using**
89:13, 105:5,
136:12, 153:15
**usually**
4:25, 50:12,
51:1

**V**

**vaguely**
109:21
**variety**
36:8, 102:13
**various**
48:18
**verbal**
5:3
**versus**
152:10
**very**
30:18, 36:22,
37:15, 37:16,
37:17, 39:16,
39:17, 40:6,
41:7, 41:10,
92:12, 96:24,
99:16
**via**
8:3
**victims**
119:18, 119:23,
120:6, 120:14
**violated**
125:16
**violence**
103:3
**visualize**
43:6
**visualizing**
42:13
**volunteer**
16:14, 16:18,
17:7
**vs**
1:7

**W**

**waive**
155:17

**waiver**
5:14
**walk**
15:21
**want**
5:20, 5:24,
7:15, 8:16,
10:16, 25:12,
25:15, 25:16,
25:23, 26:1,
26:9, 26:13,
38:25, 44:4,
59:14, 60:16,
60:20, 60:22,
60:25, 68:24,
73:11, 79:18,
100:2, 100:3,
101:8, 128:22,
147:6, 149:12,
153:25
**wanted**
106:8, 110:11,
114:5, 132:20,
133:5, 138:23,
140:22, 147:18,
148:1, 148:24
**wasn't**
11:19, 25:4,
26:25, 27:24,
29:18, 30:8,
30:19, 31:18,
31:20, 31:21,
31:24, 32:23,
34:16, 35:14,
52:13, 55:17,
56:6, 71:4,
73:12, 92:5,
92:7, 96:24,
97:23, 97:24,
99:17, 105:12,
108:12, 110:13
**water**
15:2, 15:8
**way**
10:14, 12:18,
13:13, 13:18,
28:13, 34:19,
36:6, 67:20,

110:10, 124:19,
126:23, 136:5,
150:4
**ways**
36:1, 36:9,
63:1
**we'll**
6:11, 30:12,
144:19
**we're**
6:2, 10:12,
11:4, 14:8,
35:25, 59:23,
73:8, 100:12,
101:21, 130:6,
131:21
**we've**
29:19, 36:2,
36:3, 36:16,
49:16, 69:20,
95:21, 134:21,
139:7
**week**
16:19, 17:23,
19:13
**welcome**
6:8, 33:6,
34:13, 62:12
**well**
5:25, 16:16,
20:16, 26:9,
26:20, 36:12,
41:18, 42:9,
43:20, 44:11,
45:13, 45:22,
46:4, 49:2,
52:5, 57:13,
61:10, 61:15,
71:19, 78:3,
89:1, 99:16,
100:15, 102:16,
108:9, 112:5,
119:7, 136:22,
143:12, 147:8,
151:25
**well-rounded**
37:1
**went**
18:18, 47:17,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

194

56:18, 63:11,
139:9, 149:13,
153:11
**weren't**
30:10, 52:8,
59:6, 110:12,
149:10
**west**
13:24, 13:25,
14:2, 14:6,
14:11, 14:18
**western**
1:3
**what's**
28:18, 29:6,
42:5, 65:13
**whatever**
18:8, 45:10,
64:8, 71:20,
88:23, 149:9
**wheel**
73:2
**when**
5:17, 5:18,
7:21, 15:13,
15:23, 16:12,
19:1, 24:9,
24:16, 28:10,
33:16, 37:6,
41:6, 41:20,
42:1, 55:16,
56:5, 61:16,
71:1, 71:13,
71:21, 72:12,
73:4, 74:20,
76:14, 76:16,
79:11, 85:21,
85:22, 94:16,
95:24, 96:4,
96:7, 96:13,
97:7, 97:15,
97:25, 98:5,
98:8, 100:17,
102:16, 103:20,
106:21, 107:1,
107:25, 108:6,
109:1, 109:3,
109:16, 110:2,

113:15, 118:4,
118:8, 126:20,
126:24, 128:12,
128:16, 130:25,
135:3, 136:8,
136:11, 136:15,
137:17, 138:4,
138:7, 139:1,
140:15, 142:1,
142:16, 142:17,
143:14, 143:17,
143:21, 144:12,
146:9, 147:15,
152:2, 152:3,
152:4, 152:22,
153:15, 155:10
**where**
4:25, 13:23,
14:1, 14:6,
14:25, 15:7,
19:2, 38:11,
55:12, 71:20,
78:9, 80:12,
80:14, 80:25,
82:9, 123:11,
124:11, 124:16,
125:7, 132:8,
133:14, 133:17,
134:11, 140:3,
141:18, 148:1
**whereof**
157:26
**whereupon**
4:1, 10:8,
14:14, 47:14,
63:13, 65:4,
68:10, 71:16,
100:8, 100:9,
101:6, 115:4,
117:16, 121:18,
153:21, 155:20,
156:3
**whether**
12:19, 13:2,
13:6, 13:13,
13:18, 46:1,
49:5, 49:7,
52:9, 57:21,

58:2, 62:23,
63:20, 65:11,
70:1, 71:2,
73:15, 95:15,
115:14, 120:11,
131:13, 141:23
**which**
5:7, 42:12,
46:6, 52:23,
63:1, 81:11,
92:18, 92:24,
93:6, 93:23,
94:5, 94:11,
95:2, 98:25,
99:6, 103:1,
108:10, 137:24,
138:15, 147:9,
150:13
**while**
82:7, 148:2
**who**
13:8, 20:16,
21:1, 24:17,
24:23, 27:7,
27:8, 32:14,
33:7, 45:17,
55:4, 55:18,
56:9, 57:5,
58:11, 58:24,
59:1, 59:8,
59:11, 59:18,
62:18, 71:19,
74:1, 75:13,
76:11, 94:22,
102:9, 105:2,
110:4, 112:6,
113:4, 113:5,
113:6, 113:10,
113:14, 116:17,
125:21, 130:6,
130:10, 131:2,
131:24, 132:7,
133:4, 140:6,
142:19, 146:12,
148:19, 150:8
**whoever**
58:4, 68:22,
72:6

**whole**
157:12
**whom**
68:20, 72:5
**whose**
96:4
**why**
24:25, 25:8,
25:16, 27:25,
30:22, 31:5,
31:21, 40:25,
41:4, 41:5,
41:17, 42:10,
43:1, 43:23,
45:8, 45:14,
49:1, 63:16,
72:19, 76:18,
87:7, 110:7
**wife**
76:20
**wild**
92:6
**will**
4:15, 4:18,
4:23, 5:6, 5:7,
6:15, 6:21, 7:3,
62:1, 114:3,
114:4, 132:23,
155:19, 155:22,
155:23
**williams**
24:18, 24:20
**willing**
31:24, 39:17
**willingness**
32:1
**wilson**
27:10, 36:12,
36:14, 76:13,
76:14, 76:18,
76:21, 138:4,
138:16, 138:18
**wilson's**
36:12, 36:18
**win**
44:18
**wise**
12:19, 13:3,

Transcript of Marvin Scothorn
Conducted on December 19, 2018

195

13:6, 13:8
**within**
1:21, 33:11,
34:6, 34:7,
34:22, 45:25,
51:21, 62:22,
108:1, 110:5,
139:4, 140:4,
157:8
**witness**
2:2, 10:10,
12:22, 25:4,
25:12, 26:4,
35:1, 38:23,
43:5, 50:9,
50:25, 54:16,
55:9, 60:15,
62:5, 62:10,
63:15, 68:12,
69:23, 74:10,
78:8, 78:19,
80:10, 81:4,
81:19, 83:1,
83:9, 84:7,
84:16, 85:8,
87:16, 88:17,
89:10, 89:17,
90:1, 92:1,
92:10, 96:16,
97:11, 98:18,
99:10, 99:22,
99:24, 107:11,
107:21, 108:4,
108:23, 109:11,
110:20, 111:21,
116:8, 121:16,
121:20, 124:23,
125:20, 130:2,
133:25, 136:10,
136:23, 138:13,
140:24, 141:17,
141:25, 144:6,
144:16, 153:18,
155:19, 155:23,
156:1, 157:18,
157:26
**witnesses**
60:8, 117:19

**wolfe**
45:11, 45:12,
45:17, 45:21,
46:7, 46:8,
46:10, 98:25,
99:6, 99:11,
99:19, 115:21,
116:1
**women**
13:19
**words**
54:2
**work**
14:23, 14:25,
15:7, 16:20,
37:18, 39:17,
135:9, 136:13,
139:9, 140:7
**worked**
15:1, 20:12,
37:24, 38:2,
38:3, 38:13,
39:16, 45:4,
45:22, 59:1,
59:7, 77:10,
113:13, 134:15,
135:11
**working**
15:10, 15:13,
17:22, 18:9,
31:16, 31:18,
36:23, 38:19,
39:4, 39:5,
39:23, 41:6,
49:25, 96:5,
119:11, 120:23,
130:14
**works**
37:22
**wouldn't**
23:15, 31:14,
45:19, 51:19,
52:8, 57:1,
57:2, 64:2,
76:5, 147:2,
148:4
**wright**
14:21, 66:19,

66:24, 68:3,
68:7, 69:6,
69:10, 69:18,
70:11, 113:13,
135:12
**write**
42:2, 91:16
**writing**
48:23, 66:25,
67:25, 69:7,
69:12, 70:2,
94:15, 103:12,
103:13, 103:14,
134:11, 134:25,
135:5, 135:7,
142:10
**written**
28:11, 74:19,
74:21, 74:23,
75:5, 75:10,
75:16, 76:4,
79:1, 79:9,
80:6, 85:11,
85:18, 86:4,
91:7, 105:7,
134:14, 142:4
**wrong**
129:1
**wrote**
88:21

**Y**
**yankee**
1:18, 3:30
**yeah**
29:22, 29:24,
38:23, 43:22,
45:12, 53:7,
65:16, 69:12,
71:1, 83:4,
83:6, 88:4,
100:6, 108:15,
115:16
**year**
14:12, 17:2,
70:7, 131:9
**years**
10:11, 12:5,

12:7, 15:4,
29:13, 36:17,
40:20, 128:14,
139:25, 140:1
**yesterday**
138:3
**you're**
5:17, 5:21,
5:22, 6:8, 6:24,
20:20, 44:23,
49:1, 49:12,
55:20, 62:4,
62:12, 68:20,
86:22, 87:23,
95:18, 100:17,
105:1, 110:21,
117:1, 117:2,
126:12, 136:7,
145:16
**you've**
7:15, 12:7,
46:19, 60:14,
114:24, 128:12,
139:20
**yourself**
10:21, 10:22,
105:2, 120:13

**0**
**09**
1:19

**1**
**10**
1:19
**100**
2:13, 3:36
**101**
2:14
**113**
2:7
**13**
1:7
**137**
2:8
**141**
2:6
**151**
2:7

Transcript of Marvin Scothorn
Conducted on December 19, 2018

196

| | | |
|---|---|---|
| **19** | **1996** | **5300** |
| 1:20, 126:9 | 26:19, 47:20, | 3:14 |
| **1969** | 102:20 | **58** |
| 15:16 | **2** | 156:4 |
| **1970** | **2** | **6** |
| 14:13, 42:7 | 156:4 | **6-** |
| **1973** | **20** | 157:34 |
| 16:2, 16:12, | 29:13, 40:19, | **60607** |
| 17:3 | 157:34 | 3:7 |
| **1974** | **200** | **6th** |
| 17:15 | 3:14, 3:22 | 157:27 |
| **1975** | **2015** | **7** |
| 17:10 | 12:7 | **74** |
| **1981** | **2018** | 17:11, 17:12 |
| 15:11, 19:7, | 1:20 | **78** |
| 102:20 | **2019** | 18:2, 18:12, |
| **1987** | 157:28 | 18:13 |
| 19:16 | **21** | **8** |
| **1988** | 16:1 | **80** |
| 11:18, 88:6, | **26** | 45:15, 45:21, |
| 96:2, 116:15, | 128:14, 139:25, | 96:9, 96:11 |
| 117:12, 126:1, | 140:1 | **800** |
| 126:9, 126:20, | **28** | 3:22 |
| 143:12, 154:5 | 157:24, 157:34 | **81** |
| **1989** | **3** | 15:5 |
| 70:7, 154:8 | **311** | **8163** |
| **1990** | 3:6 | 1:18, 3:30 |
| 23:19, 23:23, | **34305** | **82** |
| 24:1, 24:10, | 3:36 | 15:11 |
| 24:17, 24:23, | **3:-cv** | **87** |
| 25:1, 47:20, | 1:7 | 20:5, 21:17, |
| 55:18, 55:21, | **3rd** | 23:5, 23:9 |
| 58:11, 58:14, | 3:6 | **88** |
| 69:21, 70:2, | **4** | 77:9, 88:5 |
| 70:5, 117:23, | **416** | **9** |
| 119:6, 126:10, | 1:7 | **90** |
| 135:24, 135:25, | **43215** | 76:17, 96:10, |
| 136:4, 136:14, | 3:23 | 113:19 |
| 136:19, 154:11 | **44139** | **91** |
| **1991** | 3:37 | 77:9 |
| 11:18, 70:6, | **45040** | **94** |
| 88:6, 126:2, | 3:15 | 73:24 |
| 135:9, 136:1, | **45458** | |
| 136:7, 154:14 | 3:31 | |
| **1994** | **5** | |
| 73:18, 73:20, | **50** | |
| 87:20, 95:22, | 36:17 | |
| 126:24 | | |