UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | Case No. 3:13-cv-00416 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MIAMI TOWNSHIP, *et al.* | : | |
| Defendants. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 295) TO THE MAGISTRATE JUDGE'S ORDER (DOC. 294), BUT GRANTING MOTION WITHIN OBJECTIONS FOR EXTENSION OF DEADLINES (DOC. 295)**

This case is before the Court on the Objections (Doc. 295) filed by Defendants Miami Township, Ohio and Scott Moore ("Defendants") to the Magistrate Judge's Order granting Plaintiff's Motion for Leave to Disclose Additional Expert Report (Doc. 294).   In the Objections, Defendants concede that they "do not object to the Order granting Plaintiff's Motion for Leave."   (Doc. 295 at PAGEID # 10828.)   Instead, Defendants take issue with the "abbreviated timeline setting forth the rebuttal disclosure deadline and the deadline for the Plaintiff and Defendants to complete discovery related to Plaintiff's expert witness, Dr. Miller, and any rebuttal expert witness."   (*Id.*)   Defendants therefore "request that this Honorable Court modify the Magistrate Judge's Order and extend the rebuttal expert disclosure deadline to June 1, 2020, and the deadline for discovery related to Dr. Miller and any rebuttal expert witness to June 30, 2020."   (*Id.* at PAGEID # 10830.)   In support of that request, Defendants argue that the COVID-19 pandemic has caused disruptions that affect their counsel's ability to perform tasks related to the additional expert discovery authorized by the Magistrate Judge's Order (Doc. 294),

and note that this Court has vacated all remaining dates in the case schedule. (Doc. 295 at PAGEID # 1829-30.)

The Court interprets Defendants' request a separate motion—embedded in the Objections—to extend certain deadlines. Defendants' Objections (Doc. 295) are **OVERRULED**. However, the Court **GRANTS** Defendants' motion to extend certain deadlines established in the Magistrate Judge's Order (Doc. 294). Therefore, the deadline for Defendants' rebuttal expert disclosures is extended to June 1, 2020, and the deadline for discovery related to Dr. Miller's report and any rebuttal expert witness is extended to June 30, 2020.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, April 23, 2020.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2