# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROGER DEAN GILLISPIE, | : | Case No. 3:13-cv-416 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| THE CITY OF MIAMI TOWNSHIP, et al., | : | |
| Defendants. | : | |

### ENTRY AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS GENERAL MOTORS, LLC F/KA GENERAL MOTORS COMPANY AND NGMO, INC.; MOTORS LIQUIDATION COMPANY F/K/A GENERAL MOTORS CORPORATION; KEITH STAPLETON; DAVID BURKE; AND ROBERT BURKE (DOC. 300)

This case is before the Court on "Plaintiff's Motion to Dismiss Defendants General Motors, LLC f/ka [sic] General Motors Company and NGMO, Inc.; Motors Liquidation Company f/k/a General Motors Corporation; Keith Stapleton; David Burke; and Robert Burke." (Doc. 300.) No party has filed an opposition to the motion, and the time has passed for any party to file a timely opposition to the motion. *See* S.D. Ohio L.R. 7.2. This Court **GRANTS** the motion, and **DISMISSES, WITHOUT PREJUDICE**, the claims filed against Defendants General Motors, LLC f/k/a General Motors Company and NGMCO, Inc.; Motors Liquidation Company f/k/a General Motors Corporation; Keith Stapleton; David Burke; and Robert Burke.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, November 13, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1