UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROGER DEAN GILLISPIE, | : |
| Plaintiff, | : Case No. 3:13-cv-416 |
| v. | : Judge Thomas M. Rose |
| THE CITY OF MIAMI TOWNSHIP, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

This case having come to be tried before a jury, and the jury having returned a verdict (Doc. 475), judgment is hereby entered for Plaintiff, Roger Dean Gillispie ("Gillispie"), and against Defendant, Matthew Scott Moore ("Moore"), as follows:

As to Plaintiff Gillispie's Due Process/Fair Trial claim concerning unreliable identification (suggestive identification), judgment is hereby entered for Plaintiff Gillispie and against Defendant Moore. (Doc. No. 475 at PAGIED#15561.)

As to Plaintiff Gillispie's Due Process/Fair Trial claim concerning the suppression of evidence (suppression of exculpatory material), judgment is hereby entered for Plaintiff Gillispie and against Defendant Moore. (*Id.* at PAGIED#15562.)

Judgment is entered in the amount of $45,000,000.00 on the above claims. (*Id.* at PAGIED#15563.)

Date: 11/29/22

Hon. Thomas M. Rose, District Court Judge