Case: 3:13-cv-00416-ALM Doc #: 590-1 Filed: 04/03/26 Page: 1 of 2  PAGEID #: 21124

## No. 25-607

| | |
|---|---|
| Title: | **Miami Township Board of Trustees, Petitioner**<br>**v.**<br>**Roger Dean Gillispie, et al.** |
| Docketed: | November 24, 2025 |
| Linked with: | 25A288 |
| Lower Ct: | United States Court of Appeals for the Sixth Circuit |
| Case Numbers: | (23-3999, 23-4000, 23-4001) |
| Decision Date: | May 2, 2025 |
| Rehearing Denied: | June 23, 2025 |

## Proceedings and Orders

**Sep 09 2025**

Application (25A288) to extend the time to file a petition for a writ of certiorari from September 21, 2025 to November 20, 2025, submitted to Justice Kavanaugh.

**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-607/374104/20250909130413126_application%20for%20extension%20-%20Miami%20Twp%20Trustees%**
**Lower Court Orders/Opinions (https://www.supremecourt.gov/DocketPDF/25/25-607/374104/20250909130421830_Exs.%20A-D.pdf)**
**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-607/374104/20250909130432072_cert%20of%20service%20-%20application%20for%20extension%20-%**

**Sep 15 2025**

Application (25A288) granted by Justice Kavanaugh extending the time to file until November 20, 2025.

**Nov 20 2025**

Petition for a writ of certiorari filed. (Response due December 24, 2025)

**Petition (https://www.supremecourt.gov/DocketPDF/25/25-607/385306/20251120133605363_certiorari%20petition%20-%20Miami%20Twp.%20v.%20Gillispie.pdf)**
**Appendix (https://www.supremecourt.gov/DocketPDF/25/25-607/385306/20251120133629526_certiorari%20appendix%20-%20Miami%20Twp.%20v.%20Gillispie.pdf)**
**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-607/385306/20251120133640024_cert%20of%20word%20count%20-%20certiorari%20petition%**
**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-607/385306/20251120133650448_cert%20of%20service%20-%20certiorari%20petition%20-%20Miami%2**

**Dec 15 2025**

Waiver of right of respondent Matthew Scott Moore to respond filed.

**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-607/387320/20251215085124645_Waiver%20-%20Gillispie.pdf)**

**Dec 23 2025**

Brief amici curiae of Ohio Township Association, et al. filed.

**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-607/390303/20251223165337628_Amicus%20Brief%20-%20FINAL.pdf)**
**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-607/390303/20251223165403266_Certificate%20of%20Service_2%20FINAL.pdf)**
**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-607/390303/20251223165349435_Certificate%20of%20Word%20Count_2%20FINAL.pdf)**

**Dec 29 2025**

Brief amici curiae of Ohio Chamber of Commerce, et al. filed.

**Main Document (https://www.supremecourt.gov/DocketPDF/25/25-607/390439/20251229144553789_25-607%20Amicus%20Brief.pdf)**
**Proof of Service (https://www.supremecourt.gov/DocketPDF/25/25-607/390439/20251229144614181_25-607%20Affidavit%20of%20Service.pdf)**
**Certificate of Word Count (https://www.supremecourt.gov/DocketPDF/25/25-607/390439/20251229144630775_25-607%20Certificate%20of%20Compliance.pdf)**

**Jan 07 2026**

DISTRIBUTED for Conference of 1/23/2026.

**Jan 26 2026**

Petition DENIED.

## Attorneys

**Attorneys for Petitioner**

David C. Frederick
*Counsel of Record*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036-3209

dfrederick@kellogghansen.com
Ph: 202-326-7900

Party name: Miami Township Board of Trustees

**Attorneys for Respondents**

Frank H. Scialdone
*Counsel of Record*

Mazanec, Raskin & Ryder Co.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139

fscialdone@mrrlaw.com
Ph: 440-248-7906

Party name: Matthew Scott Moore

**Other Attorneys**

Philip Daniel Williamson
*Counsel of Record*

Taft Stettinius & Hollister LLP
301 E. Fourth Street, Suite 2800
Cincinnati, OH 45202

pwilliamson@taftlaw.com
Ph: 5133812838

Party name: Ohio Chamber of Commerce, et al.

Julia Elizabeth Donnan
*Counsel of Record*

Brosius, Johnson, & Griggs, LLC
6797 North High Street, Suite 350
Worthington, OH 43085

jdonnan@bjglaw.net
Ph: 6144643563

Party name: Ohio Township Association, Coalition of Large Urban Townships, Ohio Municipal League, County Commissioners Association of Ohio