IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEAN GILLISPIE, | Case No. 3:13-cv-416 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Return Date: July 22, 2026 |
| MIAMI TOWNSHIP, ET AL., | |
| Defendants. | |

## <u>NOTICE OF EXECUTION</u>

Notice is hereby given that a Writ of Execution has been requested by

Plaintiff/Judgment Creditor, Dean Gillispie, for execution upon the assets of

Defendant/Judgement Debtor, Matthew Scott Moore, in the sum of $45,000,000 plus post-

judgment interest, pursuant to the judgment entered on November 29, 2022.

Interrogatories and Requests for Production, attached hereto, are to be returnable July

22, 2026, and Writ of Execution to be issued to:

> Serve:
> Matthew Scott Moore
> C/O John McLandrich
> Mazanec, Raskin & Ryder Co., L.P.A.
> 100 Franklin's Row
> 34305 Solon Road
> Cleveland, OH 44139

Dated: June 22, 2026

Respectfully submitted,

/s/ David B. Owens
Mike Kanovitz
David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
david@loevy.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ David B. Owens
*Attorney for Plaintiff*