IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEAN GILLISPIE, | Case No. 3:13-cv-416 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Return Date: July 22, 2026 |
| MIAMI TOWNSHIP, ET AL., | |
| Defendants. | |

## **WRIT OF EXECUTION**

UNITED STATES OF AMERICA, Southern District of Ohio;

The President of the United States of America, To the Marshal of the United States in and for the Southern District of Ohio,

GREETINGS:

WHEREAS, on the November 29, 2022, at the District Court of the United States for the Southern District of Ohio, before Judge Thomas M. Rose, Dean Gillispie recovered against Defendant, Matthew Scott Moore damages in the amount of $45,000,000, plus $5,732.88 per diem as post-judgment interest (calculated as $45,00,000 x 4.65% divided by 365 days) from and after November 29, 2022, until the date the judgment is satisfied;

WHEREAS on November 8, 2023, this Court ordered the Township must pay Gillispie, via indemnification of Moore, for the entire verdict against Moore, and the Sixth Circuit Court of Appeals affirmed this ruling on May 2, 2025;

WHEREAS Miami Township further sought appellate review at the United States Supreme Court, which was denied in 2026;

WHEREAS, no payment has been made on this judgment;

THERE ARE, THEREFORE, to command you, that of the goods and chattels, land and tenements of the said Defendant and Judgment Debtor, Matthew Scott Moore, cause to be made the unpaid balance of $45,000,000, plus per diem interest until the date the judgment is satisfied, and that you have the same before the Judge of our said court within 30 days of the date of issuance of this Writ, to render to the same Plaintiff, Dean Gillispie, and that you certify to our said Judge how you execute this writ.

WITNESS, the Judge of the United States District Court for the Southern District of Ohio, this ____th day of_____, 2026. Issued at office in the City of Dayton, under the seal of said District Court, the day and year last mentioned.

CLERK, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

By: _____
        Deputy Clerk

Case No. _____          Marshal's Docket
No._____

Judgment                                                            $_____
Post-judgment interest through ____/____/____          $_____
Total as of ____/____/____                                     $_____