IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROGER DEAN GILLISPIE, | Case No. 3:13-cv-416 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | |
| MIAMI TOWNSHIP, ET AL., | |
| Defendants. | |

### PLAINTIFF'S INTERROGATORIES TO DEFENDANT MATTHEW SCOTT MOORE

NOW COMES Plaintiff, Dean Gillispie, by and through his attorneys, Loevy & Loevy, and hereby serves the following Interrogatories pursuant to Federal Rules of Civil Procedure 69 and 33, to be answered under oath within 30 days.

### Interrogatories

1.      Identify all real property currently owned by you in whole or in part, such as a home, condo, business property, or real property held in a land trust in which you have a beneficial interest. This request specifically seeks the exact legal description of the property, as well as the location and address of each such property, a description of the property's physical characteristics, the purchase price, sale price, and current estimated value of the property, and the identity of any and all individuals who have a property interest, including all liens.

2.      Identify all real property held, bought, sold, transferred, exchanged, leased, deeded, or otherwise acquired, lost, or otherwise maintained by you, or on your behalf for the past five years.  This request specifically seeks the exact legal description of the property, as well as the location and address of each such property, a description of the property's physical characteristics, the purchase price, sale price, and current estimated value of the property, and the identity of any and all individuals who have a property interest, including all liens.

3.      Identify all of your bank, financial, or other money accounts (e.g. checking, savings, credit union, money market, brokerage, Certificate of Deposit, or savings bonds), including describing the name and location of the financial institution, any and all associated account numbers, and the current balance of each account.

4.      Identify any securities accounts (e.g. brokerage, annuities, life insurance, IRA, KEOGH, 401K, or thrift savings account) held in your name, or on your behalf, including describing the name and location of the financial institution, any and all associated account numbers, and the current balance of each account.

5.     Identify all personal property currently owned in whole or in part by you, including but not limited to: stocks, bonds, retirement accounts, automobiles, boats, artwork, jewelry, furniture, and other collectables, such as stamps and/or coins.  This request seeks a physical description of each asset as well as the location of each item identified.

6.     Identify all vehicles you currently own or lease, including the registration numbers and titles for each such vehicle, a description of the make and model of the vehicle, and the amount of any outstanding debt.

7.     Identify any anticipated assets (e.g. lawsuit filings, pension plan and current statement, inheritance documents, copy of trusts, trust income tax returns).

8.     Identify any and all debts owed to you by any Person.

9.     Identify any and all assets in your possession that have not previously been identified in response to Interrogatories Nos. 1-7.

Dated: June 22, 2026                    Respectfully submitted,

                                        /s/ David B. Owens
                                        Mike Kanovitz
                                        David B. Owens
                                        LOEVY & LOEVY
                                        311 N. Aberdeen St., 3rd Floor
                                        Chicago, IL 60607
                                        (312) 243-5900
                                        david@loevy.com

## CERTIFICATE OF SERVICE

I, David Owens, an attorney, certify that on June 22, 2026, the foregoing **Plaintiff's Interrogatories Defendant Matthew Scott Moore** were provided to the U.S. District Court for the Southern District of Ohio for service by the U.S. Marshal's Office along with a writ of execution in the above-referenced matter.

/s/ David Owens